# 1

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.





**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement Section

SSM:TJM:OM:kb
DJ 175-38-81

| | |
|---|---|
| *U.S. Mail:* | *950·Pennsylvania Avenue, NW - G St.* |
| | *Washington, DC 20530* |
| *Overnight:* | *1800 G Street, NW* |
| | *Suite 7002* |
| | *Washington, DC 20006* |
| *Telephone:* | *(202) 514-4713* |
| *Facsimile:* | *(202) 514-1116* |

October 15, 2018

**Via First Class Mail**
Jay Marlan Bass
821 Evanston Ave
Muskegon, MI 49442

   Re: **Darrell Jones**

Dear Jay Marlan Bass:

   The United States Department of Justice has opened an investigation under the Fair Housing Act regarding Darrell Jones, who owns and manages rental properties in and around Muskegon, Michigan. The Fair Housing Act is a federal law that bans discrimination in housing, including discrimination based on sex. We are investigating allegations that Mr. Jones has harassed female tenants of his properties. The United States' inquiry is preliminary; we have not yet made any determination whether there has been a violation of the Fair Housing Act.

   We are contacting you because we believe that you are a current or former tenant of a property owned or managed by Mr. Jones, and you may have information relevant to this investigation. At your earliest convenience, please contact us at 1-800-896-7743, mailbox 91, or by e-mail at fairhousing@usdoj.gov. When leaving a message, please provide your name, two telephone numbers (if possible), and the best time of day for us to reach you.

   It is against the law to retaliate against any person for participating in a Fair Housing Act investigation. If you cooperate in this investigation and then later feel that someone has retaliated against you for participating, you may report that to us immediately.

   Thank you for your cooperation.

       Sincerely,

       Sameena Shina Majeed
       Chief

   By:

       Onjil McEachin
       Trial Attorney
    Housing and Civil Enforcement Section

Hello Mr. Gardnier.

We have decided to part ways with your law firm. We do not feel comfortable with the way that our finances have been handled. We do not feel that this relationship is the best fit for our family. We will have another attorney represent us with the meeting with the Prosecutor. Please email him and let him know that we have cancelled the meeting but we will reschedule at a later date. Please forward our file to us by mail. Thank you and take care.

Fatima Jones

Attorney Harris (DeAndre)-

Good afternoon.

Thank you for your voicemail message regarding your client Andrea Bradford (1095 Fleming Street, Muskegon, MI).

It was nice to meet you (albeit, via voicemail); I look forward to meeting you in person.

Regards,

John

**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506      Grand
Rapids, MI 49503 office: (616)
205-3123

cell:   (269) 568-3101
email: JGardiner@bodmanlaw.com
My biography on http://www.bodmanlaw.com/attorne_____ys/john-d-
gardiner

*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*

My biography on http://www.bodmanlaw.com/attorne ys/john-d-gardiner

*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*

# bodman

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

Prosecutor Hilson (D.J.)-


Good morning.


We look forward to seeing you at your office on Tuesday January 8th at 10 am.


Regards,


John


**John D. Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506        Grand Rapids, MI
49503 office: (616) 205-3123
email: JGardiner@bodmanlaw.com

*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*

# bodman

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

**From:** Hilson, Dale [mailto:HilsonDa@co.muskegon.mi.us]
**Sent:** Wednesday, December 19, 2018 10:33 AM
**To:** Gardiner, John
**Subject:** RE: c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting 1-8 AM or 1-9 PM

I can meet with you on Tuesday at 10am.



DJ Hilson

**Muskegon** County Prosecutor

990 Terrace, Fifth Floor

Muskegon, MI 49442

231-724-6435



**From:** Gardiner, John [mailto:JGardiner@BODMANLAW.COM]
**Sent:** Wednesday, December 19, 2018 10:27 AM
**To:** Hilson, Dale
**Cc:** Gaydos, Lisa
**Subject:** RE: c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting 1-8 AM or 1-9 PM


Prosecutor Hilson (D.J.)-


Good morning.


Please let me know if the morning of Tuesday January 8th or the afternoon of **Wednesday** January 9th is workable for our (you, Mr. & Mrs. Jones (Darrell and Fatima) and I) meeting at your office.


Regards,


John


**John D. Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506      Grand Rapids, MI
49503 office: (616) 205-3123
email: JGardiner@*bodm*anlaw.com

***Bodman is a Corp! Magazine***

*"Diversity-Focused Company"*

# bodman

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

**From:** Hilson, Dale [mailto:HilsonDa@co.muskegon.mi.us]
**Sent:** Wednesday, December 19, 2018 8:11 AM
**To:** Gardiner, John      **Subject:** RE: c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting Request

I am happy to meet with you on these issues. However, that probably cannot happen until after the holidays.

DJ Hilson

Muskegon County Prosecutor

990 Terrace, Fifth Floor

Muskegon, MI 49442

231-724-6435



**From:** Gardiner, John [mailto:JGardiner@BODMANLAW.COM]
**Sent:** Tuesday, December 18, 2018 8:49 PM
**To:** Hilson, Dale
**Cc:** Gaydos, Lisa

**Subject:** c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting Request **Importance:** High

Prosecutor Hilson (D.J.)-

Good evening / happy mid-December?!.

Bodman / I represent Mr. & Mrs. Jones (Darrell and Fatima) and their entity Jones Investing, LLC.

The Jones' and I were hoping to confer with you / meet and confer with you to discuss, *inter alia*:

·     Your office's handling of the *People v Jeffrey A . Conley* (SID No.: 2293841H) Case No.: 17006156-FH-F, and the current status of your investigating Mr. Conely's shooting of Mr. Jones, *to wit* your interviews of Dayatta Totten and Darrell Jones;

·     The underlying basis (if other than the bullet point *supra*) for and current status of any / all Muskegon County Sherriff's Office (via Detectives Logan Anderson and Nate Baker) and or the Muskegon County Prosecutor's Office investigation(s) of Mr. Jones and or Jones Investing, LLC;

·     Prospective dealings between you and your office and Mr. & Mrs. Jones, both as neighbors and community stewards.

Thank you in advance for considering this meeting request and your anticipated cooperation.

Regards,

John

**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506
Grand Rapids, MI 49503
office: (616) 205-3123
cell:    (269) 568-3101

email: JGardiner@bodmanlaw.com

My biography on: http://www.bodmanlaw.com/attorneys/john-d-gardiner

*Bodman is a Corp! Magazine "Diversity-Focused Company"*





CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

------------------------------------------------------------------------

This message was secured by **ZixCorp**[(R)].


------------------------------------------------------------------------

This message was secured by **ZixCorp**[(R)].
Attorney McEachin (Onjil)-


Good morning.


Please let me know if this morning is still workable for a call in the above-referenced matter.


I can be reached at (616) 205-3123 or can / will open my conference call line- dial in #1-800-910-3495; pass code #930 481 0226- depending on the number of participants.


I look forward to working with you to resolve this matter.


Regards,


John


**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506      Grand
Rapids, MI 49503 office: (616)
205-3123

cell:   (269) 568-3101
email: JGardiner@bodmanlaw.com
My biography on http://www.bodmanlaw.com/attorne ys/john-d-gardiner


*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*

# bodman

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

**From:** Gardiner, John
**Sent:** Thursday, November 01, 2018 2:17 PM
**To:** McEachin, Onjil (CRT)
**Cc:** Crews, Debora (CRT)
**Subject:** Re: Our clients: Darrell & Fatima Jones; Jones Investing, LLC / Your Case No.: DJ 175-38-81 / JDG Notice of Appearance with Contact Information

I'll listen for your call then (11/8 @ 11 EST).

> **John David Gardiner**
> BODMAN PLC    99
> Monroe Avenue
>
> Suite 506
>
> Grand Rapids, MI 49503 office:
> (616) 205-3123
>
> cell:    (269) 568-3101 email:
> JGardiner@bodmanlaw.com
>
> My biography on http://www.bodmanlaw.com/attorneys/john-d-gardiner
>
> *Bodman is a Corp! Magazine*
>
> ### "Diversity-Focused Company"

On Nov 1, 2018, at 2:12 PM, McEachin, Onjil (CRT) <Onjil.McEachin@usdoj.gov> wrote:
> Mr. Gardiner,
>
>
> Thank you for your email. I will be out of the office the beginning of next week, but am available for a conference call on November 8, 2018 at 11:00 am. Please let me know if that works for you.
>
>
> Sincerely,
>
>
> **Onjil McEachin**
>
> Trial Attorney

Housing and Civil Enforcement Section

Civil Rights Division

United States Department of Justice

Phone: (202) 353-4136

Fax: (202) 514-1116

Email: Onjil.McEachin@usdoj.gov


Overnight Mail:

1800 G Street, N.W., Suite 7015

Washington, DC 20006


Regular Mail:

950 Pennsylvania Avenue, N.W. - NWB

Washington, DC 20530




**From:** Gardiner, John <JGardiner@BODMANLAW.COM>
**Sent:** Thursday, November 1, 2018 10:33 AM
**To:** McEachin, Onjil (CRT) <Onjil.McEachin@ crt.usdoj.gov>
**Cc:** Gaydos, Lisa <LGaydos@BODMANLAW.COM>
**Subject:** Our clients: Darrell & Fatima Jones; Jones Investing, LLC / Your Case No.: DJ 175- 38-81 / JDG Notice of Appearance with Contact Information
**Importance:** High



Attorney McEachin (Onjil)-


Good morning / happy November?!.


Bodman / I represent Mr. & Mrs. Jones, as well as Mr. Jones' entity, Jones Investing, LLC, in the above-referenced DOJ Housing and Civil Enforcement Section investigation.


Mr. & Mrs. Jones (and I) are interested in meeting with you and or conferring with you, dialing in on #1-800-910-3495 using pass code #930 481 0226, or whomever you designate, to discuss this investigation.

My contact information appears below.

I look forward to working with you to resolve this matter.

Regards,

John

**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506
Grand Rapids, MI 49503 office:
(616) 205-3123

cell:  (269) 568-3101
email: JGardiner@bodmanlaw.com
My biography on http://www.bodmanlaw.com/attorneys/john-d-gardiner

*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*

<image001.png>

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

------------------------------------------------------------------------

This message was secured by **ZixCorp**(R).

FYI

**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506
Grand Rapids, MI 49503 office:
(616) 205-3123
cell:  (269) 568-3101
email: JGardiner@bodmanlaw.com
My biography on: http://www.bodmanlaw.com/attorneys/john-d-gardiner

*Bodman is a Corp! Magazine*

*"Diversity-Focused Company"*

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

Begin forwarded message:

> **From:** "Hilson, Dale" <HilsonDa@co.muskegon.mi.us>
> **Date:** December 19, 2018 at 8:10:39 AM EST
> **To:** "'Gardiner, John'" <JGardiner@BODMANLAW.COM >
> **Subject: RE: c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting Request**

I am happy to meet with you on these issues. However, that probably cannot happen until after the holidays.

cid:imag
e001.jpg@   01D09EA4

DJ Hilson

**Muskegon County Prosecutor**

990 Terrace, Fifth Floor

Muskegon, MI 49442

231-724-6435

cid:image006.j
pg@01CEBF64.
ABEC54B0

**From:** Gardiner, John [mailto:JGardiner@BODMANLAW.COM]
**Sent:** Tuesday, December 18, 2018 8:49 PM
**To:** Hilson, Dale
**Cc:** Gaydos, Lisa
**Subject:** c/m# 018626-1 / Mr. & Mrs. Jones (Darrell and Fatima) & Jones Investing, LLC / Meeting Request **Importance:** High

Prosecutor Hilson (D.J.)-

Good evening / happy mid-December?!.

Bodman / I represent Mr. & Mrs. Jones (Darrell and Fatima) and their entity Jones Investing, LLC.

The Jones' and I were hoping to confer with you / meet and confer with you to discuss, *inter alia*:

    ·     Your office's handling of the *People v Jeffrey A . Conley* (SID No.: 2293841H) Case No.: 17006156-FH-F, and the current status of your investigating Mr. Conely's shooting of Mr. Jones, *to wit* your interviews of Dayatta Totten and Darrell Jones;

    ·     The underlying basis (if other than the bullet point *supra*) for and current status of any / all Muskegon County Sheriff's Office (via Detectives Logan Anderson and Nate Baker) and or the Muskegon County Prosecutor's Office investigation(s) of Mr. Jones and or Jones Investing, LLC;

    ·     Prospective dealings between you and your office and Mr. & Mrs. Jones, both as neighbors and community stewards.

Thank you in advance for considering this meeting request and your anticipated cooperation.

Regards,

John

**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506
Grand Rapids, MI 49503
office: (616) 205-3123
cell:   (269) 568-3101

email: JGardiner@bodmanlaw.com

My biography on: http://www.bodmanlaw.com/attorneys/john-d-gardiner

*Bodman is a Corp! Magazine "Diversity-Focused Company"*

CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

---------------------------------------------------------------

This message was secured by ZixCorp(R).

Mr. & Mrs. Jones (Darrell and Fatima)-

Good afternoon. As a result of our iterative discussions (12/11; 12/12 and 12/13), and as a follow up to your email with proposed language. The below, subject to your review and input, is what I recommend serve as the initial written correspondence between Prosecutor Hilson's office and our office on your behalves.

Once you have had an opportunity to read and review the below, please let me know your thoughts (here or by phone (call or text)).

Thank you for this continuing work opportunity and your corresponding confidence in Bodman / I.

Regards,

John

## DRAFT

To: Prosecutor Hilson (D.J.) hilsonda@co.muskegon.mi.us

Prosecutor Hilson (D.J.)-

Good afternoon / happy mid-December?!.

Bodman / I represent Mr. & Mrs. Jones (Darrell and Fatima) and their entity Jones Investing, LLC.

The Jones' and I were hoping to confer with you / meet and confer with you to discuss, *inter alia*:

    ·   Your office's handling of the *People v Jeffrey A . Conley* (SID No.: 2293841H) Case No.: 17006156-FH-F, and the current status of your investigating Mr. Conely's shooting of Mr. Jones, *to wit* your interviews of Dayatta Totten and Darrell Jones;

    ·   The underlying basis (if other than the bullet point *supra*) for and current status of any / all Muskegon County Sheriff's Office (via Detectives Logan Anderson and Nate Baker) and or the Muskegon County Prosecutor's Office investigation(s) of Mr. Jones and or Jones Investing, LLC;

    ·   Prospective dealings between you and your office and Mr. & Mrs. Jones, both as neighbors and community stewards.

Thank you in advance for considering this meeting request and your anticipated cooperation.

Regards,


John


**John David Gardiner**
BODMAN PLC
99 Monroe Avenue NW
Suite 506
Grand Rapids, MI 49503 office:
(616) 205-3123 cell: (269) 568-
3101 email:
JGardiner@bodmanlaw.com

My biography on: http://www.bodmanlaw.com/attorneys/john-d-gardiner


*Bodman is a Corp! Magazine*
*"Diversity-Focused Company"*



CONFIDENTIALITY NOTICE The contents of this message from Bodman PLC may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.


Hello Mr. Gardner. These are the issues we would like to address in the letter and at the sit down. Thank. you.

1. Why did you attempt on several occasions to try to convince Dayatta Totten, my niece, to lie on me regarding her case in lying to the     police?
2. Why are you willfully trying to have the public falsely accuse me of crimes?
3. Why do you have your investigators, Detective Logan Anderson and Nate Baker harass and intimidate me and contractors that work for    me and my tenants? Why are they following me and people I do business with?
4. Why are you trying to destroy my business, which in turn destroys my family and how we live?
5. Why are you violating my civil rights. My 1st, 4th, 14th, and 15th amendment rights? I have the right to work and live in my community.
6. Why is the prosecutor's office intentionally ignoring the crimes Jeffrey Conley committed against me?
7. Are you going to charge Jeffrey Conley for his role in the assault against me, shooting at me and brandishing a weapon on me? If not     than why? The evidence clearly shows that he was in the City of Muskegon on the day in question.

8. We request that the Prosecutor's Office Cease and Desist all contact with Darrell Jones, his family and any businesscontractors affiliated    with Darrell Jones and Jones Investing, L.L.C., including any tenants that reside at any residence owned by Darrell Jones and Jones and    Jones Investing, L.L.C.


Please review these issues from a legal standpoint and include anything you think is relevant. I appreciate your service and look forward to working with you and in the future.

Thank you.


Fatima Jones


Good Evening Mr. Gardnier.

I just wanted to touch base with you on a couple of things. We were curious as to why you chose to email Mr. Hilson instead of sending him a letter? We wonder if you and Mr. Hilson are friendly. Also how do you plan to prepare for the meeting? We would like to have you do all of the talking. We have zero trust in the prosecutor's office. We are aware that they have an agenda.. And finally, we would like to also submit again to you our questions for the prosecutor. They will not make sense to you if you are not familiar with the Jeffrey Conley case. For that reason, we choose to not speak, but listen while you converse with him. And it is also for that reason, we believe that this housing claim was brought on by the prosecutor's office because they could not get anyone to lie on Darrell. The purpose of this meeting is to find out why the prosecutor's office did not charge Jeffrey Conley for the times he shot at me, pulled a gun on me and assaulted me. Please get a copy of the arrest warrant. Also, Jeffrey Conley was caught by police at the scene of the assault. Please email me any questions that you may have.

Thank you.


Fatima Jones


Hello Mr. Gardnier.

I hope you and your family are enjoying the holidays. I read the invoice dated December 14, 2018. I see that you have had several conversations with the DOL. We are only aware of the first initial phone conversation. Your invoice indicates that you have had at least 3 conversations with the DOL since your initial phone conference on October 31st. Your invoice states that on November 2nd, November 7th and November 8th you had conversations with the DOJ. We had no idea that you had more than one conversation with them. I have no Idea who DeAndre Harris is or which tenant he represents. You did not report what the outcome of those conversations were to us. You only said after the first initial conversation that we should be expecting a letter late December or early January. We would like to know what was discussed. Please email me your thoughts and your response from the previous emails. It helps me to read your response.

Thank you.


Fatima Jones

VoiceMessage.wav
435.3kB

DOJ Case No.: DJ 175-38-81
433.9kB

DOJ Case No.: DJ 175-38-81
903.3kB

Meeting 1-8 @ 10 AM
986.9kB

Cnf Call 11-8 @ 11 am EST
1023.5kB

Meeting Request
1.1MB

Meeting Request
1.1MB

15749789_1.pdf
85kB

15760752_1.pdf
120.5kB

Bodman Terms of Engagement PDF.pdf
33.4kB

Fax-Oct-23-2018-09-50-32-0439.pdf
99.1kB

Meeting with the Prosecutor
1.1MB

December Invoice
1.1MB

image001.png
7.9kB

VoiceMessage.wav
297.9kB

VoiceMessage.wav
297.9kB

image001.jpg
1kB

image002.jpg
4.4kB

image003.png
28.4kB

Sit Down Letter
7kB

2017004483 KHN

| STATE OF MICHIGAN<br>60TH JUDICIAL DISTRICT<br>14TH JUDICIAL CIRCUIT | COMPLAINT<br>MISDEMEANOR | DISTRICT: 17188744SM |
|---|---|---|
| | | CIRCUIT: |

| District Court ORI: MI610025J<br>990 Terrace Street, Muskegon, MI 49442 231-724-6283 | Circuit Court ORI: MI610015J<br>990 Terrace Street Muskegon, MI 49442 231-724-6251 |
|---|---|

| | Defendant's name and address | Victim or complainant |
|---|---|---|
| THE PEOPLE OF THE<br>STATE OF MICHIGAN | V  JEFFREY  ALLEN CONLEY<br>32 W FOREST AVE<br>MUSKEGON, MI  49441 | |
| | | Complaining Witness |

| Co-defendant(s) | Date: On or about<br>10/09/17 |
|---|---|

| City/Twp./Village<br>Muskegon City Getty St /<br>Catherine Av | County in Michigan<br>Muskegon | Defendant TCN | Defendant CTN<br>61-17004483-01 | Defendant SID | Defendant DOB<br>M/B<br>02/28/1984 |
|---|---|---|---|---|---|

| Police agency report no.<br>MPD 201723343 | Charge<br>See below | DLN Type: | Vehicle Type | Defendant DLN<br>unknown |
|---|---|---|---|---|

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF MUSKEGON**
The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** ASSAULT OR ASSAULT AND BATTERY
did,  make an assault, or an assault and battery upon the following person: Darrell Jones; contrary to MCL 750.81(1).  [750.81]
MISDEMEANOR:  93 Days and/or $500.00.  A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

The complaining witness asks that the defendant be apprehended and dealt with according to law.

(*Peace Officers Only* ) I declare that the statements above are true to the best of my information, knowledge and belief.

| Warrant authorized on<br>by: *[signature]* | Date | Complaining Witness Signature |
|---|---|---|
| | | Subscribed and sworn to before me on      Date |
| | | 10/10/2017 09:42 AM |
| KATHRYN H. NORTON P: 71084<br>ASSISTANT PROSECUTOR | | Judge/Magistrate/Clerk      Bar no. |

CTN: 61-17004483-01 DC1

| STATE OF MICHIGAN<br>60TH JUDICIAL DISTRICT<br>ORI610025J<br>PIN: 201723343 | REGISTER OF ACTIONS | CASE NO: **17188744SM** D01 SM<br>X-REFERENCE #: 17188744SM<br>STATUS: CLSD 02/27/18 |
|---|---|---|

JUDGE OF RECORD: HOOPES,MARIA LADAS, P-53470
JUDGE: HOOPES,MARIA LADAS, P-53470

STATE OF MICHIGAN v

                                                  CTN: 611700448301
  **CONLEY/JEFFREY/ALLEN**                   TCN: PV17019579M
  309 9TH ST                         SID: 2293841H
  MUSKEGON        MI 49444        ENTRY DATE: 10/10/17
                           **OFFENSE** DATE: 10/09/17

DEFENDANT PHONE: (231) 760-7605    VEHICLE TYPE:      VPN:
DOB: 02/28/1984  SEX: M  RACE: B  DLN: MI C540390051153  CDL: U
VEH YR:        VEH MAKE:      VIN:            PAPER PLATE:

| DEFENSE ATTORNEY ADDRESS<br>WISTROM,KEVIN J.,<br>1 E APPLE AVE<br>STE C<br>MUSKEGON     MI 49442 | BAR NO.<br>P-38235<br>Telephone No.<br><br>(231) 747-9663 |
|---|---|

| OFFICER: ANDERSON/LOGAN<br><br>PROSECUTOR: MATLOCK,KATHERINE T<br>VICTIM/DESC: DARREL JONES | DEPT: MUSKEGON POLICE DEPARTMEN<br>DEPT: MUSKEGON POLICE DEPARTMEN<br>P-81007 |
|---|---|

COUNT **1** C/M/F: M 75081             PACC#750.81
**ASSAULT OR ASSAULT AND BATTERY**
ARRAIGNMENT DATE: 10/10/17    PLEA:    PLEA N-GLTY    PLEA DATE: 10/10/17
FINDINGS: DISM BY PTY   DISPOSITION DATE: 02/27/18
SENTENCING DATE:

| | FINE | COST ST.COST | CON | MISC. | REST | TOT FINE | TOT DUE |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

     JAIL SENTENCE:         PROBATION:
  VEH IMMOB START DATE:         NUMBER OF DAYS:     VEH FORFEITURE:

BOND HISTORY:
    1,000.00   SURETY    BOND POSTED

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 10/09/17 | | | |
| 1 | ORIGINAL CHARGE | ASSAULT/BATR | TLB |
| | ***NEEDS PRINTS*** | | TLB |
| | **BOND $1,000 - 10%** | | TLB |
| 10/10/17 | | | |
| | FILING DATE | 101017 | TLB |
| 1 | AUTHORIZATION OF COMPLAINT DATE | | TLB |
| | PROS NORTON,KATHRYN HELE | P-71084 | TLB |
| | COMPLAINT ISSUANCE DATE | | TLB |
| | MAG WIEWIORA,JOHN M., | P-42829 | TLB |
| | MISCELLANEOUS ACTION | ALL COUNTS | TLB |
| | DEFENDANT IN-CUSTODY PENDING FIRST COURT APPEARANCE | | TLB |
| | ADVICE OF RIGHTS AND PD FORM IN FILE | | TLB |
| | *****CCH***** | | TLB |
| | PRINTS IN FILE | | TLB |
| | VIDEO ARRAIGNMENT HELD | | BJC |
| | ARRAIGNMENT HELD | ALL COUNTS | BJC |

NAME: CONLEY/JEFFREY/ALLEN                    CASE NO: 17188744SM    PAGE    2

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|------|-------------------------------|--|----------|
| | JDG  HOOPES,MARIA LADAS, | P-53470 | BJC |
| | ATT   PRO PER,*, | #    999 | BJC |
| | PLEAD NOT GUILTY | | BJC |
| | SCHEDULED FOR PRE-TRIAL   102417  900A  WIEWIORA,JOHN M., | P-42829 | BJC |
| | CASH OR SURETY | | BJC |
| | BOND SET | $    1000.00 | BJC |
| | RECORDED BY SHELLY WAY CER 6910 | | BJC |
| | NO CONTACT W/ DARRELL JONES OR RESIDENCE | | BJC |
| | DIRECT OR INDIRECT | | BJC |
| | NO ALC. NO NON-PRESCRIBED DRUGS. NO MJ. | | BJC |
| | NO NEW CHARGES | | BJC |
| | MISCELLANEOUS ACTION    ALL COUNTS | | BJC |
| | ATT   JOHNSON,FREDERICK D | P-36283 | BJC |
| | COURT APPOINTED ATTORNEY GRANTED | | BJC |
| | CUSTODY ORDER GENERATED | | BJC |
| | ****BOND CONDITIONS ENTERED ON LEIN**** | | BJC |
| 10/16/17 | | | |
| | PREV. 32 W FOREST AVE | | LMS |
| | ADDR: MUSKEGON       MI 49441 | | LMS |
| | MISCELLANEOUS ACTION    ALL COUNTS | | LMS |
| | SURETY | | LMS |
| | BOND POSTED | $   1000.00  101317 | LMS |
| | RELEASE FROM CUSTODY STATUS | | LMS |
| | SURETY BOND POSTED BY BAD BOYS BAIL BONDS | | LMS |
| | AMERICAN SURETY COMPANY | | LMS |
| | POWER NO AS1 447062 | | LMS |
| 10/17/17 | | | |
| | AMENDED COMPLAINT RECD & FILED - CORRECTING | | TLB |
| | SPELLING OF VICTIM'S NAME | | TLB |
| 10/24/17 | | | |
| | PRE-TRIAL HELD        ALL COUNTS | | SJB |
| | MAG  WIEWIORA,JOHN M., | P-42829 | SJB |
| | PROS MATLOCK,KATHERINE T | P-81007 | SJB |
| | ATT  MITTEER,MANDA JO, | P-71689 | SJB |
| | SCHEDULED FOR JURY-TRIAL  011818  900A  HOOPES,MARIA LADAS, | P-53470 | JMW |
| | FULL REST DEMANDED. | | JMW |
| | PRE-TRIAL HELD        ALL COUNTS | | SJB |
| | SCHEDULED FOR FINAL PRETRIAL | | |
| | 011618  900A  HOOPES,MARIA LADAS, | P-53470 | JMW |
| | NOTICE TO APPEAR GENERATED | | |
| | ALL COUNTS | | JMW |
| 1 | MISCELLANEOUS ACTION     ASSAULT/BATR | | SJB |
| | ATT  WISTROM,KEVIN J., | P-38235 | SJB |
| | SUBSTITUTION OF ATTORNEY FILED | | SJB |
| 11/13/17 | | | |
| | STIPULATION TO ADJOURN FILED | | SJB |
| | DEF ATTNY CONFLICT | | SJB |
| 11/14/17 | | | |
| | MISCELLANEOUS ACTION    ALL COUNTS | | SJB |
| | REMOVED FROM DOCKET   011618  900A  HOOPES,MARIA LADAS, | P-53470 | SJB |
| | MISCELLANEOUS ACTION    ALL COUNTS | | SJB |
| | REMOVED FROM DOCKET   011818  900A  HOOPES,MARIA LADAS, | P-53470 | SJB |
| | GRANTED | | SJB |

NAME: CONLEY/JEFFREY/ALLEN                    CASE NO: 17188744SM    PAGE   3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|------|-------------------------------|---|----------|
| | MISCELLANEOUS ACTION      ALL COUNTS | | SJB |
| | SCHEDULED FOR FINAL PRETRIAL | | |
| | | 022718  900A  HOOPES,MARIA LADAS,  P-53470 | SJB |
| | MISCELLANEOUS ACTION      ALL COUNTS | | SJB |
| | SCHEDULED FOR JURY-TRIAL  030118  900A  HOOPES,MARIA LADAS,  P-53470 | | SJB |
| 12/04/17 | | | |
| | DEFT COPY OF STIP TO ADJ RET'D: NOT | | SJB |
| | ABLE TO BE DELIVERED, ATTEMPTED TO | | SJB |
| | CALL, NUMBER ON FILE NOT VALID | | SJB |
| 12/27/17 | | | |
| | WE RECEIVED A SURETY BOND FOR THIS CASE; | | MJH |
| | HOWEVER, THERE WAS ALREADY A SURETY BOND | | MJH |
| | POSTED / I CONTACTED AND SPOKE TO FRACENA | | MJH |
| | AT BAD BOYS / BAD BOYS HAD REVOKED THE | | MJH |
| | 1ST SURETY BOND THEY POSTED; HOWEVER, I | | MJH |
| | COULD FIND NO PAPERWORK / BAD BOYS WILL BE | | MJH |
| | FAXING A COPY OF THE PAPERWORK REVOKING | | MJH |
| 1 | MISCELLANEOUS ACTION      ASSAULT/BATR | | BJC |
| | NOTICE OF SURRENDER /CANCELLATION OF BOND | | BJC |
| | SIGNED | | BJC |
| 12/28/17 | | | |
| | TX'D LEFT VOICEMAIL MESSAGE FOR BAD BOYS | | BJC |
| | THAT JUDGE SIGNED CANCELLATION OF BOND | | BJC |
| 01/31/18 | | | |
| | PREV. CTN: 611700443801 | | SMC |
| | CORRECTED CTN PER L MEEUWENBERG | | SMC |
| 02/27/18 | | | |
| | MISCELLANEOUS ACTION      ALL COUNTS | | BJC |
| | JDG  HOOPES,MARIA LADAS, | P-53470 | BJC |
| | DISMISSED BY PARTY | | BJC |
| | DISMISSED ON MOTION OF PROSECUTING ATTORNEY | | BJC |
| | NOLLE PROS ISSUED BY K MATLOCK - FOR | | BJC |
| | FURTHER INVESTIGATION | | BJC |
| | ****CONDITIONS REMOVED FROM LEIN**** | | BJC |
| | CASE DISMISSED | | BJC |
| 1 | REMOVAL OF ENTRY FROM LEIN GENERATED | | |
| | ASSAULT/BATR | | BJC |
| | MISCELLANEOUS ACTION      ASSAULT/BATR | | BJC |
| | JUDGMENT SENT TO MSP ELECTRONICALLY | | BJC |
| | FUTURE CALENDAR DATE(S) REMOVED | | BJC |
| | CASE CLOSED | | BJC |



OFFICE OF THE

# MUSKEGON COUNTY PROSECUTOR

Hall of Justice
Fifth Floor
990 Terrace Street
Muskegon, Michigan 49442

October 12, 2017

Criminal Division      (231) 724-6435
Victim Services        (231) 724-6676
Criminal Division Fax  (231) 724-6685
www.co.muskegon.mi.us/prosecutor/

DARREL JONES
1976 DYKSTRA RD
MUSKEGON, MI 49445

**RE: The People of the State of Michigan v. Jeffrey Allen Conley
Case No.   17-188744-SM**

Dear Darrel Jones:

We were sorry to learn about the recent assault on you. I want you to know that your viewpoints and participation are welcome and needed in the processing of this case.

Our office has charged the defendant with the following crime(s):

1 Count(s) Of  ASSAULT OR ASSAULT AND BATTERY

Enclosed is a pamphlet explaining the rights you have as a victim and how your case will proceed through the court system. I have also provided helpful resource information including details of assistance available from the State Crime Victim's Compensation Board for expenses you may have incurred as a result from a personal injury and information regarding the Michigan Victim Notification Network to keep you apprised of court proceeding updates and defendant custody status.

Attached is a "Victim Impact Statement". **In order for you to receive future notifications of updated information regarding this case, you must return the attached form with the appropriate box checked or contact our Victim-Witness Unit to request your rights as a victim of crime.** You may add additional pages to this statement. You may consult with the assistant prosecutor assigned to the case at future times. You also have the right to make an impact statement to the probation agent completing the pre-sentence report, which is a report read by the Judge. It is important that you understand that the defense attorney and the defendant will also receive a copy of your statement unless otherwise noted on your Victim Impact Statement. In order for us to contact you in the future, you must notify us of any change in your address or phone number.

Crime victims are seldom threatened or intimidated by the offender, but if this occurs, contact the police immediately. They will make a report to our office for possible criminal charges. Should you have any questions please contact the **Victim Services Unit at (231) 724-6676**. My office is here to assist you through this difficult experience. We encourage your input. Please do not hesitate to contact us if we can assist you in any way.

Sincerely,

Dale J. Hilson
Muskegon County Prosecutor

**JONES, DARRELL D (id #1141168, dob: 02/16/1963)**



**MERCY HEALTH**
PHYSICIAN PARTNERS

Recipient:

Date: 11/13/2017

RE: Darrell Jones, DOB: 02/16/1963

To whom it may concern:

I am the primary care physician for Darrell Jones (Date of birth 02-16-1963). Following his alleged assault on 10/9/17, he has had significant worsening in his neurologic functioning. A month has gone by, and yet patient is still unable to communicate verbally in a comprehensible way, much less follow commands or execute complex tasks throughout his day. This is a dramatic change from his baseline, and it is unclear at this point if or when he will be able to resume some of the tasks that he previously performed with ease (i.e. care of self-hygiene, driving, working as a business owner). Please consider these factors when dealing with any legal proceedings related to his alleged assault. Feel free to contact my office with any questions or concerns.

Sincerely,

Electronically Signed by: NICHO VANDENBOSCH DO

2017004871 BLM

| STATE OF MICHIGAN 14th JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT | COMPLAINT FELONY | DISTRICT: 17 1 89 2 4 5 FH |
|---|---|---|
| | | CIRCUIT: |

| District Court ORI: | Circuit Court ORI: MI610015J 990 Terrace Street Muskegon, MI 49442  231-724-6251 |
|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN | V | Defendant's name and address JEFFREY CONLEY 3009 9TH ST MUSKEGON HEIGHTS, MI, 49444 | Victim or complainant |
|---|---|---|---|
| | | | Complaining Witness |

| Co-defendant(s) | | Date: On or about 11/01/2017 |
|---|---|---|

| City/Twp./Village Muskegon City 1449 Terrace St | County in Michigan Muskegon | Defendant TCN | Defendant CTN 61-17004871-01 | Defendant SID | Defendant DOB M/B  02/28/1984 |
|---|---|---|---|---|---|

| Police agency report no. MPD 201725139 | Charge See below | DLN Type: | Vehicle Type | Defendant DLN C540390051153 |
|---|---|---|---|---|

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF MUSKEGON**

The complaining witness says that on the date and at the location described above, the defendant, contrary to law,

**COUNT 1:**  WEAPONS - FIREARMS - POSSESSION BY FELON
did possess , or use , or transport , or carry  a firearm when ineligible to do so because he or she had been convicted of Del/Mfg a Narcotic Less than 50 Grams, Second or Subsequent Offense, a felony punishable by imprisonment for 4 or more years and/or a specified felony, and the requirements for regaining eligibility had not been met; contrary to MCL 750.224f. [750.224F]
FELONY:  5 Years and/or $5,000.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 2:**  WEAPONS - CARRYING CONCEALED
did carry a dangerous weapon, to wit: a pistol, concealed on or about his or her person and whether concealed or otherwise in a vehicle operated or occupied by said defendant, to wit: an SUV; contrary to MCL 750.227. [750.227]
FELONY:  5 Years or $2,500.00; Mandatory forfeiture of weapon or device [See MCL 750.239]

**COUNT 3:**  ASSAULT WITH A DANGEROUS WEAPON(FELONIOUS ASSAULT)
did make an assault upon Darrell Jones with a dangerous weapon, to-wit:  a pistol, but without intending to commit the crime of murder or to inflict great bodily harm less than the crime of murder; contrary to MCL 750.82. [750.82].
FELONY:  4 Years and/or $2,000.00; DNA to be taken upon arrest. A consecutive sentence may be imposed under MCL 750.506a if the assault  was committed in a place of confinement.

**COUNT 4:**  WEAPONS - FELONY FIREARM
did carry or have in his/her possession a firearm, to-wit: a pistol, at the time he/she committed or attempted to commit a felony, to-wit: Felon in Possession of a Firearm and/or Assault with a Dangerous Weapon; contrary to MCL 750.227b. [750.227B-A]
FELONY:  2 Years consecutively with andpreceding any term of imprisonment imposed for the felony or attempted felony conviction; Mandatory forfeiture of weapon or device [See MCL 750.239]

**HABITUAL OFFENDER - FOURTH OFFENSE NOTICE**
   Take notice that the defendant was previously convicted of three or more felonies or attempts to commit felonies in that on or about 02/04/2003, he or she was convicted of the offense of Possession of a Narcotic Less than 25 Grams in violation of MCL 333.74032A5;  in the 22nd Circuit Court for Ann Arbor, State of Michigan;
   And on or about 12/23/2002, he or she was convicted of the offense of Del/Mfg a Narcotic Less than 50 Grams in violation of MCL 333.74012A4;  in the 14th Circuit Court for Muskegon County, State of Michigan;
   And on or about 03/18/2005, he or she was convicted of the offense of Possession of a Narcotic Less than 25 Grams in violation of MCL 333.74032A5;  in the 14th Circuit Court for Muskegon County, State of Michigan;

Therefore, defendant is subject to the penalties provided by MCL 769.12.  [769.12]
PENALTY:   Life if primary offense has penalty of 5 Years or more; 15 Years or less if primary offense has penalty under 5 Years.  The maximum penalty cannot be less than the maximum term for a first conviction.

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

_____ If there is a check to the left, please place warrant information on NCIC.
The complaining witness asks that defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on _____ <br> Date <br> by: _~signature~_   11/02/2017 09:03 PM <br> BENJAMIN L. MEDEMA P: 74195 <br> ASSISTANT PROSECUTING ATTORNEY | Complaining Witness Signature <br><br> Subscribed and sworn to before me on _____ <br> Date <br><br> Judge/Magistrate/Clerk         Bar no. |

CTN: 61-17004871-01 CC1

| STATE OF MICHIGAN<br>60TH JUDICIAL DISTRICT<br>ORI610025J<br>PIN: 201725139 | REGISTER OF ACTIONS | CASE NO:  17189245FY D01 FY<br>X-REFERENCE #:  17189245FY<br>STATUS: CLSD     12/20/17 |
|---|---|---|

```
                              JUDGE OF RECORD: NOLAN,GEOFFREY THOM   P-62957
                                       JUDGE: NOLAN,GEOFFREY THOM   P-62957
STATE OF MICHIGAN v
                                            CTN: 611700487101
     CONLEY/JEFFREY/ALLEN                    TCN:
     3009 9TH ST                             SID:
     MUSKEGON HEIGHTS MI 49444         ENTRY DATE: 11/03/17
                                      OFFENSE DATE: 11/01/17
DEFENDANT PHONE: (231) 760-7605      VEHICLE TYPE:         VPN:
DOB: 02/28/1984  SEX: M  RACE: B  DLN: MI C540390051153  CDL: U
VEH YR:        VEH MAKE:        VIN:              PAPER PLATE:
```

| DEFENSE ATTORNEY ADDRESS<br>JOHNSON,FREDERICK D.,JR.<br>155 E APPLE AVE<br>MUSKEGON     MI 49442 | BAR NO.<br>P-36283          APPOINTED<br>Telephone No.<br>(231) 724-6585 |
|---|---|
| OFFICER: COX/TRACY/<br><br>PROSECUTOR: MEDEMA,BENJAMIN LEE<br>VICTIM/DESC: DARRELL JONES | DEPT: MUSKEGON POLICE DEPARTMEN<br>DEPT: MUSKEGON POLICE DEPARTMEN<br>   P-74195 |

```
COUNT  1 C/M/F: F 750224F                    PACC#750.224F
WEAPONS-FIREARMS-POSSESSION BY FELON
ARRAIGNMENT DATE:  12/06/17     PLEA:   EXAM DEMAND    PLEA DATE: 12/06/17
FINDINGS:  DISM BY PTY    DISPOSITION DATE: 12/20/17
SENTENCING DATE:
       FINE      COST ST.COST    CON    MISC.     REST    TOT FINE    TOT DUE
       0.00      0.00    0.00   0.00    0.00     0.00       0.00       0.00
          JAIL SENTENCE:            PROBATION:
     VEH IMMOB START DATE:        NUMBER OF DAYS:      VEH FORFEITURE:


BOND HISTORY:
     50,000.00    CASH OR SURETY  BOND SET


COUNT  2 C/M/F: F 750227                     PACC#750.227
WEAPONS - CARRYING CONCEALED
ARRAIGNMENT DATE:  12/06/17     PLEA:   EXAM DEMAND    PLEA DATE: 12/06/17
FINDINGS:  DISM BY PTY    DISPOSITION DATE: 12/20/17
SENTENCING DATE:
       FINE      COST ST.COST    CON    MISC.     REST    TOT FINE    TOT DUE
       0.00      0.00    0.00   0.00    0.00     0.00       0.00       0.00
          JAIL SENTENCE:            PROBATION:
     VEH IMMOB START DATE:        NUMBER OF DAYS:      VEH FORFEITURE:


COUNT  3 C/M/F: F 75082                      PACC#750.82
ASSAULT WITH A DANGEROUS WEAPON (FELONIOUS ASSAULT)
ARRAIGNMENT DATE:  12/06/17     PLEA:   EXAM DEMAND    PLEA DATE: 12/06/17
FINDINGS:  DISM BY PTY    DISPOSITION DATE: 12/20/17
SENTENCING DATE:
       FINE      COST ST.COST    CON    MISC.     REST    TOT FINE    TOT DUE
       0.00      0.00    0.00   0.00    0.00     0.00       0.00       0.00
          JAIL SENTENCE:            PROBATION:
     VEH IMMOB START DATE:        NUMBER OF DAYS:      VEH FORFEITURE:
```

```
NAME: CONLEY/JEFFREY/ALLEN                CASE NO: 17189245FY    PAGE   2

COUNT  4 C/M/F: F 750227B-A               PACC#750.227B-A
FELONY FIREARMS
ARRAIGNMENT DATE:  12/06/17    PLEA:   EXAM DEMAND   PLEA DATE: 12/06/17
FINDINGS:  DISM BY PTY   DISPOSITION DATE: 12/20/17
SENTENCING DATE:
     FINE      COST ST.COST     CON    MISC.     REST   TOT FINE   TOT DUE
     0.00      0.00    0.00    0.00    0.00     0.00      0.00      0.00
        JAIL SENTENCE:             PROBATION:
  VEH IMMOB START DATE:           NUMBER OF DAYS:      VEH FORFEITURE:
```

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|---|---|---|---|
| 11/01/17 | | | |
| 1 | ORIGINAL CHARGE        FEL FIREARM | | TLB |
| 2 | ORIGINAL CHARGE        WEAPONS-CCW | | TLB |
| 3 | ORIGINAL CHARGE        FEL ASSAULT | | TLB |
| 4 | ORIGINAL CHARGE        GUN FELONY | | TLB |
| | ***HABITUAL 4TH*** | | TLB |
| | ***NEEDS PRINTS*** | | TLB |
| | BOND $20,000 C/S | | TLB |
| 11/02/17 | | | |
| 1 | AUTHORIZATION OF COMPLAINT DATE | | TLB |
| | PROS MEDEMA,BENJAMIN LEE | P-74195 | TLB |
| 11/03/17 | | | |
| | FILING DATE           110317 | | TLB |
| 1 | COMPLAINT ISSUANCE DATE | | TLB |
| | WARRANT SIGNED & ISSUED | | TLB |
| | MAG  WIEWIORA,JOHN M., | P-42829 | TLB |
| | WARRANT ENTRY REQUESTED  110317  319P | | TLB |
| | SYSIDNO (20:) GENERATED BY LEIN | | |
| | 46482654 | | TLB |
| 12/06/17 | | | |
| | WARRANT CANCELLATION REQUESTED | | |
| | 120617 1142A | | EMJ |
| | WARRANT CANCELLATION ACCEPTED | | |
| | 120617 1143A | | EMJ |
| | WARRANT CANCELED FROM LEIN | | EMJ |
| | ARRAIGNMENT HELD      ALL COUNTS | | EMJ |
| | JDG  NOLAN,GEOFFREY THOM | P-62957 | EMJ |
| | ATT  PRO PER,*, | #   999 | EMJ |
| | EXAMINATION DEMANDED | | EMJ |
| | SCHEDULED FOR PROBABLE CAUSE CONFERENCE | | |
| | 121317  200P  CONFERENCE,PROBABLE | P-91000 | EMJ |
| | CASH OR SURETY | | EMJ |
| | BOND SET | $  50000.00 | EMJ |
| | RECORDED BY JENNIFER ADAMS CER 9285 | | EMJ |
| | NO CONTACT W/DARRELL JONES OR RESIDENCE | | EMJ |
| | DIRECT/INDIRECT | | EMJ |
| | MISCELLANEOUS ACTION      ALL COUNTS | | EMJ |
| | SCHEDULED FOR PRELIMINARY EXAMINATION | | |
| | 122017 1000A  NOLAN,GEOFFREY THOM | P-62957 | EMJ |
| | MISCELLANEOUS ACTION      ALL COUNTS | | EMJ |
| | ATT  JOHNSON,FREDERICK D | P-36283 | EMJ |
| | COURT APPOINTED ATTORNEY GRANTED | | EMJ |
| | ****BOND CONDITIONS ENTERED ON LEIN**** | | EMJ |

NAME: CONLEY/JEFFREY/ALLEN                CASE NO: 17189245FY    PAGE   3

| DATE | ACTIONS, JUDGMENTS, CASE NOTES | | INITIALS |
|------|--------------------------------|--|----------|
| | CUSTODY ORDER GENERATED | | EMJ |
| 12/13/17 | | | |
| | PROBABLE CAUSE CONFERENCE HELD | | |
| | ALL COUNTS | | SJB |
| | PRELIMINARY EXAM REMAINS SCHEDULED | | SJB |
| 12/20/17 | | | |
| | PROCEEDING HELD        ALL COUNTS | | BJC |
| | JDG  NOLAN,GEOFFREY THOM | P-62957 | BJC |
| | PROS FARRELL,MARY E., | P-43159 | BJC |
| | ATT  WISTROM,KEVIN J., | P-38235 | BJC |
| | JUDGE OF RECORD/MAGISTRATE CHANGED | | BJC |
| | FROM: 00000 NO SPECIFIC JUDGE | | BJC |
| | TO: 62957 NOLAN,GEOFFREY THOMAS, | | BJC |
| | DISMISSED BY PARTY | | BJC |
| | DISMISSED ON MOTION OF PROSECUTING ATTORNEY | | BJC |
| | NOLLE PROS ISSUED BY M ROBERTS - DISMISSED | | BJC |
| | FURTHER INVESTIGATION | | BJC |
| | RECORDED BY JENNIFER ADAMS CER 9285 | | BJC |
| | ATTORNEY PRESENT-NO APPEARANCE FILED | | BJC |
| 1 | PRETRIAL RELEASE ORDER GENERATED | | |
| | FEL FIREARM | | BJC |
| | ****CONDITIONS REMOVED FROM LEIN**** | | BJC |
| | CASE DISMISSED | | BJC |
| 1 | REMOVAL OF ENTRY FROM LEIN GENERATED | | |
| | FEL FIREARM | | BJC |
| | MISCELLANEOUS ACTION    FEL FIREARM | | BJC |
| | CASE CLOSED | | BJC |

***** END OF REGISTER OF ACTIONS ***** 01/17/19 16:45

*10-24-*

2017004482 !mm

| STATE OF MICHIGAN 60TH JUDICIAL DISTRICT 14TH JUDICIAL CIRCUIT | AMENDED COMPLAINT MISDEMEANOR | DISTRICT: *17188745Sm* |
|---|---|---|
| | | CIRCUIT: |

District Court ORI: MI610025J
990 Terrace Street, Muskegon, MI 49442 231-724-6283

Circuit Court ORI: MI610015J
990 Terrace Street Muskegon, MI 49442 231-724-6251

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V TYREE LADON EDWARDS 3229 LEAHY ST MUSKEGON HEIGHTS, MI 49444 | Victim or complainant |
|---|---|---|
| | | Complaining Witness |
| Co-defendant(s) | | Date: On or about 10/09/17 |

| City/Twp./Village Muskegon City Getty St / Catherine Av | County in Michigan Muskegon | Defendant TCN PV17019578K | Defendant CTN 61-17004482-01 | Defendant SID 1899407E | Defendant DOB M/B 08/19/1979 |
|---|---|---|---|---|---|
| Police agency report no. MPD 201723343 | Charge See below | DLN Type: | Vehicle Type | Defendant DLN unknown | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

## STATE OF MICHIGAN, COUNTY OF MUSKEGON

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

**COUNT 1:** ASSAULT OR ASSAULT AND BATTERY

did, make an assault, or an assault and battery upon the following person: Darrel Jones; contrary to MCL 750.81(1). [750.81]

MISDEMEANOR: 93 Days and/or $500.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

The complaining witness asks that the defendant be apprehended and dealt with according to law.

*(Peace Officers Only )* I declare that the statements above are true to the best of my information, knowledge and belief.

| Warrant authorized on 10/16/17 Date by: Kathryn H. Norton, P71084 | Complaining Witness Signature |
|---|---|
| | Subscribed and sworn to before me on _____ Date |
| | Judge/Magistrate/Clerk                Bar no. |

CTN: 61-17004482-01 DC1

2017 OCT 17 PM 1:36
60TH DIST. COURT
MUSKEGON, MI

COURT

2017004482 KHN

| STATE OF MICHIGAN 60TH JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT | WARRANT MISDEMEANOR | DISTRICT: 17188745 SM CIRCUIT: |
|---|---|---|
| District Court ORI: MI610025J 990 Terrace Street, Muskegon, MI 49442 231-724-6283 | | Circuit Court ORI: MI610015J 990 Terrace Street Muskegon, MI 49442 231-724-6251 |

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V TYREE LADON EDWARDS 3229 LEAHY ST MUSKEGON HEIGHTS, MI 49444 | Victim or complainant Complaining Witness |
|---|---|---|
| Co-defendant(s) | | Date: On or about 10/09/17 |

| City/Twp./Village Muskegon City Getty St / Catherine Av | County in Michigan Muskegon | Defendant TCN | Defendant CTN 61-17004482-01 | Defendant SID | Defendant DOB M/B 08/19/1979 |
|---|---|---|---|---|---|
| Police agency report no. MPD 201723343 | Charge See below | DLN Type: | Vehicle Type | Defendant DLN unknown | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

## STATE OF MICHIGAN, COUNTY OF MUSKEGON

To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described above, the defendant, contrary to law,

**COUNT 1:** ASSAULT OR ASSAULT AND BATTERY
did, make an assault, or an assault and battery upon the following person: Darrel Jones; contrary to MCL 750.81(1). [750.81]
MISDEMEANOR: 93 Days and/or $500.00. A consecutive sentence may be imposed under MCL 750.506a if the assault was committed in a place of confinement.

Upon examination of the complaint, I find probable cause to believe defendant committed the offense set forth. **THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN**, I order you to arrest and bring defendant before the court immediately, or the defendant may be released when a cash or surety bond is posted in the amount of
$ 1,000 10% for personal appearance before the court.

| 10-10-17 | (SEAL) | _____ | p42127 |
|---|---|---|---|
| Date | | Judge/Magistrate | Bar no. |

By virtue of this warrant the defendant has been taken into custody as ordered.

| _____ | _____ |
|---|---|
| Date | Peace Officer |

CTN: 61-17004482-01 DW1

COURT

STATE OF MICHIGAN     CASE NO: 17188745SM SM

POLICE NO: 201723343    [X] COMMITMENT TO JAIL

| Court Address 990 TERRACE STREET | Court Telephone |
|---|---|
| ORI MI610025J    MUSKEGON, MI 49442 | (231) 724-6258 |

| People of STATE OF MICHIGAN/MPD | V | Defendant's name,address, and phone<br>(231) 769-9524<br>EDWARDS/TYREE/LADON<br>3229 LEAHY ST<br>MUSKEGON HEIGHTS, MI 49444 |
|---|---|---|

| CTN/TCN | SID | DOB |
|---|---|---|
| 611700448201 | 1899407E | 8/19/1979 |

**THE COURT FINDS:**

1. The defendant was found guilty on NOV. 8, 2017 of the crime(s) stated below:

------------------------------------------------------------------------

| | | CONVICTED BY | | DISMISS | | CHARGE CODE(S) |
|---|---|---|---|---|---|---|
| CNT | PLEA* | COURT | JURY | BY* | CRIME | MCL CITATION/PACC |
| 1 | NC | _ | _ | __ | ASSAULT OR ASSAULT AND BATTERY | 750.81 |

------------------------------------------------------------------------

*Plea:insert G for guilty plea; NC for nolo contendere; MI for mentally ill.
*Dismissed:insert D for by court or NP for by prosecutor/plaintiff.

2. Defendant was represented by an attorney: FREDERICK D. JOHNSON JR    P-36283

6. The defendant has been fingerprinted according to MCL 28.243.

**IT IS ORDERED:**

10. The defendant is sentenced to jail as follows:

| CNT | DATE JAIL BEGINS | TOTAL SENTENCE DAY(S) | JAIL CREDIT DAY(S) | TO BE SERVED DAY(S) | Release Authorized for the Following | Release Period From | To |
|---|---|---|---|---|---|---|---|
| 1 | 11/20/17 | 93 | 42 | 51 | { } Upon payment fines/costs | | |
| | | | | | { } To work or seek work | _____ | _____ |
| | | | | | { } For attendance at school | _____ | _____ |
| | | | | | { } For medical treatment | _____ | _____ |
| | | | | | { } Other:_____ | _____ | _____ |

11. The defendant shall pay:

| CNT | STATE MIN | CRIME VICTIM | RESTITUTION | DNA | COSTS | FINE | ATTY FEES | OTHER COSTS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |

Balance Due:    $0.00

The due date for payment is _____ . Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed. Only the fine and some costs may be satisfied by serving time in jail.

{ } The defendant shall serve ___ days in jail for failure to pay on time, as part of a conditional sentence. Prior to enforcement of jail time for failing to pay, the court must determine the defendant's ability to pay.

15. Other:
     F&C WAIVED IN LIEU OF JAIL SERVED

NOV. 20, 2017
Date

*Maria Ladas Hoopes*

Judge MARIA LADAS HOOPES    P-53470    Bar No.

MCL 765.15(2), MCL 769.1k, MCL 769.3, MCL 769.16a, MCL 775.22, MCL 780.766, MCL 780.826, MCR 6.427

MC 219 (3/16)    JUDGMENT OF SENTENCE/COMMITMENT TO JAIL



OFFICE OF THE
# MUSKEGON COUNTY PROSECUTOR

Hall of Justice
Fifth Floor
990 Terrace Street
Muskegon, Michigan  49442
October 12, 2017

Criminal Division        (231) 724-6435
Victim Services          (231) 724-6676
Criminal Division Fax    (231) 724-6685
www.co.muskegon.mi.us/prosecutor/

DARREL JONES
1976 DYKSTRA RD
MUSKEGON, MI  49445

**RE:  The People of the State of Michigan v. Tyree  Ladon Edwards**
       Case No.  17-130745-SM

Dear Darrel Jones:

   We were sorry to learn about the recent assault on you. I want you to know that your viewpoints and participation are welcome and needed in the processing of this case.

Our office has charged the defendant with the following crime(s):

   1 Count(s) Of  ASSAULT OR ASSAULT AND BATTERY

Enclosed is a pamphlet explaining the rights you have as a victim and how your case will proceed through the court system. I have also provided helpful resource information including details of assistance available from the State Crime Victim's Compensation Board for expenses you may have incurred as a result from a personal injury and information regarding the Michigan Victim Notification Network to keep you apprised of court proceeding updates and defendant custody status.

Attached is a "Victim Impact Statement".  **In order for you  to receive future notifications of updated information regarding this case, you must return the attached form with the appropriate box checked or contact our Victim-Witness Unit to request your rights as a victim of crime.** You may add additional pages to this statement. You may consult with the assistant prosecutor assigned to the case at future times.  You also have the right to make an impact statement to the probation agent completing the pre-sentence report, which is a report read by the Judge. It is important that you understand that the defense attorney and the defendant will also receive a copy of your statement unless otherwise noted on your Victim Impact Statement. In order for us to contact you in the future, you must notify us of any change in your address or phone number.

Crime victims are seldom threatened or intimidated by the offender, but if this occurs, contact the police immediately.  They will make a report to our office for possible criminal charges.  Should you have any questions please contact the **Victim Services Unit at (231) 724-6676**.  My office is here to assist you through this difficult experience.  We encourage your input.  Please do not hesitate to contact us if we can assist you in any way.

Sincerely,

Dale J. Hilson
Muskegon County Prosecutor

**Mercy Health – Hackley Campus**

1700 Clinton Ave.

Muskegon, Michigan 49442

(231) 728–4936

**Emergency Services Discharge Instructions**

**JONES, DARRELL D , Please provide this information to your Primary Care/Specialist**

**Name :** JONES, DARRELL D
**DOB :** 2/16/1963 12:00 PM
Nicholas

**Current Date :** 10/17/2017 11:54:39
**Primary Care Physician :** Vandenbosch DO ,

**Diagnosis :** Brain concussion

**Follow-Up Instructions:**

JONES, DARRELL D has been given these follow-up instructions:

| Provider: | Specialty: | Address: | Date: |
|---|---|---|---|
| Nicholas Vandenbosch DO | Family Practice | 1223 Mercy Dr Muskegon MI 49444 231.672.3177 (1) | 3 to 4 days |

| Provider: | Specialty: | Address: | Date: |
|---|---|---|---|
| MARY FREE BED POST CONCUSSION PROGRAM (TH) | | 350 Lafayette SE Grand Rapids MI 49503 (616) 840-8224 (1) | 3 to 4 days |
| **Comment:** Call the concussion clinic today to obtain follow-up appointment as soon as possible. | | | |

**Laboratory Orders:**

| Name: | Status: |
|---|---|
| Comprehensive Metabolic Panel | Completed |
| Thyroid Stimulating Hormone (Reflex FT4) | Completed |
| CBC with Differential (s) | Completed |

**Mercy Health – Hackley Campus**
1700 Clinton Ave.
Muskegon, Michigan 49442
(231) 728-4936
**Emergency Services Discharge Instructions**

**Name:** JONES, DARRELL D                    **Current Date:** 10/17/2017 11:54:39
**DOB:** 2/16/1963 12:00 PM                    **Primary Physician:** Vandenbosch DO , Nicholas

As Mercy Health strives to be the most trusted provider of health care services in our area, we thank you for choosing the Hackley Campus for your emergency care needs. Please take the time to read and follow the provided instructions, and let us know if you have any questions or concerns.

**Important:**
We examined and treated you today on an emergency basis only. This is not a substitute for definitive and ongoing medical care. You are the most important factor in your recovery. Take medications as prescribed. Follow-up care is critical for the success of your recovery. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Services visit. If you had special tests, such as EKGs or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions.

The Emergency Physician may have referred you to a physician on panel if you do not have your own physician. The physician will see you at least one time for the problem you were evaluated for in the ED. They may not be able to accept you as a regular patient after the first visit. If you do not have a doctor, you may call the **Mercy Health Physician Referral Line at (231) 672-4500.**

Call your doctor if you do not get better. Call sooner if you feel worse. You can reach your doctor by calling their clinic phone number. **Return to the ED if there are significant changes in your condition that require immediate attention.**

Call your doctor if you do not get better. Call sooner if you feel worse.  You can reach your doctor by calling their clinic phone number. **Return to the ED if there are significant changes in your condition that require immediate attention.**

**Smoking:**
If you do smoke, we encourage you to stop. Smoking affects all aspects of your health and the health of those around you.

**High blood pressure:**
Your screening blood pressure today was  124 mm Hg / 77 mm Hg. Hypertension (high blood pressure) is blood pressure over 120/80. People with hypertension should contact their primary care provider within 30 days to follow up. Check your patient portal for additional blood pressure information.

**Suicide Hotline:**
Your mental and emotional well-being are important. If you are in a mental health crisis or having thoughts of suicide, please call the nationwide suicide hotline, anytime day or night, at 1-800-273-TALK.

**Seatbelts:**
There is no doubt that seatbelts save lives. Every day, people without seatbelts are more severely hurt. Buckle up to reduce your risk of injury. Have everyone buckle up, using age appropriate seatbelts or car seats..

**The following are 24 hour Pharmacies in the Muskegon Area:**
Walgreen Drugs - 840 W. Sherman Blvd., Muskegon, MI 49441, (231) 759-8587
Walgreen Drugs - 1991 E. Apple Ave., Muskegon, MI 49441, (231) 773-1540

- Dizziness.
- Trouble balancing.
- Feeling sick to your stomach (*nauseous*).
- Trouble with your vision.
- Noise or light bothers you more.
- Depression.
- Mood swings.
- Feeling worried (*anxious*).
- Easily bothered.
- Memory problems.
- Trouble concentrating or paying attention.
- Sleep problems.
- Feeling tired all of the time.

**GET HELP RIGHT AWAY IF:**
- You feel confused.
- You feel very sleepy.
- You are hard to wake up.
- You feel sick to your stomach.
- You keep throwing up (*vomiting*).
- You feel like you are moving when you are not (*vertigo*).
- Your eyes move back and forth very quickly.
- You start shaking (*convulsing*) or pass out (*faint*).
- You have very bad headaches that do not get better with medicine.
- You cannot use your arms or legs like normal.
- One of the black centers of your eyes (*pupils*) is bigger than the other.
- You have clear or bloody fluid coming from your nose or ears.
- Your problems get worse, not better.

**MAKE SURE YOU:**
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 01/08/2016 Document Reviewed: 03/25/2015
Elsevier Interactive Patient Education ©2016 Elsevier Inc.

Surgery

# Traumatic Brain Injury

Traumatic brain injury (TBI) is an injury to your brain from a blow to your head (*closed injury*) or an object penetrating your skull and entering your brain (*open injury*). The severity of TBI varies significantly from one person to the next. Some TBIs cause you to pass out (*lose consciousness*)

immediately and for a long period of time. Other TBIs do not cause any loss of consciousness.



Symptoms of any type of TBI can be long lasting (*chronic*). TBI can interfere with memory and speech. TBI can also cause chronic symptoms like headache or dizziness.

## CAUSES
TBI is caused by a closed or open injury.

## RISK FACTORS
You may be at higher risk for TBI if you:

- Are 75 or older.
- Are a man.
- Are in a car accident.
- Play a contact sport, especially football, hockey, or soccer.
- Do not wear protective gear while playing sports.
- Are in the military.
- Are a victim of violence.
- Abuse drugs or alcohol.
- Have had a previous TBI.

## SIGNS AND SYMPTOMS
Signs and symptoms of TBI may occur right away or not until days, weeks, or months after the injury. They may last for days, weeks, months, or years. Symptoms may include:

- Loss of consciousness.
- Headache.
- Confusion.
- Fatigue.
- Changes in sleep.
- Dizziness.
- Mood or personality changes.
- Memory problems.
- Nausea or vomiting or both.

- Seizures.
- Clumsiness.
- Slurred speech.
- Depression and anxiety.
- Anger.
- Inability to control emotions or actions (*impulse control*).
- Loss of or dulling of your senses, such as hearing, vision, and touch. This can include:
- Blurred vision.
- Ringing in your ears.

## DIAGNOSIS

TBI may be diagnosed by a medical history and physical exam. Your health care provider will also do a neurologic exam to check your:

- Reflexes.
- Sensations.
- Alertness.
- Memory.
- Vision.
- Hearing.
- Coordination.

Your health care provider will also do tests to diagnose the extent of your TBI, such as a CT scan of your brain and skull. One way to determine the severity of your TBI is with a scoring system called the Glasgow Coma Scale (GCS). It measures eye opening, motor response, and verbal response. The higher the score, the milder the TBI.

Your TBI may be described as mild, moderate, or severe:

- Mild TBI (*concussion*).
- Symptoms of mild TBI usually go away on their own. This can take weeks or months, depending on the type of concussion.
- Your GCS will be 13–15.
- Your brain CT scan will be normal.
- You may or may not have a short hospital stay.
- Moderate TBI.
- Your GCS will be 9–12.
- Your brain CT scan will be abnormal.
- You will likely need a short hospital stay.
- Severe TBI.
- Your GCS will be 3–8.
- Your brain CT scan will be abnormal.
- You may need a long stay in the hospital.

## TREATMENT

Emergency treatment of TBI may involve measures to maintain a clear airway and stable blood pressure. Brain surgery may be needed to:

- Remove a blood clot.

- Repair bleeding.
- Remove an object that has penetrated the brain, such as a skull fragment or a bullet.

Other treatments depend on your chronic signs and symptoms. These treatments include the following types of therapy:

- Physical.
- Occupational.
- Speech and language.
- Mental health.
- Social support.


## HOME CARE INSTRUCTIONS
- Carefully follow all your health care provider's instructions.
- Work closely with all your therapists, if necessary.
- Take medicines only as directed by your health care provider. **Do not** take aspirin or other anti-inflammatory medicines such as ibuprofen or naproxen unless approved by your health care provider.
- **Do not** abuse illegal drugs.
- Limit alcohol intake to no more than 1 drink per day for nonpregnant women and 2 drinks per day for men. One drink equals 12 ounces of beer, 5 ounces of wine, or 1½ ounces of hard liquor.
- Avoid any situation where there is potential for another head injury, such as football, hockey, soccer, basketball, martial arts, downhill snow sports, and horseback riding. **Do not** do these activities until your health care provider approves.
- Rest. Rest helps the brain to heal. Make sure you:
  ◦ Get plenty of sleep at night. Avoid staying up late at night.
  ◦ Keep the same bedtime hours on weekends and weekdays.
  ◦ Rest during the day. Take daytime naps or rest breaks when you feel tired.
- Avoid excessive visual stimulation while recovering from a TBI. This includes work on the computer, watching TV, and reading.
- Try to avoid activities that cause physical or mental stress. Stay home from work or school as directed by your health care provider.
- Make lists to plan your day and help your memory.
- **Do not** drive, ride a bicycle, or operate heavy machinery until your health care provider approves.
- Seek support from friends and family.
- Keep all follow-up visits as directed by your health care provider. This is important.
- Watch your symptoms and tell others to do the same. Complications sometimes occur after a TBI.


## PREVENTION
- Wear a helmet while biking, skiing, skateboarding, skating, or doing similar activities.  Wear your seatbelt while driving.
- **Do not** abuse alcohol or drugs.
- **Do not** drink and drive.
- Prevent falls at home by:
  ◦ Removing clutter and tripping hazards, including loose rugs, from floors and stairways.
  ◦ Using grab bars in bathrooms and handrails by stairs.
  ◦ Placing nonslip mats on floors and in bathtubs.
  ◦ Improving lighting in dim areas.

## SEEK MEDICAL CARE IF:

Seek medical care if you have any of the following symptoms for more than two weeks after your injury:

- Chronic headaches.
- Dizziness or balance problems.
- Nausea.
- Vision problems.
- Increased sensitivity to noise or light.
- Depression or mood swings.
- Anxiety or irritability.
- Memory problems.
- Difficulty concentrating or paying attention.
- Sleep problems.
- Feeling tired all the time.

## SEEK IMMEDIATE MEDICAL CARE IF:

- You have confusion or unusual drowsiness.
- It is difficult to wake you up.
- You have nausea or persistent, forceful vomiting.
- You feel like you are moving when you are not (*vertigo*). Your eyes may move rapidly back and forth.
- You have convulsions or faint.
- You have severe, persistent headaches that are not relieved by medicine.
- You cannot use your arms or legs normally.
- One of your pupils is larger than the other.
- You have clear or bloody discharge from your nose or ears.
- Your problems are getting worse, not better.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/08/2003 Document Revised: 01/08/2016 Document Reviewed: 04/02/2015

Elsevier Interactive Patient Education ©2016 Elsevier Inc.

**Patient Visit Summary Signature**

JONES, DARRELL D has been given the following list of patient education materials, prescriptions and follow-up instructions:

I, JONES, DARRELL D, have received the above patient education materials/instructions and have verbalized understanding:

_____ Date_____ Time_____
Patient Signature

_____ Date_____ Time_____
Provider Signature

Original - Court
1st copy - Defendant
2nd copy - Michigan State Police CJIC

3rd copy - Def
4th copy - Pro

Approved, SCAO

| STATE OF MICHIGAN 14TH JUDICIAL CIRCUIT MUSKEGON COUNTY | JUDGMENT OF SENTENCE ☒ COMMITMENT TO JAIL | |
|---|---|---|

| ORI MI-610015J | Court Address 990 TERRACE STREET MUSKEGON, MI 49442 | Court Telephone no. 231-724-6251 |
|---|---|---|

Police Report No. 2017-27890

| THE PEOPLE OF | ☒ The State of Michigan ☐ | v | Defendant's name, address, and telephone no. GREGORY EARL DIXON 474 EAST MICHIGAN AVENUE HESPERIA, MI 49421 |
|---|---|---|---|

| | | CTN/TCN 611700560401 | SID | DOB 9/13/62 |
|---|---|---|---|---|

THE COURT FINDS:

1. The defendant was found guilty on __4/19/18__ of the crime(s) stated below:

| Count | CONVICTED BY Plea* | Court | Jury | DISMISSED BY* | CRIME | CHARGE CODE(S) MCL citation/PACC code |
|---|---|---|---|---|---|---|
| 1 | G | | | | FALSE REPORT OF A FELONY | 750.411A1B |

*Insert "G" for guilty pleas, "NC" for nolo contendere, or "MI" for guilty but mentally ill, "D" for dismissed by court, or "NP" for dismissed by prosecutor/plaintiff.

2. The defendant  ☒ was represented by an attorney: JOHNSON, FREDERICK D., JR.
   ☐ was advised of right to counsel and appointed counsel and knowingly, intelligently, and voluntarily waived that right.

☐ 3. Conviction reportable to Secretary of State.
   The defendant's driver's license number is _____.

☐ 4. Sanctions are reportable to State Police. ☐ Revoked. ☐ Suspended _____ days. ☐ Restricted _____ days.

☐ 5. HIV testing and sex offender registration are completed.

☒ 6. The defendant has been fingerprinted according to MCL 28.243.

☐ 7. A DNA sample is already on file with the Michigan State Police from a previous case. No assessment is required.

IT IS ORDERED:

☐ 8. Probation is revoked.

☐ 9. ☐ Deferred status is revoked. ☐ HYTA status is revoked.

☒ 10. The defendant is sentenced to jail as follows:  ☐ Report at _____ m

| Count | Date Sentence Begins | Sentenced Mos. | Days | Credited Mos. | Days | To Be Served Mos. | Days | Release Authorized for the Following Purpose | Release Period From | To |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/24/18 | 5 | | 5 | | | | ☐ Upon payment of fine/costs ☐ To work or seek work... ☐ For attendance at school... ☐ For medical treatment... ☐ Other | | |

☐ 11. Sentence(s) to be served consecutively to (If this item is not checked, the sentence is concurrent.)
   ☐ each other.  ☐ case number(s) _____

12. The defendant shall pay:
   $68.00 STATE MINIMUM COSTS        $130.00 CRIME VICTIM RIGHTS
   $450.00 CIR CT COST POST CUNNING.   $450.00 PUBLIC DEFENDER   $1098.00 TOTAL
   $1098.00 BALANCE

The due date for payment is __5/24/18__. Fine, costs, and fees not paid within 56 days of the due date are subject to a 20% late penalty on the amount owed. Only the fine and some costs may be satisfied by serving time in jail. ☐ The defendant shall serve _____ days in jail for failure to pay on time, as part of a conditional sentence. Prior to enforcement of jail time for failing to pay, the court must determine the defendant's ability to pay.

☒ 13. The defendant shall be placed on probation for __3__ months and abide by the terms of probation. (See separate order.)

MCL 765.15(2), MCL 769.1k, MCL 769.3, MCL 769.16a, MCL 775.22, MCL 780.766, MCL 780.826, MCR 6.427

MC 219 (1/18)  JUDGMENT OF SENTENCE/COMMITMENT TO JAIL                    SEE NEXT PAGE

JUDGMENT OF SENTENCE/COMMITMENT TO JAIL  (1/18)                    CASE NO. <u>18-000568-FH-D</u>
                                                                        PAGE    2

IT IS ORDERED (continued):

☐ 14. The defendant shall complete the following rehabilitative services.
        ☐ Alcohol Highway Safety Education
        ☐ Treatment  ( ☐ outpatient, ☐ inpatient, ☐ residential, ☐ mental health).
        Specify:
☐ 15. The vehicle used in the offense shall be immobilized or forfeited. (See separate order.)
☐ 16. Other:

<u>5-30-18</u>
Date

Judge/Magistrate  ANNETTE ROSE SMEDLEY          63987
                                                Bar no.

                                                LAST PAGE

Original - Court
1st copy - Tenant
2nd copy - Mailing
3rd copy - Landlord/Landlady
4th copy - Proof of service

*Smith*

Approved, SCAO

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| 60th JUDICIAL DISTRICT | Landlord-Tenant / Land Contract | 2018-039283-LT |

Court address | Court telephone no.
MICHAEL E. KOBZA HALL OF JUSTICE  990 Terrace St., Muskegon, MI 49442 | (231) 724-6329

Plaintiff's name, address, and telephone no.
DARRELL JONES
c/o 435 WHITEHALL ROAD
MUSKEGON, MI 49445

Plaintiff's attorney, bar no., address, and telephone no.
KENNETH S. HOOPES P53469
LADAS HOOPES MCNEILL LAW, PLC
435 WHITEHALL ROAD
MUSKEGON, MI 49445   (231) 724-6218

v

Defendant's name, address, and telephone no.
GREGORY DIXON
KIMBERLY DIXON ALL OCCUPANTS
1449 TERRACE ST., APT. #1
MUSKEGON, MI 49442

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

[x] Rental unit eviction

[ ] Land contract forfeiture

NOTICE TO THE DEFENDANT: In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants

[ ] to recover possession, after land contract forfeiture, of
[ ] a money judgment for
[x] to evict you from

Address or description of premises

1449 TERRACE ST., APT.#1, MUSKEGON, MI 49442

2. You are summoned to be in the district court on  Tuesday, January 23, 2017                at 8:30 a.m #2
                                                      Day and date                            Time

[X] at the address above, [X]  990 Terrace St., Muskegon, MI                    , courtroom
                               Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defense response, you will lose this right.

4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not be evicted. Bring witnesses, receipts, and other necessary papers with you.

5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

1/9/18
Date issued                                                 Court clerk
*The certificate of mailing applies to landlord-tenant cases only          This document must be sealed by the seal of the court.

### CERTIFICATE OF MAILING BY COURT*

I certify that on this date I served a copy of this summons and the complaint and required attachments on the defendants by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

1/10/18
Date                                                         Court clerk/officer

### CERTIFICATE OF MAILING BY PLAINTIFF*

I certify that on this date I served a copy of this summons and the complaint and required attachments on the defendants by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3). I have attached a receipt of mailing from the post office.

COPY

Date                                          Plaintiff signature

MCL 600.5735,
DC 104  (3/12)  SUMMONS, LANDLORD-TENANT / LAND CONTRACT          MCR 2.102, MCR 4.201(C), MCR 4.202(E)

Case Assigned to:
Annette Rose Smedley

FILED 2/2/2018
14th CIRCUIT COURT
MUSKEGON COUNTY

CCR-RETBO
NOT PROPOSED

2017005604 dlw

| STATE OF MICHIGAN 60th JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT | COMPLAINT FELONY | DISTRICT: 18190420 Fy |
|---|---|---|
| | | CIRCUIT: |

| District Court ORI: MI610025J | Circuit Court ORI: MI610015J |
|---|---|
| 990 Terrace Street, Muskegon, MI 49442  231-724-6283 | 990 Terrace Street Muskegon, MI 49442  231-724-6251 |

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V GREGORY EARL DIXON 1447 TERRACE ST # 2 MUSKEGON, MI, 49442 | Victim or complainant |
|---|---|---|
| | | Complaining Witness |
| Co-defendant(s) | | Date: On or about 11/01/2017 |

| City/Twp./Village Muskegon City 1447-2 Terrace St | County in Michigan Muskegon | Defendant TCN | Defendant CTN 61-17005604-01 | Defendant SID | Defendant DOB M/W 09/13/1962 |
|---|---|---|---|---|---|

| Police agency report no. MPD 201727890 | Charge See below | DLN Type: | Vehicle Type | Defendant DLN D250288162711 |
|---|---|---|---|---|

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF MUSKEGON**
The complaining witness says that on the date and at the location described above, the defendant, contrary to law,

**COUNT 1:  FALSE REPORT OF A FELONY**
did, intentionally make a false report of the commission of a felony, Assault with a Dangerous Weapon, to a peace officer of the Muskegon Police Department, knowing that the report was false; contrary to MCL 750.411a(1)(b). [750.411A1B]
FELONY:  4 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

_____ If there is a check to the left, please place warrant information on NCIC.
The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on          Date |   |
|---|---|
| by: | 01/03/2018 08:30 AM |
| MATTHEW J. ROBERTS P: 59198 CHIEF TRIAL ATTORNEY | |

Complaining Witness Signature

Subscribed and sworn to before me on          1/3/18
Date

Judge/Magistrate/Clerk          P59303          Bar no.

CTN: 61-17005604-01 CC1

2018 JAN -3  PM 2: 27
60TH DISTRICT COURT
MUSKEGON, MI
FILED

COURT

2017005604 diw

| STATE OF MICHIGAN 60th JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT | | WARRANT FELONY | DISTRICT: 18190420 54 |
|---|---|---|---|
| | | | CIRCUIT: |

| District Court ORI: MI610025J 990 Terrace Street, Muskegon, MI 49442 231-724-6283 | | | Circuit Court ORI: MI610015J 990 Terrace Street, Muskegon, MI 49442 231-724-6251 | |

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V GREGORY EARL DIXON 1447 TERRACE ST # 2 MUSKEGON, MI, 49442 | | Victim or complainant |
|---|---|---|---|
| | | | Complaining Witness |
| Co-defendant(s) | | | Date: On or about 11/01/2017 |

| City/Twp./Village Muskegon City 1447-2 Terrace St | County in Michigan Muskegon | Defendant TCN | Defendant CTN 61-17005604-01 | Defendant SID | Defendant DOB M/W 09/13/1962 |
|---|---|---|---|---|---|
| Police agency report no. MPD 201727890 | | Charge See below | DLN Type: | Vehicle Type | Defendant DLN D250288162711 |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF MUSKEGON**
**To any peace officer or court officer authorized to make arrest:** The complaining witness has filed a sworn complaint in this court stating that on the date and the location described: 1447-2 Terrace St, the defendant, contrary to law,

**COUNT 1: FALSE REPORT OF A FELONY**
did, intentionally make a false report of the commission of a felony, Assault with a Dangerous Weapon, to a peace officer of the Muskegon Police Department, knowing that the report was false; contrary to MCL 750.411a(1)(b). [750.411A1B]
FELONY: 4 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ 2,000 1020 is posted as interim bail
by_____
    **Date**

_____  (SEAL)      _____ D57203
**Date** 1/3/18          Judge/Magistrate      Bar no.

See attached return.

CTN: 61-17005604-01 CW1

Approved, SCAO

Original - Court
1st copy - Tenant
2nd copy - Mailing
3rd copy - Landlord/Landlady
4th copy - Proof of service

| STATE OF MICHIGAN | SUMMONS | CASE NO. |
|---|---|---|
| 60th **JUDICIAL DISTRICT** | Landlord-Tenant / Land Contract | 2017-C38436-LT |

Court address
MICHAEL E. KOBZA HALL OF JUSTICE 990 Terrace St., Muskegon, MI 49442

Court telephone no.
(231) 724-6329

Plaintiff's name, address, and telephone no.
DARRELL JONES
c/o 435 WHITEHALL ROAD
MUSKEGON, MI 49445

Plaintiff's attorney, bar no., address, and telephone no.
KENNETH S. HOOPES P53469
LADAS HOOPES MCNEILL LAW, PLC
435 WHITEHALL ROAD
MUSKEGON, MI 49445 (231) 724-6218

v

Defendant's name, address, and telephone no.
VALERIE GRAVES & ALL TENANTS
866 E. ISABELLA AVE.
MUSKEGON, MI 49442

If you require special accommodations to use the court
because of a disability or if you require a foreign language
interpreter to help you fully participate in court proceedings,
please contact the court immediately to make arrangements.

[X] Rental unit eviction

[ ] Land contract forfeiture

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. The plaintiff has filed a complaint against you and wants
   [ ] to recover possession, after land contract forfeiture, of
   [ ] a money judgment for
   [X] to evict you from

Address or description of premises

866 E. ISABELLA AVE., MUSKEGON, MI 49442

2. You are summoned to be in the district court on _Mon. 10 16-17_ at _8:30 a.m._
   Day and date        Time
   [X] at the address above, [X] 990 Terrace St., Muskegon, MI , courtroom #1
   Location

3. You have the right to a jury trial. If you do not demand a jury trial and pay the required jury fee in your first defense response,
   you will lose this right.

4. If you are in district court on time, you will have an opportunity to give the reasons why you feel you should not be evicted.
   Bring witnesses, receipts, and other necessary papers with you.

5. If you are not in district court on time, you may be evicted without a trial and a money judgment may be entered against you.

Date issued    OCT - 6 2017    Court clerk
*The certificate of mailing applies to landlord-tenant cases only    This document must be sealed by the seal of the court.

### CERTIFICATE OF MAILING BY COURT*

I certify that on this date I served a copy of this summons and the complaint and required attachments on the defendants by first-class
mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

OCT - 6 2017
Date    Court clerk/officer

### CERTIFICATE OF MAILING BY PLAINTIFF*

I certify that on this date I served a copy of this summons and the complaint and required attachments on the defendants by first-class
mail addressed to their last-known addresses as defined in MCR 2.107(C)(3). I have attached a receipt of mailing from the post office.

Date    Plaintiff signature

DC 104 (3/12) **SUMMONS, LANDLORD-TENANT / LAND CONTRACT**

MCL 600.5735,
MCR 2.102, MCR 4.201(C), MCR 4.202(E)

## MUSKEGON POLICE DEPARTMENT
## VICTIM / WITNESS STATEMENT FORM

Complaint Number: 2017-27209 Incident Type: DV / CSC Attempt

### IDENTITY OF PERSON MAKING STATEMENT

Name: Danyata Tatler   Race: B   Sex: F   DOB: 12/28/84

Address: 72 W Forest N   City: Muskegon   State: MI   ZIP: 49441

☒ VICTIM   ☐ WITNESS

### CRIME VICTIM / WITNESS STATEMENT

I affirm that I am a victim of or a witness to the crime reported or that I represent the business victimized and the facts provided to the Muskegon Police Department herein are true and accurate to the best of my knowledge and belief. If I am a victim of the crime reported, I also affirm that no one was given permission to commit the act(s) described herein against me or the business I represent. I witnessed or have knowledge of the following events or facts concerning this incident:

I was coming inside my house and Jeffery Conley pushed his way in from behind me. He then began to tussel with me and tryed to rape me and put his penis in my mouth. I was able to grab my phone and tell him I was calling the cops & He ran off.

Signature: Danyata Tatler   Date: 12/2/17   Officer: R. Dodsa 67

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| Muskegon Police Department | 2017-23343 |

**ORI** MI 6160300

| | | Date / Time Reported |
|---|---|---|
| | | 10/09/2017  21:38  Mo |
| | | Last Known Secure |
| | | 10/09/2017  21:38  Mo |
| | | At Found |
| | | 10/09/2017  21:38  Mo |

**INCIDENT DATA**

Location of Incident: 1169 S Getty St/catherine Av, Muskegon MI 49442-

Premise Type: Highway/road/alley   Zone/Tract: 1DE, MUPD

**#1** Crime Incident(s) (Co )
Nonaggravated Assault
13001
Weapon / Tools: Personal Weapon   Activity: N
Entry | Exit | Security

**#2** Crime Incident (Co )
Warrant Arrest - Assist Other Agency
99010W
Weapon / Tools | Activity
Entry | Exit | Security

**#3** Crime Incident ( )
Weapon / Tools | Activity
Entry | Exit | Security

**MO**

# of Victims: 2   Type: INDIVIDUAL/ NOT LAW   Injury: Apparent Minor Injury   Domestic: NO

**VICTIM**

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | JONES, DARREL DWANE | 1, | 02/16/1963 Age 54 | B | | 120,220 | | |

Home Address: 1976 DYKSTRA RD , Laketon Township, MI 49445-
Home Phone: 231-744-8753

Employer Name/Address: LANDLORD
Business Phone: 231-638-3298   Mobile Phone: 231-638-3298

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| 2015 | CHEV | SILVERADO | PK | BLK | 8873G6, MI | 3GCUKTEC5FG102656 |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O= Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:  SOCIETY/PUBLIC   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | State of Michigan | 2 | / / Age | | | | | |

Home Address: | Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | BRIGGS, LAKEYIA STARLETT | | Age 34 | B | F | | | |

Home Address: 2313 Riordan St  Muskegon Heights, MI 494441636
Home Phone:
Employer Name/Address: | Business Phone: | Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Fm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 88 | EVID | $0.00 | | 1 | VICTIM STATEMENT | | |
| 1 | 37 | OTHR | $0.00 | | 1 | 2015 BLK , 8873G6  MI | CHEV Silverado | 3GCUKTEC5FG102656 |
| | 03 | OTHR | $0.00 | | 1 | 2011 SIL , DSVI705 MI | BUIC Regal | W04GS5EC3B1012790 |

Officer/ID# ANDERSON, L. C. (MUPDLCA1)

Invest ID# (0)   Supervisor WALTZ, S. A. (MUPDSAW1)

**Status**

Complainant Signature | Case Status: Arrest  10/10/2017 | Case Disposition: | Page 1

R_CS1IBR   Printed By: MUPDMCG1,   Sys#: 669388   12/28/2017 09:02

# Incident Report Additional Name List

**Muskegon Police Department**

OCA: *2017-23343*

---

## Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 ) | IO   2 | *JONES, FATIMA* | | | 46 | B | F |
| | Address | ▄▄▄▄▄▄▄▄▄▄ | | H: ▄▄▄ | | | |
| | Empl/Addr | ▄▄▄▄▄▄▄▄ | | B: ▄▄▄▄ | | | |
| | | | | Mobile #: - - | | | |
| 2 ) | WI   1 | *SIMS, JAYLEND MARCELLUS* | | | 19 | B | |
| | Address | ▄▄▄▄▄▄▄▄▄ | | H: ▄▄▄ | | | |
| | Empl/Addr | ▄▄▄▄▄ | | B: ▄▄▄ | | | |
| | | | | Mobile #: *231- -* | | | |
| 3 ) | IO   3 | *PRO MED* | | | | | |
| | Address | *965 Fork St , Muskegon, MI 49442-* | | H: *231-720-1804* | | | |
| | Empl/Addr | *Pro Med* | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 4 ) | IO   4 | *HACKLEY HOSPITAL* | | | | | |
| | Address | *1700 Clinton St , Muskegon, MI 49442-* | | H: *231-728-4936* | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

**City:** Keep original and provide copy of both sides, along with Public Summary, to requestor at no charge.

City of Muskegon, Muskegon County
933 Terrace Street
Muskegon, MI 49440
Phone: 231-724-6705

**Denial Form**

# Notice of Denial of FOIA Request
## Michigan Freedom of Information Act, Public Act 442 of 1976, MCL 15.231, *et seq.*

**Request No.:** 17-1651 _____ **Date Received:** 12-28-17 _____    Check if received via: ☐ Email ☐ Fax ☐ Other
Electronic Method
Date of This Notice: _____    Date <u>delivered</u> to junk/spam folder: _____

| Name | Phone |
|---|---|
| Darrell Jones | |
| Firm/Organization | Fax |
| Street | Email |
| City | State | Zip |

*(Please Print or Type)*    Date <u>discovered</u> in junk/spam folder: _____
**Request for:** ☒ Copy ☐ Certified copy ☐ Record inspection ☐ Subscription to record issued on regular basis

**Delivery Method:** ☐ Will pick up ☐ Will make own copies onsite ☒ Mail to address above ☐ Email to address above
☐ Deliver on digital media provided by the City: _____

**Record(s) You Requested:** *(Listed here or see attached copy of original request)* __See attached **request from requestor**_
__ *Your request is granted as to all nonexempt public records in the possession of the department falling within the scope of your request.*_____

☐ **All** OR ☐ **Part** of your request for records has been denied. Please refer to this form for an explanation. If you have any questions regarding this denial, contact _____Capt. Shawn Bride_____ at _____231-724-6750_____

### Reason for Denial:

☐**1. Exempt from Disclosure:** This item is exempt from disclosure under FOIA Section 13, Subsection _____ *(insert number)*, because:
_____

☐ **2. Record Does Not Exist:** This item does not exist under the name provided in your request or by another name reasonably known to the City. A certificate that the public record does not exist under the name given is attached. If you believe this record does exist, provide a description that will enable us to locate the record: _____

**3. Redaction:** A portion of the requested record had to be separated or deleted (redacted) as it is exempt under FOIA Section 13, Subsection __**a**, because: **Privacy**_____ _____

A brief description of the information that had to be separated or deleted: **Date of birth, phone number, address, ops code, LEIN information**_____

### Notice of Requestor's Right to Seek Judicial Review
You are entitled under Section 10 of the Michigan Freedom of Information Act, MCL 15.240, to appeal this denial to the City or to commence an action in the Circuit Court to compel disclosure of the requested records if you believe they were wrongfully withheld from disclosure. If, after judicial review, the court determines that the City has not complied with MCL 15.235 in making this denial and orders disclosure of all or a portion of a public record, you have the right to receive attorneys' fees and damages as provided in MCL 15.240. (*See back of this form for additional information on your rights.*)

**Signature of FOIA Coordinator:**                                    **Date:**

City Staff: Keep original and provide copies
of both sides of each sheet, along with Public
summary, to requestor at no charge.

**CITY OF MUSKEGON**
**COUNTY OF MUSKEGON**

Detailed Cost Itemization

| Freedom of Information Act Request Detailed Cost Itemization |
| --- |

| Date: 1-5-18 | Prepared for Request: 17-1651 | Date Request Received 12-28-17 |
| --- | --- | --- |

This is in response to your request for the following records:

Report 17-23343, 17-25139+photos

The following cost are being charged/estimated in compliance with Section 4 of Michigan freedom of Information Act, MCL 15.234, according to the City's FOIA Policies and Guidelines. If the City is seeking a 50% deposit prior to providing the public records sought, the estimate is itemized on this form, lines 2-7 below.

These fees are being charged because failure to do so will result in unreasonably high cost to the City because of the nature of the request in this particular instance, specifically:

Clerical/Staff time

These cost will be estimated and charged in 15 minute time increments; partial time increments must be rounded down. If the number of minutes is less than 15, there is no charge.

**1. If all or a portion of the requested information is available on the City's website,** the city is required to tell you it is available on the website and, where practicable, include a specific webpage address where the information is available.

In this case  ◉ None    ○ Some    ○ All of the requested material can be found at the following webpage(s):

_____,_____,_____

If the webpage is all the information you need, it is provided without charge. If, however, you still wish to received a copy of material from the webpage, please let use know. The usual charge will apply if the City is required to produce copies of material from the webpage.

**2. Labor Cost to Locate Records Not on City Website:**
This is the cost of labor directly associated with the necessary searching for, locating, and examining public records in conjunction with receiving and fulfilling a granted written request.

| Hourly Wage with fringe Benefit Cost: | $ 26.65 | Number of 1/4 hour Increments | |
| --- | --- | --- | --- |
| Fringe Benefit Multiplier: | 50% | | |
| Charge per 1/4 hour: | $ 6.66 | x   1   = | $ 6.66 |

☐ Overtime rate charged as stipulated by Requester (overtime is not used to calculate the fringe benefit cost).

**3. Labor Cost for Copying/Duplication of Records**
This is the cost of labor directly associated with duplication of publications, including making paper copies, making digital copies, or transferring digital public records to be given to the requester on non-paper physical media or through the Internet or other electronic means as stipulated by the requestor.

| Hourly Wage with fringe Benefit Cost: | | Number of 1/4 hour Increments | |
| --- | --- | --- | --- |
| Fringe Benefit Multiplier: | 50% | | |
| Charge per 1/4 hour: | $ 0.00 | x | $ 0.00 |

☐ Overtime rate charged as stipulated by Requester (overtime is not used to calculate the fringe benefit cost).

**4. Labor Cost for Copying/Duplication of Records Already on City's Website:**
This is the cost of labor directly associated with duplication of publications, including making paper copies, making digital copies, or transferring digital public records to be given to the requester on non-paper physical media or through the Internet or other electronic means of information already on the City's Website as stipulated by the requestor.

| Hourly Wage with fringe Benefit Cost: | | Number of 1/4 hour Increments | |
| --- | --- | --- | --- |
| Fringe Benefit Multiplier | 50% | | |
| Charge per 1/4 hour: | $ 0.00 | x | $ 0.00 |

☐ Requestor has stipulated that some/all of the requested records that are already available on the City's website be provide in paper or non-paper physical digital medium.

☐ Overtime rate charged as stipulated by Requester (overtime is not used to calculate the fringe benefit cost).

**5. Labor Cost for Separating Exempt from Non-Exempt (Redacting): Material not on City Website.**

This is the cost of labor directly associated with the reviewing, separating, and deleting exempt from non-exempt information.

**Hourly Wage with fringe Benefit Cost:**

| | | | | |
|---|---|---|---|---|
| Fringe Benefit Multiplier | | 50% | Number of 1/4 hour Increments | |
| Charge per 1/4 hour: | $ 0.00 | x | = | $ 0.00 |

☐ Overtime rate charged as stipulated by Requester (overtime is not used to calculate the fringe benefit cost).

**6. Copying / Duplication Cost:**

This is the cost of materials used for copying or duplicating.

| For paper copies, no more than the actual cost of a sheet of paper for: | | | Number of sheets | | Cost |
|---|---|---|---|---|---|
| Letter (8-1/2 x 11 inch, single and double-sided): | .1 | x | 28 | = | $ 2.80 |
| Legal (8-1/2 x 14 inch, single and double-sided): | | x | | = | $ 0.00 |
| Other paper sizes (single and double-sided): | | x | | = | $ 0.00 |
| For non-paper physical digital media: | | | Number of Items | | Cost |
| Disc | | x | | = | $ 0.00 |
| Tape | | x | | = | $ 0.00 |
| Drive | | x | | = | $ 0.00 |
| Other digital Medium | | x | | = | $ 0.00 |
| | | | Total | | $ 2.80 |

**7. Mailing Cost:**

This is the cost of materials and postage used for mailing the request.

| | | | Number of Items | | Cost |
|---|---|---|---|---|---|
| Actual Cost of Envelope: | | x | | = | $ 0.00 |
| Actual cost of Packaging: | | x | | = | $ 0.00 |
| Actual cost of Postage: | per stamp | x | | = | $ 0.00 |
| | per pound | x | | = | $ 0.00 |
| | per package | x | | = | $ 0.00 |
| Actual Cost Postal Delivery Confirmation: | | x | | = | $ 0.00 |
| *Expedited Shipping or Insurance as Requested: | | x | | = | $ 0.00 |

☐ *Requester has requested expedited shipping or insurance

| | | | | |
|---|---|---|---|---|
| | | | Total | $ 0.00 |

**8. Total Fees before Waivers, Discounts or Deposit:**      ◉ Cost Estimate  ○ Bill

| Estimated Time Frame to Provide Records: | 1. Records on City Website: | No Charge |
|---|---|---|
| **1-5-18** (days or date) | 2. Labor Cost to Locate: | $ 6.66 |
| The time frame estimate is nonbinding upon the City, but the City is providing the estimate in good faith. Providing an estimated time frame does not relieve the City from any of the other requirements of this act. | 3. Labor Cost for Copying | $ 0.00 |
| | 4. Labor cost for Copying Records on Website: | $ 0.00 |
| | 5. Labor Cost to Redact | $ 0.00 |
| | 6. Copying/Duplication Cost: | $ 2.80 |
| | 7. Mailing Cost: | $ 0.00 |
| | Total | $ 9.46 |

**9. Public Interest Waiver:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Eligible for Waiver | All fees are reduced by: | 0% | | |
| | 8. Total Cost | $ 9.46 | x | 0% | = | $ 0.00 |

**10. Indigence Discount:**

☐ **Eligible for Discount of $20.00**

$ 0.00

---

**11. Nonprofit Organization Discount:**

☐ **Eligible for Discount of $20.00**

---

**12. Good Faith Deposit:**

If the estimated cost of responding to this request exceeds $50.00, the City may collect up to 50% of that estimate (i.e., 50% of the amount on line 8) before responding.  If the requestor has not paid previous FOIA fees in full, the City may require an increased estimated fee deposit of up to 100%.

☐ Unpaid previous fees             $ 9.46        x        0%        =        $ 0.00

---

**13. Late Response Labor Cost Reduction**

If the City does not respond to a written request in a timely manner as required under MCl 15.235(2), the city must **reduce the charges for labor cost** otherwise permitted by 5% for each day the City exceeds the time permitted for a response to the request, **with a maximum 50% reduction.**

Number of Days over Required Response Time:  _____   x   5%   =   $ 0.00

---

**14. Balance Due:**

|  |  |  |
|---|---|---|
| 8. Total Fees before Waivers, Discounts or Deposit: | | $ 9.46 |
| 9. Public Interest Waiver: | - | $ 0.00 |
| 10. Indigence Discount: | - | $ 0.00 |
| 11. Nonprofit Organization Discount: | - | |
| 12. Good Faith Deposit: | - | $ 0.00 |
| 13. Late Response Labor Cost Reduction: | - | $ 0.00 |
| Balance Due: | = | $ 9.46 |

**Request will be processed, but balance must be paid before copies may be picked up, delivered or mailed.**

---

Payments may be made in one of two ways:

| 1. By check with the check made payable in the amount of deposit due to City of Muskegon and mailed to : | or | 2. By Credit Card at the Muskegon Police Department or by phone, (231) 724-6750), Mon-Fri 8:30am-5:00pm. |
|---|---|---|
| FOIA Request<br>Muskegon Police Department<br>980 Jefferson<br>Muskegon, MI 49443-0536 | | There will be processing fees to cover the cost of fees charged to the City by a Third party processor.<br>$2.00 flat fee per transaction: $1.00-$65.00<br>3% of total transaction: $65.01 and up. |

---

The Public Summary of the City's FOIA Procedures and Guidelines is available free of charge from:
Website: www.muskegon-mi.gov
Address: 933 Terrace St., Muskegon, MI 49441

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | |
|---|---|---|
| *Muskegon Police Department* | | |

| ORI | |
|---|---|
| | *MI 6160300* |

**Case#** *2017-23759*

**Date / Time Reported** *10/15/2017  19:13  Sun*

**Last Known Secure** *10/15/2017  19:13  Sun*

**At Found** *10/15/2017  19:13  Sun*

## INCIDENT DATA

| Location of Incident | Premise Type | Zone/Tract |
|---|---|---|
| *32 W Forest Av, Muskegon MI 49442-* | *Residence/home* | 1S, MUPD |

| # | Crime Incident(s) | | Weapon / Tools | | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | *Suspicious Situations* *98007* | (Co ) | | | | | |
| | | | Entry | Exit | | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | | Activity |
| | | | Entry | Exit | | Security | |

**MO**

## VICTIM

| # of Victims *0* | Type: | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code RP | Name (Last, First, Middle) *JONES, DARRELL DWANE* | | Victim of Crime # | DOB Age *54* | Race *B* | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | | | Injury: | | | | |
|---|---|---|---|---|---|---|---|---|
| Code IO | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | | Victim of Crime # | DOB Age *33* | Race *B* | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

| Home Address | Home Phone |
|---|---|
| Employer Name/Address | Business Phone | Mobile Phone |

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID# *COX, T. L. (MUPDTLC1)* | | |
|---|---|---|
| Invest ID# *(0)* | Supervisor *WALTZ, S. A. (MUPDSAW1)* | |

| Status | Complainant Signature | Case Status *Closed*  *10/15/2017* | Case Disposition: | Page 1 |
|---|---|---|---|---|

| *R_CS1IBR* | Printed By: MUPDMCG1, | Sys#: 670427 | 06/04/2018 15:06 |
|---|---|---|---|

## Incident Report Additional Name List

*Muskegon Police Department*

OCA: *2017-23759*

Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1 )** | IO   2 | *TOTTEN, DAYATA NIKI-YACOLE* | | *12/28/1984* | *32* | *B* | *F* |
| | Address | *32 W Forest Av , Muskegon, MI 49441-2519* | | H: *231-736-2798* | | | |
| | Empl/Addr | *Coles Bakery* | | B: *231-777-6070* | | | |
| | | | | Mobile #:   -   - | | | |
| **2 )** | IO   3 | *TOTTEN, SEQUOIA DAVIYA* | | ▮ | *34* | *B* | *F* |
| | Address | ▮ | | H: ▮ | | | |
| | Empl/Addr | ▮ | | B:   -   - | | | |
| | | | | Mobile #: *231-   -* | | | |

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2017-23759*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|  | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2017-23759

*Muskegon Police Department*

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA |
| --- | --- | --- |
| | | *2017-23759* |
| Victim | Offense | Date / Time Reported |
| | *SUSPICIOUS SITUATIONS* | *Sun 10/15/2017 19:13* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

DATE/TIME:

10/15/17 at 19:13

INFORMATION:

I responded to 32 W Forest Ave on a threats report. Upon arrival I made contact with the complainant, Darrel Jones, who advised he had been assaulted by Jeffrey Conley a few days ago (10/09/17 report 17-23343).

Jones stated his niece, Dayata Totten, had just warned him that Conley had called her sister, Sequoia Totten, right after he got out of jail and made some threatening statements about him. Dayata stated Sequoia had told her that Conley said it`s not over and he was going to kill him.

I then made contact with Sequoia Totten and asked her about the threats Jones claimed that Conley had made to her. Sequoia denied knowing anything and stated she had nothing to do with that.

I advised Jones not to have any contact with Conley.

Cleared.
Closed.
Cox #39

**INCIDENT/INVESTIGATION REPORT**

| Agency Name | Case# |
|---|---|
| Muskegon Police Department | 2017-25139 |

| | |
|---|---|
| ORI — MI 6160300 | Date / Time Reported: 11/01/2017 17:21 We |
| | Last Known Secure: 11/01/2017 17:21 We |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract | At Found |
|---|---|---|---|
| 1449 Terrace St, Muskegon MI 49442- | Highway/road/alley | 1S, MUPD | 11/01/2017 17:21 We |

| #1 | Crime Incident(s) (Co ) | Weapon / Tools: Handgun | Activity N |
|---|---|---|---|
| | Aggravated / Felonious Assault 13002 | Entry / Exit / Security | |

| #2 | Crime Incident (Co ) | Weapon / Tools: Handgun | Activity P |
|---|---|---|---|
| | Weapons Offense - Concealed 52001 | Entry / Exit / Security | |

| #3 | Crime Incident ( ) | Weapon / Tools | Activity |
|---|---|---|---|
| | | Entry / Exit / Security | |

**MO**

**VICTIM**

| # of Victims 2 | Type: INDIVIDUAL/ NOT LAW | Injury: None | Domestic: NO |
|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | JONES, DARREL DWANE | 1, | 02/16/1963 Age 54 | B | | 130 | | |

| Home Address | Home Phone |
|---|---|
| 1976 DYKSTRA RD , Laketon Township, MI 49445- | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| LANDLORD | 231-638-3298 | 231-638-3298 |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

| Type: SOCIETY/PUBLIC | Injury: |
|---|---|

| Code V2 | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | State of Michigan | 2 | / / Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| Type: | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**PROPERTY**

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | COX, T. L. (MUPDTLC1) | | |
|---|---|---|---|
| Invest ID# (0) | | Supervisor | WALTZ, S. A. (MUPDSAW1) |

| Status | Complainant Signature | Case Status Arrest | 12/06/2017 | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

## Incident Report Additional Name List

*Muskegon Police Department*

OCA: *2017-25139*

Additional Name List

| Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|
| 1 ) WI   1 | *DIXON, GREGORY EARL* | | ▮ | 55 | W | |
| Address | *1447 Terrace St Apt. 2, Muskegon, MI 49442-* | | H: ▮ | | | |
| Empl/Addr | | | B:  -  - | | | |
| | | | Mobile #:  -  - | | | |

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2017-23343*

---

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *EDWARDS, TYREE LADON* | | *3229 LEAHY ST*<br>*MUSKEGON HEIGHTS, MI 49444-3057*<br>*231-769-9524* |

Business Address *UNEMPLOYED*
*231- -*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | *38* | *B* | *M* | | *506* | *150* | *BL* | *BR* | | ███ |

Scars, Marks, Tattoos, or other distinguishing features
*TAT RIGH HAND / PRAYING HANDS; TAT LEFT HAND / CROWN; TAT RIGH SHOULDER / SAYING; TAT LEFT SHOULDER / SKELETON*

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char
*Build, MEDIUM*
*Conversation, Polite*
*Hair Facial, Full Beard*
*Hair Length, Short*
*Hands, RIGHT HANDED*

---

**2**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *CONLEY, JEFFREY ALLEN* | *JELLO, JELLO; CONLEY, JOSEPH* | *3012 9TH ST*<br>*MUSKEGON HEIGHTS, MI 49444-3057*<br>*734-972-9275* |

Business Address *DESERTED ISLAND MUSIC*
*231-747-8363, MUSIC MIXER, 2533 PECK ST*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | *33* | *B* | *M* | | *511* | *178* | *BL* | *BR* | | ███ |

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS; TAT RIGH NECK / "SHARON"*

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel<br>Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

---

## Incident Report Related Vehicle List

*Muskegon Police Department*

OCA: *2017-23343*

| 1 | VehYr/Make/Model | | | Style | | Color | | Lic/Lis | | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *2015 CHEV, Silverado* | | | *PK* | | *BLK* | | *8873G6 MI 2018* | | | *3GCUKTEC5FG102656* | |

| IBR Status | Date | Location |
|---|---|---|
| *Other (non-micr)* | *10/09/2017* | *1169 S GETTY ST/CATHERINE AV, MUSKEGON MI* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$0.00* | *1301* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Jones, Darrel Dwane* | *PAYPHONE* | *1976 DYKSTRA RD LAKETON TOWNSHIP, MI 49445 231-744-8753* |

| Business Address |
|---|
| *LANDLORD 231-638-3298* |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| *02/16/1963* | *54* | *B* | *M* | *506* | *170* | |

Notes

| 2 | VehYr/Make/Model | | | Style | | Color | | Lic/Lis | | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *2011 BUIC, Regal* | | | | | *SIL* | | *DSV1705 MI 2018* | | | *W04GS5EC3B1012790* | |

| IBR Status | Date | Location |
|---|---|---|
| *Other (non-micr)* | *10/09/2017* | *1335 S GETTY ST/HILL AV, MUSKEGON MI* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$0.00* | *1301* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Briggs, Lakeyia Starlett* | | *2313 RIORDAN ST MUSKEGON HEIGHTS, MI 49444-1636* |

| Business Address |
|---|
| ██████████████ |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| ████████ | *34* | *B* | *F* | *502* | *160* | *TAT LEFT CHEST / LSB;  TAT LOW BACK / BRIGGS;  TAT RIGH LEG / KEKE* |

Notes

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Case# | 2016-03778 |
| Date / Time Reported | 02/29/2016 22:47 Mo |
| Last Known Secure | 02/29/2016 22:47 Mo |
| At Found | 02/29/2016 22:47 Mo |

**Agency Name** *Muskegon Police Department*

**ORI** *MI 6160300*

**Location of Incident** *32 W Forest Av, Muskegon MI 49441-* (Co )

**Premise Type** *Residence/home*  **Zone/Tract** *1S, MUPD*

## INCIDENT DATA

**#1 Crime Incident(s)** *Civil & Family Disputes*
*98006*

| Weapon / Tools | | Security | Activity |
|---|---|---|---|
| Entry | Exit | Security | |

**#2 Crime Incident** ( )

| Weapon / Tools | | Security | Activity |
|---|---|---|---|
| Entry | Exit | Security | |

**#3 Crime Incident** ( )

| Weapon / Tools | | Security | |
|---|---|---|---|
| Entry | Exit | Security | |

**MO**

## VICTIM

**# of Victims** *0*  **Type:**  Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | | | | | | | | |

Home Address  Home Phone

Employer Name/Address  Business Phone  Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES:** V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

## OTHERS INVOLVED

**Type: INDIVIDUAL/ NOT LAW ENFORCEMENT**  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | TOTTEN, DAYATA NIKI-YACOLE | | 12/28/1984 Age 31 | B | F | | Resident | |

Home Address *32 W Forest Av  Muskegon, MI 494412519*  Home Phone *231-736-2798*

Employer Name/Address *Coles Bakery (SANITATION)*  Business Phone *231-777-6070*  Mobile Phone

**Type: INDIVIDUAL/ NOT LAW ENFORCEMENT**  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | CONLEY, JEFFREY ALLEN | | Age 32 | B | | | | |

Home Address  Home Phone

Employer Name/Address  Business Phone  Mobile Phone

## PROPERTY

1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#** *ANDERSON, C. C. (MUPDCCA1)*

**Invest ID#** *(0)*  **Supervisor** *FLYNN, C. R. (MUPDCRF1)*

**Status**  **Complainant Signature**  **Case Status** *Closed  02/29/2016*  **Case Disposition:**  **Page 1**

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-03778*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*STORDAHL, A.M. (MUPDAM01)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2016-03778     *Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA<br>*2016-03778* |
|---|---|---|
| Victim | Offense<br>*CIVIL & FAMILY DISPUTES* | Date / Time Reported<br>*Mon 02/29/2016 22:47* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

SUMMARY:
I was dispatched to the residence for a domestic. I arrived and met with Dayata Totten.

INTERVIEW TOTTEN:
Dayata stated her ex-boyfriend Jeffrey Conley came to the house knocking on the door. Dayata does not want him at her house so she called the police. Jeffrey left prior to officers arrival.
Dayata stated Jeffrey has made threats in the past so she does not want him over.

OFFICERS ACTIONS:
I advised for Dayata to call 911 if Jeffrey returns. I also explained to Dayata that if she feels these threats are valid that she may want to consider a ppo against Jeffrey.

I cleared.
C Anderson 41

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | *Muskegon Police Department* |
| ORI | *MI 6160300* |

| Case# | *2016-04255* |
|---|---|
| Date / Time Reported | *03/07/2016  14:22  Mo* |
| Last Known Secure | *03/07/2016  14:10  Mo* |
| At Found | *03/07/2016  14:22  Mo* |

**INCIDENT DATA**

Location of Incident: *32 W Forest Av, Muskegon MI 49441-*

Premise Type: *Residence/home*  Zone/Tract: *IS, MUPD*

| | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Lein Warrant/ppo Entry* (Co ) | | | | | *N* |
| | *LEIN ENTRY* | Entry | Exit | | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | | Activity |
| | | Entry | Exit | | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | | Activity |
| | | Entry | Exit | | Security | |

**MO**

**VICTIM**

| # of Victims | *1* | Type: INDIVIDUAL/ NOT LAW | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V1 | Victim/Business Name (Last, First, Middle): *TOTTEN, DAYATA NIKI-YACOLE* | | | Victim of Crime # *1,* | DOB *12/28/1984* Age *31* | Race *B* | Sex *F* | Relationship To Offender *199* | Resident Status *Resident* | Military Branch/Status | |

Home Address: *32 W FOREST AV , Muskegon, MI 49441-2519*  Home Phone: *231-736-2798*

Employer Name/Address: *COLES BAKERY  (SANITATION)*  Business Phone: *231-777-6070*  Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)    R = Reporting Person (if other than victim)

| Type: | | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

Home Address:  Home Phone:

Employer Name/Address:  Business Phone:  Mobile Phone:

| Type: | | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |

Home Address:  Home Phone:

Employer Name/Address:  Business Phone:  Mobile Phone:

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#: *LABRENZ, J. S. (MUPDJSL1)*

Invest ID#: *(0)*  Supervisor: *RUSH, A. P. (MUPDAPR1)*

**Status**

Complainant Signature:  Case Status: *Closed  03/07/2016*  Case Disposition:  Page 1

| *R_CS1IBR* | Printed By: MUPDMCG1, | Sys#: 564677 | 06/04/2018 15:28 |
|---|---|---|---|

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-04255*

Status Codes   1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2016-04255

*Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Police Department* | | *2016-04255* |
| Victim | Offense | Date / Time Reported |
| *TOTTEN, DAYATA NIKI-YACOLE* | *LEIN WARRANT/PPO ENTRY* | *Mon 03/07/2016 14:22* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

03-07-16

Desk received an UNSERVED PPO on Court Case #16-001131-PP against Jeffrey Allen Conley, 02-28-1984.

He is not to bother Dayata Totten. He is not to enter onto 32 W. Forest. He is not to purchase or possess a firearm.

Order expires 12-31-2016, per Judge Pittman.

LEIN entry completed.

J. La Brenz

## Incident Report Suspect List

Muskegon Police Department

OCA: *2016-04255*

| 1 | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | | | | | | | Also Known As *JELLO, JELLO; CONLEY, JOSEPH* | | | Home Address *3012 9TH ST MUSKEGON HEIGHTS, MI 49444-3057 734-972-9275* | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Business Address *DESERTED ISLAND MUSIC*
*231-747-8363, MUSIC MIXER, 2533 PECK ST*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *02/28/1984* | *32* | *B* | *M* | | *511* | *178* | *BL* | *BR* | | *C540390051153 MI* |

Scars, Marks, Tattoos, or other distinguishing features
*TAT  LEFT ARM / WORDS;  TAT  RIGH NECK / "SHARON"*

| Reported Suspect Detail | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## CASE SUPPLEMENTAL REPORT

Printed: 06/04/2018 15:28

*Muskegon Police Department*

OCA: **201604255**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLOSED*       Case Mng Status: *NA*                    Occurred: *03/07/2016*

Offense: *LEIN WARRANT/PPO ENTRY*

Investigator: *DEEPHOUSE, M. L. (MUPDMLD1)*        Date / Time: *12/14/2016 11:00:30, Wednesday*

Supervisor: *LEWKOWSKI, T. J. (MUPDTJL1)*        Supervisor Review Date / Time: *12/14/2016 11:23:18, Wednesday*

Contact:                                            Reference: *Supplement*

---

12/14/2016

Desk received an Order to Extend a PPO on Court Case 16-001131-PP, against Jeffrey Allen Conley.

The new expiration date is 01/31/2017, per Judge Gregory Pittman.

LEIN modification completed.

M. Deephouse

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 06/04/2018 15:28

*Muskegon Police Department*

OCA: **201604255**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED*  **Case Mng Status:** *NA*  **Occurred:** *03/07/2016*

**Offense:** *LEIN WARRANT/PPO ENTRY*

**Investigator:** *LABRENZ, J. S. (MUPDJSL1)*  **Date / Time:** *02/09/2017 16:15:51, Thursday*

**Supervisor:** *LEWKOWSKI, T. J. (MUPDTJL1)*  **Supervisor Review Date / Time:** *02/09/2017 16:40:55, Thursday*

**Contact:**  **Reference:** *Ppo*

Desk received a cancellation for this PPO.

J. La Brenz

*Investigator Signature*  *Supervisor Signature*

# INCIDENT/INVESTIGATION REPORT

| | | Case# | 2016-05677 |
|---|---|---|---|

**INCIDENT DATA**

| Agency Name | Muskegon Police Department |
|---|---|

Case# *2016-05677*

Date / Time Reported *03/26/2016 13:17 Sat*

| ORI | MI 6160300 |
|---|---|

Last Known Secure *03/26/2016 13:17 Sat*

| Location of Incident | 2172 Royale Ct - G, Muskegon MI 49441- | Premise Type *Residence/home* | Zone/Tract 1DW, | At Found *03/26/2016 13:17 Sat* |
|---|---|---|---|---|

**#1** Crime Incident(s) *Civil & Family Disputes* (Co ) 98006

| Weapon / Tools | | | | Activity |
|---|---|---|---|---|
| Entry | | Exit | Security | |

**#2** Crime Incident ( )

| Weapon / Tools | | | | Activity |
|---|---|---|---|---|
| Entry | | Exit | Security | |

**#3** Crime Incident ( )

| Weapon / Tools | | | | Activity |
|---|---|---|---|---|
| Entry | | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 0 | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | | Business Phone | Mobile Phone |
|---|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)**

**OTHERS INVOLVED**

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT        Injury:

| Code IO | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Victim of Crime # | DOB / Age 32 | Race B | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address | ██████████ ████ /3057 | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone ██████ | Mobile Phone ██████ |
|---|---|---|

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT        Injury:

| Code IO | Name (Last, First, Middle) *TOTTEN, DAYATA NIKI-YACOLE* | Victim of Crime # | DOB 12/28/1984 Age 31 | Race B | Sex F | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

| Home Address 32 W Forest Av Muskegon, MI 494412519 | | Home Phone 231-736-2798 |
|---|---|---|

| Employer Name/Address *Coles Bakery (SANITATION)* | Business Phone 231-777-6070 | Mobile Phone |
|---|---|---|

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | BONEBRAKE, G. S. (MUPDGSB1) | | | Supervisor | SHIREY, M. L. (MUPDMLS1) |
|---|---|---|---|---|---|
| Invest ID# | (0) | | | | |

**Status**

| Complainant Signature | | Case Status *Closed* 03/26/2016 | Case Disposition: | Page 1 |
|---|---|---|---|---|

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-05677*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*DYKMAN, S.R. (MUPDSRD1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2016-05677

*Muskegon Police Department*

NARRATIVE

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Police Department* | | *2016-05677* |
| Victim | Offense | Date / Time Reported |
| | *CIVIL & FAMILY DISPUTES* | *Sat 03/26/2016 13:17* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

CIVIL DISPUTE: 03/26/16

I was dispatched to Royal Glen for a civil dispute between Conley and Totten over visitation.

I spoke to Totten and she said that she was not allowing Conley to take their child at this time as she was having a birthday party with her family. Totten said that Conley left just prior to my arrival and there was no longer a need for the police.

Cleared Bonebrake 12

COMPLAINT CLOSED

| Agency Name | | | **INCIDENT/INVESTIGATION** | | | Case# | | |
|---|---|---|---|---|---|---|---|---|
| *Muskegon Police Department* | | | **REPORT** | | | *2016-14047* | | |

**INCIDENT DATA**

| ORI | MI 6160300 | | Date / Time Reported | *07/11/2016  14:18  Mo* |
|---|---|---|---|---|
| | | | Last Known Secure | *07/11/2016  14:18  Mo* |

| Location of Incident | Premise Type | Zone/Tract | At Found | |
|---|---|---|---|---|
| *32 W Forest Av, Muskegon MI 49441-* | *Residence/home* | 1S, MUPD | *07/11/2016  14:18  Mo* | |

| | Crime Incident(s) | (Co ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Civil & Family Disputes* 98006 | | | | | *N* |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims  *0* | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) | | Victim of Crime # | DOB  Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | | Business Phone | | Mobile Phone |
| VYR | Make | Model | Style | Color | Lic/Lis | | VIN | | |

**CODES:** V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code *RP* | Name (Last, First, Middle) *TOTTEN, DAYATA NIKI-YACOLE* | | Victim of Crime # | DOB *12/28/1984* Age *31* | Race *B* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
| Home Address *32 W Forest Av  Muskegon, MI 494412519* | | | | | | | Home Phone *231-736-2798* | | |
| Employer Name/Address *Coles Bakery (SANITATION)* | | | | | | Business Phone *231-777-6070* | | Mobile Phone |
| Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | | |
| Code *IO* | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | | Victim of Crime # | DOB ████ Age *32* | Race *B* | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address ████ | | | | | | | Home Phone ████ | | |
| Employer Name/Address ████ | | | | | | Business Phone ████ | | Mobile Phone ████ |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *RYBAK, J. J. (MUPDJJR1)* | | | |
|---|---|---|---|
| Invest ID# *(0)* | | Supervisor *FLYNN, C. R. (MUPDCRF1)* | |
| Status | Complainant Signature | Case Status *Closed* | 07/11/2016 | Case Disposition: | Page 1 |

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-14047*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|  | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*DYKMAN, S.R. (MUPDSRD1),  BLEICH, R.S. (MUPDRSB1)*

Suspect Hate / Bias Motivated:   *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2016-14047           *Muskegon Police Department*

**N A R R A T I V E**

# REPORTING OFFICER NARRATIVE

*Muskegon Police Department*

| | OCA |
|---|---|
| | *2016-14047* |

| Victim | Offense | Date / Time Reported |
|---|---|---|
| | *CIVIL & FAMILY DISPUTES* | *Mon 07/11/2016 14:18* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

DATE TIME LOCATION:
07-11-16, 1418 hours, 32 W Forest.

NARRATIVE:
I responded to the above location reference a domestic. I met with the caller DAYATA TOTTEN who advised her ex-boyfriend JEFFEREY CONLEY keeps driving by her house and she does not want him there. Dayata stated there was no assault and no threats. Dayata stated she has an unserved PPO on Jeffery which I confirmed in LEIN. I was advised Jeffery now lives somewhere on Leahy but unknown where.

DISPOSITION:
Dayata was advised to call back if he returns. I took no further action.

Joshua Rybak 50

| | | **INCIDENT/INVESTIGATION**<br>**REPORT** | Case# *2016-14025* |
|---|---|---|---|

**Agency Name** *Muskegon Police Department*

**ORI** *MI 6160300*

Case# *2016-14025*

Date / Time Reported *07/11/2016  01:40  Mo*

Last Known Secure *07/11/2016  01:40  Mo*

At Found *07/11/2016  01:40  Mo*

**I N C I D E N T  D A T A**

**Location of Incident** *32 W Forest Av, Muskegon MI 49442-*

**Premise Type** *Residence/home*

**Zone/Tract** IS, MUPD

| | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Suspicious Situations*<br>98007 | (Co ) | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**V I C T I M**

| # of Victims *0* | Type: | | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) | | | Victim of Crime # | DOB<br>Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | | | Business Phone | | Mobile Phone | |
| VYR | Make | Model | Style | Color | Lic/Lis | | VIN | | | |

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**O T H E R S  I N V O L V E D**

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT          Injury:

| Code<br>RP | Name (Last, First, Middle)<br>*TOTTEN, DAYATA NIKI-YACOLE* | Victim of Crime # | DOB<br>*12/28/1984*<br>Age *31* | Race<br>*B* | Sex<br>*F* | Relationship To Offender | Resident Status<br>*Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address<br>*32 W Forest Av  Muskegon, MI 494412519* | | | | Home Phone<br>*231-736-2798* | | | |
| | Employer Name/Address<br>*Coles Bakery (SANITATION)* | | | Business Phone<br>*231-777-6070* | | Mobile Phone | | |

Type:          Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB<br>Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address | | | | Home Phone | | | |
| | Employer Name/Address | | | Business Phone | | Mobile Phone | | |

**P R O P E R T Y**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** *LISKEY, S. G. (MUPDSGL1)*

**Invest ID#** *(0)*

**Supervisor** *WALTZ, S. A. (MUPDSAW1)*

| Status | Complainant Signature | Case Status<br>*Closed* | *07/11/2016* | Case Disposition: | Page 1 |
|---|---|---|---|---|---|

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-14025*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |

|   | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|-----|--------|----------|--------------|----------------|--|
| **D R U G S** |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Assisting Officers
*EDENS, M.T. (MUPDMTE1),  GERLACH, T.L. (MUPDTLG1),  STRAUS, K.E. (MUPDKES1),  ALAMILLO, A. (MUPDAA01)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2016-14025                 *Muskegon Police Department*

**N A R R A T I V E**

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Police Department* | | *2016-14025* |
| Victim | Offense *SUSPICIOUS SITUATIONS* | Date / Time Reported *Mon 07/11/2016 01:40* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

7-11-16 at 0140 HOURS
32 W FOREST AV

SUSPICIOUS SITUATION

INFORMATION:

    I met with caller Totten who stated that Conley had come to her house tonight. She has an unserved PPO on him at this time. She said that tonight he wanted in and she would not let him in. She advised that their relationship ended some time ago and he just doesn't seem to be able to accept that fact. She said he threatened to damage her car tonight, but did not. She said he left walking but she does not know where to. She said he just lives from place to place as far as she knows.
    Officers checked the area but were not able to locate Conley. No assault and no damaged property were reported.

CLOSED LISKEY

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2016-14025*

| 1 | Name (Last, First, Middle) <br> *CONLEY, JEFFREY ALLEN* | Also Known As <br> *JELLO, JELLO; CONLEY, JOSEPH* | Home Address <br> ▓▓▓▓▓▓ <br> *MUSKEGON HEIGHTS, MI 49444-3057* |
|---|---|---|---|

Business Address ▓▓▓▓▓▓▓▓▓

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓ | 32 | B | M |  | 511 | 178 | BL | BR |  | ▓▓▓▓▓▓ |

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT  RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | | Mode of Travel | | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN | |

| Notes | Physical Char |
|---|---|
| | *Hands, RIGHT HANDED* <br> *Build, MEDIUM* <br> *Hair Length, Short* <br> *Hair Facial, Slight Beard* |

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** *Muskegon Police Department* | **Case#** *2016-16287* |
| **ORI** *MI 6160300* | **Date / Time Reported** *08/08/2016 13:27 Mo* |
| | **Last Known Secure** *08/08/2016 13:27 Mo* |

**INCIDENT DATA**

**Location of Incident** *32 W Forest Av, Muskegon MI 49441-*

**Premise Type** *Residence/home*  **Zone/Tract** IS, MUPD  **At Found** *08/08/2016 13:27 Mo*

| #1 | **Crime Incident(s)** *Obstructing Justice* (Att ) *50000* | **Weapon / Tools** | | | **Activity** |
|---|---|---|---|---|---|
| | | Entry | Exit | Security | |
| #2 | **Crime Incident** ( ) | **Weapon / Tools** | | | **Activity** |
| | | Entry | Exit | Security | |
| #3 | **Crime Incident** ( ) | **Weapon / Tools** | | | **Activity** |
| | | Entry | Exit | Security | |

**MO**

**VICTIM**

**# of Victims** *1*  **Type:** SOCIETY/PUBLIC  **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | *State Of Michigan* | *1,* | Age | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**CODES: V- Victim** (Denote V2, V3)  **O** = Owner (if other than victim)  **R** = Reporting Person (if other than victim)

**OTHERS INVOLVED**

**Type: INDIVIDUAL/ NOT LAW ENFORCEMENT**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | *TOTTEN, DAYATA NIKI-YACOLE* | | *12/28/1984* Age *31* | *B* | *F* | | *Resident* | |

**Home Address** *32 W Forest Av Muskegon, MI 494412519*  **Home Phone** *231-736-2798*

**Employer Name/Address** *Coles Bakery (SANITATION)*  **Business Phone** *231-777-6070*  **Mobile Phone**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**  **Home Phone**

**Employer Name/Address**  **Business Phone**  **Mobile Phone**

**PROPERTY**

**1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown**
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Fm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

**Officer/ID#** *FINE, T. W. (MUPDTWF1)*

**Invest ID#** *(0)*  **Supervisor** *FINE, T. W. (MUPDTWF1)*

**Status**  **Complainant Signature**  **Case Status** *Unfounded*  *08/08/2016*  **Case Disposition:**  **Page 1**

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-16287*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*DYKMAN, S.R. (MUPDSRD1),  BLEICH, R.S. (MUPDRSB1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2016-16287    *Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| *Muskegon Police Department* | | OCA<br>*2016-16287* |
|---|---|---|
| Victim<br>*Society* | Offense<br>*OBSTRUCTING JUSTICE* | Date / Time Reported<br>*Mon 08/08/2016 13:27* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

This officer responded to 32 W. Forest Ave on a domestic-PPO Violation.

Upon arrival I spoke with caller DAYNTA TOTTEN. She said prior to my arrival the father of her child, JEFFREY CONLEY, was at her house. TOTTEN said she heard a knock on the front door and looked outside. She said CONLEY'S cousin was there. TOTTEN said she saw CONLEY sitting in the drivers seat of a truck parked across the street. She said they left prior to my arrival.

TOTTEN said she hasn`t been with CONLEY for almost 2 years and thinks he lives somewhere in Muskegon Heights.

She said she has a PPO on him but it hasn`t been served.

I told her this incident would be documented and call back if he returned.

LEIN showed ███████████████████████████████████████████████
███████████████████████

I checked with JAN at the front desk and the file didn`t show any proof of service on CONLEY.

The system shows her name spelled DAYATA. She told me it was DAYNTA.

No further action on this.

SGT T. FINE

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2016-16287*

| | Name (Last, First, Middle)<br>*CONLEY, JEFFREY ALLEN* | Also Known As | Home Address<br>*MUSKEGON HEIGHTS, MI 49444-3057* |
|---|---|---|---|
| 1 | Business Address | | |

| DOB | Age<br>*32* | Race<br>*B* | Sex<br>*M* | Eth | Hgt<br>*511* | Wgt<br>*178* | Hair<br>*BL* | Eye<br>*BR* | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | | Color | Caliber | | Dir of Travel |
| | | | | | | | | | | Mode of Travel |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | Physical Char |
|---|---|
| | *Hands, RIGHT HANDED*<br>*Build, MEDIUM*<br>*Hair Length, Short*<br>*Hair Facial, Slight Beard* |

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Muskegon Police Department

**ORI:** MI 6160300

**Case#** 2016-16321

**Date / Time Reported** 08/08/2016 22:12 Mo

**Last Known Secure** 08/08/2016 22:12 Mo

**At Found** 08/08/2016 22:12 Mo

## INCIDENT DATA

**Location of Incident:** 32 W Forest Av, Muskegon MI 49442-

**Premise Type:** Residence/home

**Zone/Tract:** IS, MUPD

**#1 Crime Incident(s):** Nonaggravated Assault (Co) 13001
**Weapon / Tools:** Personal Weapon | **Entry** | **Exit** | **Security** | **Activity** N

**#2 Crime Incident:** ( )
**Weapon / Tools:** | **Entry** | **Exit** | **Security** | **Activity**

**#3 Crime Incident:** ( )
**Weapon / Tools:** | **Entry** | **Exit** | **Security** | **Activity**

**MO**

## VICTIM

| | | |
|---|---|---|
| # of Victims: 1 | Type: INDIVIDUAL/ NOT LAW | Injury: None |

**V1** Victim/Business Name (Last, First, Middle): TOTTEN, DAYATA NIKI-YACOLE
**Victim of Crime #** 1, | **DOB** 12/28/1984 Age 31 | **Race** B | **Sex** F | **Relationship To Offender** 132 | **Resident Status** Resident | **Military Branch/Status**

**Home Address:** 32 W FOREST AV , Muskegon, MI 49441-2519  **Home Phone** 231-736-2798

**Employer Name/Address:** COLES BAKERY (SANITATION)  **Business Phone** 231-777-6070  **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone**

**Employer Name/Address:**  **Business Phone**  **Mobile Phone**

**Type:**  **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Home Address:**  **Home Phone**

**Employer Name/Address:**  **Business Phone**  **Mobile Phone**

## PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 88 | EVID | $0.00 | | 1 | STATEMENT | | |
| | | | | | | | | |

**Officer/ID#** DUDKA, R. (MUPDRD1)

**Invest ID#** DUDKA, R. (MUPDRD1)

**Supervisor** RUSH, A. P. (MUPDAPR1)

**Status**

**Complainant Signature** | **Case Status** Unfounded 08/09/2016 | **Case Disposition:** | **Page 1**

R_CS1IBR  Printed By: MUPDMCG1,  Sys#: 592982  06/04/2018 15:21

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-16321*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |

**Assisting Officers**
*FRY, K.R. (MUPDKRF1)*

Suspect Hate / Bias Motivated:   *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2016-16321            *Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| | | OCA |
| --- | --- | --- |
| *Muskegon Police Department* | | *2016-16321* |
| Victim | Offense | Date / Time Reported |
| *TOTTEN, DAYATA NIKI-YACOLE* | *NONAGGRAVATED ASSAULT* | *Mon 08/08/2016 22:12* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I responded to the listed address on a domestic assault report. The suspect left the scene:

RETURN CALL... BTWN CMP AND CHILD`S FATHER ( JEFFREY CONLEY) BM WHT SHIRT..DRK JEANS.... HAS LEFT TWD PECK IN TAHOE TRUCK.... HE PUSHED DOOR OPEN.. CMP WAS ASLTED.. REF MED... [08/08/16 22:13:59 MCDDLB1]
UNK WEAP.. NO INTOX... KIDS PRESENT [08/08/16 22:14:24 MCDDLB1]

On location I made contact with Dayata Totten. Totten told me that she was assaulted by her estranged boyfriend Jeffery Conley.

Earlier today, at 1327hr, Totten reported to the police that Conley knocked at her door and then sat in a vehicle in front of the house; 2016-16287.

Totten told me that she was in a dating relationship with Conley for 5 years. They broke up 1.5 years ago. They have a child in common. They do not live together.

Totten stated that there is an unserved PPO in place. LEIN

Totten told me that she heard someone knocking at the door. When she asked who it was a male voice used Totten`s step-father`s name. Totten opened the door and saw Conley. Totten tried to close the door. Conley was attempting to force his way inside. Conley swung at Totten and hit Totten once on the top of the head. Totten was able to close and lock the door.

Totten told me that Conley did not hit her hard, however, it was clear that he intended on striking her.

Conley left in a vehicle.

Totten did not have any visible injuries. There were no witnesses to the incident.

Totten did not know were Conley resides. His last listed address in RMS is 32 W Forest.

Totten gave me Conley`s phone number;          I attempted to make contact with Conley via TX/CPD, but, was informed that the caller was not accepting calls at this time.

Totten provided a written statement. She was given a victim rights card.

At this time there is no corroborating evidence to the reported assault.

I will make additional attempts to contact Conley.

Open
Dudka 67

---

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2016-16321*

| 1 | Name (Last, First, Middle)<br>*CONLEY, JEFFREY ALLEN* | Also Known As | Home Address<br>*MUSKEGON HEIGHTS, MI 49444-3057* |
|---|---|---|---|
| | Business Address | | |

| DOB | Age<br>*32* | Race<br>*B* | Sex<br>*M* | Eth | Hgt<br>*511* | Wgt<br>*178* | Hair<br>*BL* | Eye<br>*BR* | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT  LEFT ARM / WORDS;  TAT  RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | Color | | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## CASE SUPPLEMENTAL REPORT

Printed: 06/04/2018 15:21

---

*Muskegon Police Department*

OCA: ***201616321***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *UNFOUNDED*    **Case Mng Status:** *NA*    **Occurred:** *08/08/2016*

**Offense:** *NONAGGRAVATED ASSAULT*

---

**Investigator:** *DUDKA, R.  (MUPDRD1)*    **Date / Time:** *08/09/2016 21:48:40, Tuesday*

**Supervisor:** *RUSH, A. P. (MUPDAPR1)*    **Supervisor Review Date / Time:** *08/09/2016 23:32:08, Tuesday*

**Contact:**    **Reference:** *Supplement*

---

8/9/16, 1820hr.

I attempted to make contact with Jeffery Conley via TX.  After calling the number it would appear that the number is no longer in service.

It is unlikely that Conley will make contact with law enforcement voluntarily .

Given that there is no supporting evidence to the reported assault this case can be closed.

Dudka 67

---

Investigator Signature    Supervisor Signature

# REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA |
|---|---|---|
| | | 2016-16287 |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING JUSTICE* | *Mon 08/08/2016 13:27* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

This officer responded to 32 W. Forest Ave on a domestic-PPO Violation.

Upon arrival I spoke with caller DAYNTA TOTTEN. She said prior to my arrival the father of her child, JEFFREY CONLEY, was at her house. TOTTEN said she heard a knock on the front door and looked outside. She said CONLEY`S cousin was there. TOTTEN said she saw CONLEY sitting in the drivers seat of a truck parked across the street. She said they left prior to my arrival.

TOTTEN said she hasn`t been with CONLEY for almost 2 years and thinks he lives somewhere in Muskegon Heights.

She said she has a PPO on him but it hasn`t been served.

I told her this incident would be documented and call back if he returned.

LEIN showed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I checked with JAN at the front desk and the file didn`t show any proof of service on CONLEY.

The system shows her name spelled DAYATA. She told me it was DAYNTA.

No further action on this.


SGT T. FINE

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2016-16287*

| 1 | Name (Last, First, Middle)<br>*CONLEY, JEFFREY ALLEN* | Also Known As ▮▮▮ | Home Address ▮▮▮<br>*MUSKEGON HEIGHTS, MI 49444-3057* |
|---|---|---|---|
|   | Business Address ▮▮▮ | | |

| DOB ▮▮▮ | Age<br>*32* | Race<br>*B* | Sex<br>*M* | Eth | Hgt<br>*511* | Wgt<br>*178* | Hair<br>*BL* | Eye<br>*BR* | Skin | Driver's License / State. ▮▮▮ |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT  RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | | Caliber | Dir of Travel | |
| | | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| Agency Name: *Muskegon Police Department* | | Case#: *2016-16367* |
| ORI: *MI 6160300* | | Date / Time Reported: *08/09/2016 14:30 Tue* |
| | | Last Known Secure: *08/09/2016 14:30 Tue* |

**INCIDENT DATA**

| Location of Incident: *32 W Forest Av, Muskegon MI 49441-* | Premise Type: *Residence/home* | Zone/Tract: *1S, MUPD* | At Found: *08/09/2016 14:30 Tue* |
|---|---|---|---|

| #1 | Crime Incident(s): *Obstructing Justice* *50000* | (Co ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims: *1* | Type: SOCIETY/PUBLIC | | Injury: | |
|---|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle): *State Of Michigan* | Victim of Crime #: *1,* | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Home Address | | | | | | Home Phone | |
| | Employer Name/Address | | | | | Business Phone | Mobile Phone | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code: *RP* | Name (Last, First, Middle): *TOTTEN, DAYATA NIKI-YACOLE* | Victim of Crime #: | DOB: *12/28/1984* Age *31* | Race: *B* | Sex: *F* | Relationship To Offender | Resident Status: *Resident* | Military Branch/Status |
| Home Address: *32 W Forest Av  Muskegon, MI 494412519* | | | | | | | Home Phone: *231-736-2798* |
| Employer Name/Address: *Coles Bakery (SANITATION)* | | | | | Business Phone: *231-777-6070* | Mobile Phone |

| Type: | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone |
| Employer Name/Address | | | | | Business Phone | Mobile Phone |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Officer/ID#: *MARTINEZ, C. (MUPDCM01)* | | |
|---|---|---|
| Invest ID#: *(0)* | Supervisor: *PRINDLE, B. L. (MUPDBLP1)* | |

| Status | Complainant Signature | Case Status: *Closed* *08/09/2016* | Case Disposition: *Prosecutor Declined* *08/09/2016* | Page 1 |
|---|---|---|---|---|

R_CS1IBR          Printed By: MUPDMCG1,          Sys#: 593084          06/04/2018 15:19

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-16367*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*BLEICH, R.S. (MUPDRSB1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2016-16367      *Muskegon Police Department*

NARRATIVE

# REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA *2016-16367* |
|---|---|---|
| Victim *Society* | Offense *OBSTRUCTING JUSTICE* | Date / Time Reported *Tue 08/09/2016 14:30* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

I was sent to 32 W Forest for a domestic report. Upon arrival I spoke to Dayata Totten.

Totten stated that a Jeff Conley just left in a burgundy Tahoe. Totten has a PPO on Conley. (confirmed on Lein) Totten stated that she has a child in common with Conley. Totten added that that Conley was just our of prison and is a drug dealer. Totten also stated that Conley always carries a gun. Conley was gone before my arrival.

Totten did not have a plate to the vehicle and stated that Conley lives somewhere in the Heights.

I told Totten to report this incident to the judge that signed the PPO. Also to call 911 if Conley returns.

Cleared C Martinez 7

# Incident Report Suspect List

*Muskegon Police Department*

OCA: *2016-16367*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| | *CONLEY, JEFFREY ALLEN* | *JELLO, JELLO; CONLEY, JOSEPH* | *MUSKEGON HEIGHTS, MI 49444-3057* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | *32* | *B* | *M* | | *511* | *178* | *BL* | *BR* | | |

Scars, Marks, Tattoos, or other distinguishing features

*TAT LEFT ARM / WORDS;  TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char

*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

# INCIDENT/INVESTIGATION REPORT

| | | | |
|---|---|---|---|
| Agency Name | *Muskegon Police Department* | | Case# *2016-23779* |
| | | | Date / Time Reported *11/19/2016  12:49  Sat* |
| ORI | *MI 6160300* | | Last Known Secure *11/19/2016  12:49  Sat* |

**INCIDENT DATA**

| Location of Incident | *32 W Forest Av, Muskegon MI 49441-* | Premise Type *Residence/home* | Zone/Tract *1S, MUPD* | At Found *11/19/2016  12:49  Sat* |
|---|---|---|---|---|

| # | Crime Incident(s) | (Co ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Obstructing Justice* *50000* | | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims *1* | Type: SOCIETY/PUBLIC | | Injury: | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) *State Of Michigan* | Victim of Crime # *1,* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status | |
| Home Address | | | | | | | Home Phone | | |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code *IO* | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Victim of Crime # | DOB Age *32* | Race *B* | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | | | | Home Phone | | |
| Employer Name/Address ▮▮▮▮▮▮▮▮▮▮ | | | | Business Phone ▮▮▮▮▮▮ | | Mobile Phone ▮▮▮▮▮ | | |

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code *RP* | Name (Last, First, Middle) *TOTTEN, DAYATA NIKI-YACOLE* | Victim of Crime # | DOB *12/28/1984* Age *31* | Race *B* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
| Home Address *32 W Forest Av Muskegon, MI 494412519* | | | | | | Home Phone *231-736-2798* | | |
| Employer Name/Address *Coles Bakery (SANITATION)* | | | | Business Phone *231-777-6070* | | Mobile Phone | | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *DIBBLE, J. L. (MUPDJLD1)* | | Supervisor *FINE, T. W. (MUPDTWF1)* | |
|---|---|---|---|
| Invest ID# *(0)* | | | |

| Status | Complainant Signature | Case Status *Unfounded* *11/19/2016* | Case Disposition: | Page 1 |
|---|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-23779*

| Status Codes | I = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*BONEBRAKE, G.S. (MUPDGSB1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2016-23779          *Muskegon Police Department*

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Police Department* | | *2016-23779* |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING JUSTICE* | *Sat 11/19/2016 12:49* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

INFORMATION:
Offices were dispatched to the listed address on a PPO violation. It was found that the PPO was unserved. JEFFREY CONLEY was to be there knocking on the door but left before we arrived.

OFFICER`S ACTIONS:
Upon arrival I spoke with the caller, DAYATA TOTTEN, and advised her that the PPO needs to be served. If he is avoiding service she needs to go back to the judge and explain this.

DISPOSITION:
This complaint can be closed.

Dibble 59

---

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** *Muskegon Police Department* | **Case#** *2016-24167* |
| **ORI** *MI 6160300* | **Date / Time Reported** *11/25/2016  14:13  Fri* |
| | **Last Known Secure** *11/25/2016  14:13  Fri* |

**I N C I D E N T   D A T A**

**Location of Incident** *32 W Forest Av, Muskegon MI 49442-*  
**Premise Type** *Residence/home*  **Zone/Tract** *1S, MUPD*  
**At Found** *11/25/2016  14:13  Fri*

| | | | |
|---|---|---|---|
| **#1** **Crime Incident(s)** *Civil & Family Disputes* *98006* (Co ) | **Weapon / Tools** | | **Activity** |
| | **Entry** | **Exit** | **Security** |
| **#2** **Crime Incident** ( ) | **Weapon / Tools** | | **Activity** |
| | **Entry** | **Exit** | **Security** |
| **#3** **Crime Incident** ( ) | **Weapon / Tools** | | **Activity** |
| | **Entry** | **Exit** | **Security** |

**MO**

**V I C T I M**

**# of Victims** *0*  **Type:**  **Injury:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | **Victim/Business Name (Last, First, Middle)** | **Victim of Crime #** | **DOB** **Age** | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status** |

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

| **VYR** | **Make** | **Model** | **Style** | **Color** | **Lic/Lis** | **VIN** |
|---|---|---|---|---|---|---|

**CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)**

**O T H E R S   I N V O L V E D**

**Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT**  **Injury:**

| **Code** *RP* | **Name (Last, First, Middle)** *TOTTEN, DAYATA NIKI-YACOLE* | **Victim of Crime #** | **DOB** *12/28/1984* **Age** *31* | **Race** *B* | **Sex** *F* | **Relationship To Offender** | **Resident Status** *Resident* | **Military Branch/Status** |
|---|---|---|---|---|---|---|---|---|

**Home Address** *32 W Forest Av  Muskegon, MI 494412519*   **Home Phone** *231-736-2798*

**Employer Name/Address** *Coles Bakery (SANITATION)*   **Business Phone** *231-777-6070*   **Mobile Phone**

**Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT**  **Injury:**

| **Code** *IO* | **Name (Last, First, Middle)** *CONLEY, JEFFREY ALLEN* | **Victim of Crime #** | **DOB** **Age** *32* | **Race** *B* | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status** |
|---|---|---|---|---|---|---|---|---|

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile**

**P R O P E R T Y**

**1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown**
**("OJ" = Recovered for Other Jurisdiction)**

| **VI #** | **Code** | **Status Frm/To** | **Value** | **OJ** | **QTY** | **Property Description** | **Make/Model** | **Serial Number** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Officer/ID#** *OCHARZAK, D. J. (MUPDDJO1)*

**Invest ID#** *(0)*   **Supervisor** *LEWKOWSKI, T. J. (MUPDTJL1)*

**Status**  **Complainant Signature**   **Case Status** *Closed* *11/25/2016*   **Case Disposition:**   **Page 1**

*R_CS1IBR*   Printed By: MUPDMCG1,   Sys#: 612000   06/04/2018 15:17

# INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2016-24167*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | |
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2016-24167       *Muskegon Police Department*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA |
|---|---|---|
| | | 2016-24167 |
| Victim | Offense | Date / Time Reported |
| | CIVIL & FAMILY DISPUTES | Fri 11/25/2016 14:13 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

32 W. Forest
Civil Dispute
Unwanted

I spoke with Ms. Totten about an event which took place at 6am this morning. Ms. Totten said her child`s father had been knocking on her door. Mad because Ms. Totten did not let Conley see his daughter on Thanksgiving day.

Ms. Totten has a PPO that has not been served. Conley is aware of the PPO and has been shown the paperwork but refuses the copy. Ms. Totten could not provide a home address for Mr. Conley. Live in Muskegon Hts and drive a vehicle with MI plate DMR2554. Vehicle returns out of Grand Rapids MI.

No contact with Conley
Ocharzak58

## INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| Agency Name | |
| *Muskegon Police Department* | |

**Case#** *2017-06277*

**Date / Time Reported** *03/26/2017 16:34 Sun*

| | |
|---|---|
| ORI | *MI 6160300* |

**Last Known Secure** *03/26/2017 16:34 Sun*

**At Found** *03/26/2017 16:34 Sun*

### INCIDENT DATA

Location of Incident: *32 W Forest Av, Muskegon MI 49441-*

Premise Type: *Residence/home*

Zone/Tract: **1S, MUPD**

| # | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Civil & Family Disputes* | (Co ) *98006* | | | | |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

### VICTIM

# of Victims *0* — Type: — Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | | | | | | | | |

Home Address: — Home Phone:

Employer Name/Address: — Business Phone: — Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

### OTHERS INVOLVED

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT — Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | *TOTTEN, DAYATA NIKI-YACOLE* | | *12/28/1984* Age *32* | *B* | *F* | | *Resident* | |

Home Address: *32 W Forest Av  Muskegon, MI 494412519* — Home Phone: *231-736-2798*

Employer Name/Address: *Coles Bakery (SANITATION)* — Business Phone: *231-777-6070* — Mobile Phone:

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT — Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | *CONLEY, JEFFREY ALLEN* | ▆▆▆▆ | Age *33* | *B* | | | | |

Home Address: ▆▆▆▆ — Home Phone: ▆▆▆▆

Employer Name/Address: ▆▆▆▆ — Business Phone: ▆▆▆▆ — Mobile Phone: ▆▆▆▆

### PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#: *CONRAD, D. L. (MUPDDLC1)*

| Invest ID# | *(0)* | | Supervisor | *FLYNN, C. R. (MUPDCRF1)* |
|---|---|---|---|---|

**Status** | Complainant Signature | | Case Status *Closed* *03/26/2017* | Case Disposition: | Page 1

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2017-06277*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*DIBBLE, J.L. (MUPDJLD1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2017-06277

*Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Police Department* | | *2017-06277* |
| Victim | Offense | Date / Time Reported |
| | *CIVIL & FAMILY DISPUTES* | *Sun 03/26/2017 16:34* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

26 March 2017
1634

Information:
   I was dispatched to 32 W Forest regarding a PPO violation.

COMP HAS A PPO AGAINST CHILDS FATHER.... JEFFERY CONALLY....IS CURRENTLY OUTSIDE
COMP HOUSE...IN A CREAM COLOR CADILLAC  [03/26/17 16:35:33 MCDAEG1]
JEFFREY DID KNOCK ON COMP DOOR  [03/26/17 16:35:50 MCDAEG1]
SITTING OUT FRONT OF THE HOUSE IN THE VEH  [03/26/17 16:36:04 MCDAEG1]
JEFFREY IS A BM...BROWN HOODIE...BLUE JEANS  [03/26/17 16:36:48 MCDAEG1]
UDTS: OFFICER ADVISED  [03/26/17 16:36:49 MCDTJW1]

███████████LEIN███████████LEIN███████████████████████
   I arrived on scene and spoke with Dayata Totten. Totten stated that there is a PPO and that Jeffrey Conley had
come to the house and knocked on the door. ██████████████LEIN███████████████████
████████████I told Totten to keep her doors locked and to call if Conley comes back.

Disposition:
closed
D Conrad #36

---

Reporting Officer: *CONRAD, D. L.*          Printed By: MUPDMCG1,          06/04/2018 15:16          Page 3
*R_CS3NC*

**INCIDENT/INVESTIGATION REPORT**

| | |
|---|---|
| Agency Name | *Muskegon Police Department* |
| ORI | *MI 6160300* |

Case# *2017-06281*
Date / Time Reported *03/26/2017  18:26  Sun*
Last Known Secure *03/26/2017  18:26  Sun*
At Found *03/26/2017  18:26  Sun*

**INCIDENT DATA**

Location of Incident *980 Jefferson St, Muskegon MI 49442-*
Premise Type *Residence/home*
Zone/Tract *1D, MUPD*

#1 Crime Incident(s) *Civil & Family Disputes* (Co ) *98006*
Weapon / Tools *None*  Activity *N*
Entry | Exit | Security

#2 Crime Incident ( )
Weapon / Tools  Activity
Entry | Exit | Security

#3 Crime Incident ( )
Weapon / Tools  Activity
Entry | Exit | Security

**MO**

**VICTIM**

# of Victims *0*  Type:  Injury:

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address  Home Phone
Employer Name/Address  Business Phone  Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | TOTTEN, DAYATA NIKI-YACOLE | | 12/28/1984 / Age 32 | B | F | | Resident | |

Home Address *32 W Forest Av  Muskegon, MI 494412519*  Home Phone *231-736-2798*
Employer Name/Address *Coles Bakery (SANITATION)*  Business Phone *231-777-6070*  Mobile Phone

Type:  INDIVIDUAL/ NOT LAW ENFORCEMENT  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| RP | CONLEY, JEFFREY ALLEN | | Age 33 | B | | | | |

Home Address ▮▮▮▮▮▮▮  Home Phone ▮▮▮▮
Employer Name/Address ▮▮▮▮  Business Phone ▮▮▮▮  Mobile Phone ▮▮▮▮

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Status**

Officer/ID# *HARWOOD, D. J. (MUPDDJH1)*
Invest ID# *(0)*
Supervisor *RUSH, A. P. (MUPDAPR1)*
Complainant Signature  Case Status *Closed  03/26/2017*  Case Disposition:  Page 1

# INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2017-06281*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|
| | IBR | Status | Quantity | Type Measure | Suspected Type | |
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Assisting Officers | | | | | | |

Suspect Hate / Bias Motivated:   *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2017-06281

*Muskegon Police Department*

**N A R R A T I V E**

## REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | | OCA 2017-06281 |
|---|---|---|---|
| Victim | · | Offense CIVIL & FAMILY DISPUTES | Date / Time Reported Sun 03/26/2017 18:26 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

CIVIL DISPUTE
3/26/17

INFORMATION:

At approximately 1826 hrs I was approached in the parking lot at MUPD by Jeffrey Conley. Jeffrey advised he would like a report made for a violation of a custody agreement. Jeffrey was advised that MUPD officers do not intervene in this matter. He stated he was aware but would still like documentation so she doesn`t call the police on him.

CONTACT WITH JEFFERY:

Jeffrey stated that his child`s mother Dayata Totten was supposed to have their child in common dropped off at 1pm. Jeffrey advised that he was supposed to get three hours to spend with the child for its birthday. He stated that Dayata did not have the child ready until nearly 3 pm.

OFFICER ACTION:

Jeffrey stated that he would handle the matter in Court. I provided him with this report number for reference. No wants and no assault.

CLEARED:

HARWOOD 23

**INCIDENT/INVESTIGATION REPORT**

| | |
|---|---|
| Agency Name | Case# *2017-06434* |
| *Muskegon Police Department* | Date / Time Reported *03/28/2017 15:41 Tue* |
| ORI *MI 6160300* | Last Known Secure *03/28/2017 15:41 Tue* |

**INCIDENT DATA**

Location of Incident: *32 W Forest Av, Muskegon MI 49441-*
Premise Type: *Residence/home*
Zone/Tract: 1S, MUPD
At Found: *03/28/2017 15:41 Tue*

| | Crime Incident(s) | Weapon / Tools | | Activity |
|---|---|---|---|---|
| #1 | *Lein Warrant/ppo Entry* (Co ) | | | |
| | *LEIN ENTRY* | Entry | Exit | Security |
| #2 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |
| #3 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims *1*  Type: INDIVIDUAL/ NOT LAW  Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *TOTTEN, DAYATA NIKI-YACOLE* | *1,* | *12/28/1984* Age *32* | *B* | *F* | | | |

Home Address: *32 W FOREST AV , Muskegon, MI 49441-2519*  Home Phone: *231-736-2798*
Employer Name/Address: *COLES BAKERY (SANITATION)*  Business Phone: *231-777-6070*  Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type:  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address:  Home Phone:
Employer Name/Address:  Business Phone:  Mobile Phone

Type:  Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address:  Home Phone:
Employer Name/Address:  Business Phone:  Mobile Phone

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID# *BROWERS, K. J. (MUPDKIB1)*
Invest ID# *(0)*
Supervisor *LEWKOWSKI, T. J. (MUPDTJL1)*

**Status**

| Complainant Signature | Case Status *Closed* *03/28/2017* | Case Disposition: | Page 1 |
|---|---|---|---|

## INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2017-06434*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2017-06434

*Muskegon Police Department*

N A R R A T I V E

# REPORTING OFFICER NARRATIVE

| *Muskegon Police Department* | | OCA<br>*2017-06434* |
|---|---|---|
| Victim<br>*TOTTEN, DAYATA NIKI-YACOLE* | Offense<br>*LEIN WARRANT/PPO ENTRY* | Date / Time Reported<br>*Tue 03/28/2017 15:41* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

3/28/17

Desk received this SERVED PPO against JEFFREY CONLEY.  JEFFREY is not to bother DAYATA TOTTEN or enter onto 32 W Forest per Judge Pittman.  This order was extended from a previous order that expired.  Desk never received this extention which is dated January 10, 2017.  This PPO now expires on 4/15/17.  LEIN Entry complete.

K. Browers

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2017-06434*

| 1 | Name (Last, First, Middle)  *CONLEY, JEFFREY ALLEN* | Also Known As ███ | Home Address ███ |
|---|---|---|---|

| Business Address *DESERTED ISLAND MUSIC*  *231-747-8363, MUSIC MIXER, 2533 PECK ST* |
|---|

| DOB ███ | Age *33* | Race *B* | Sex *M* | ███ | Hgt *511* | Wgt *178* | Hair *BL* | Eye *BR* | ███ | Driver's License / State ███ |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT  LEFT ARM / WORDS;  TAT  RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex ███ | | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | | Caliber | Dir of Travel  Mode of Travel |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN |

| Notes | Physical Char |
|---|---|
| | *Hands, RIGHT HANDED*  *Build, MEDIUM*  *Hair Length, Short*  *Hair Facial, Slight Beard* |

## CASE SUPPLEMENTAL REPORT

Printed: 06/04/2018 15:12

_Muskegon Police Department_                                          OCA: **_201706434_**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** _CLOSED_ | **Case Mng Status:** _NA_ | **Occurred:** _03/28/2017_ |
| **Offense:** _LEIN WARRANT/PPO ENTRY_ | | |

| | | |
|---|---|---|
| **Investigator:** _LABRENZ, J. S. (MUPDJSL1)_ | **Date / Time:** _04/20/2017 13:36:46, Thursday_ | |
| **Supervisor:** _BAKER, J. D. (MUPDJDB1)_ | **Supervisor Review Date / Time:** _04/20/2017 13:59:11, Thursday_ | |
| **Contact:** | **Reference:** _Ppo_ | |

Desk received a cancellation for this PPO.

J. La Brenz

Investigator Signature                                   Supervisor Signature

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** Muskegon Hts Police Department | **Case#** 2017-01606 |
| **ORI** MI 6160400 | **Date / Time Reported** 05/16/2017 21:56  Tue |

| | |
|---|---|
| **Last Known Secure** 05/16/2017 21:56  Tue | |
| **At Found** 05/16/2017 21:56  Tue | |

**INCIDENT DATA**

**Location of Incident** 2821 9th St, Muskegon Heights MI 49444-

**Premise Type** Highway/road/alley  **Zone/Tract**

| | | Weapon / Tools | | Activity |
|---|---|---|---|---|
| **#1** | **Crime Incident(s)** (Com) Obstructing Police 48000 | None | | N |
| | | Entry | Exit | Security |
| **#2** | **Crime Incident** (Com) Weapons Offense - Concealed 52001 | Firearm | | P |
| | | Entry | Exit | Security |
| **#3** | **Crime Incident** ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

| # of Victims 1 | Type: SOCIETY/PUBLIC | Injury: |
|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) State Of Michigan | Victim of Crime # 1,2 | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

**Home Address**    **Home Phone**

**Employer Name/Address**    **Business Phone**    **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code RP | Name (Last, First, Middle) JENKINS, CRYSTAL ANN-MARIE | Victim of Crime # | DOB 12/13/1993 Age 23 | Race B | Sex F | Relationship To Offender | Resident Status Resident | Military Branch/Status |

**Home Address** 1974 Reynolds St  Muskegon, MI 49442    **Home Phone** 231-220-6738

**Employer Name/Address** UNEMP    **Business Phone** 231- -    **Mobile Phone** 231- -

| | Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code IO | Name (Last, First, Middle) ANDERSON, MICHAEL LYNN JR | Victim of Crime # | DOB 01/21/1985 Age 32 | Race B | Sex M | Relationship To Offender | Resident Status | Military Branch/Status |

**Home Address** 2837 Hoyt St  Muskegon Heights, MI 494442117    **Home Phone** 231-220-6847

**Employer Name/Address** SHAPE (MACHINE OPER)    **Business Phone**    **Mobile Phone** 231- -

**PROPERTY**

I = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | REV | EVID | $0.00 | | 1 | REVOLVER | 357/TUARUS/Rossi | CV879419 |

| | |
|---|---|
| **Officer/ID#** EVERSON, SCOTT A   (MHPDSAE1) | |
| **Invest ID#** (0) | **Supervisor** SAIN, MAURICE A   (MHPDMAS1) |

**Status**

| Complainant Signature | Case Status Arrest   05/17/2017 | Case Disposition: | Page 1 |
|---|---|---|---|

R_CS1IBR    Printed By: MHPDTLM1,    Sys#: 640841    05/29/2018 09:55

# Incident Report Additional Name List

*Muskegon Hts Police Department*

OCA: *2017-01606*

Additional Name List

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 1) | IO | 2 | *BELL, KEITH TORNELL* | | *01/06/1992* | 25 | B | M |
| | Address | | *2930 Mason Blvd , Muskegon Heights, MI 49444-2229* | | H: *231-722-3484* | | | |
| | Empl/Addr | | *Not Working* | | B: *231- -* | | | |
| | | | | | Mobile #: *231-578-5073* | | | |
| 2) | IO | 3 | *CARTER, CHRISTOPHER MARCELL* | | *04/02/1974* | 43 | B | M |
| | Address | | *3137 Park St , Muskegon Heights, MI 49444-2728* | | H: *231-220-6007* | | | |
| | Empl/Addr | | *None* | | B: *231- -* | | | |
| | | | | | Mobile #: *231- -* | | | |

# INCIDENT/INVESTIGATION REPORT

*Muskegon Hts Police Department*

Case # *2017-01606*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown | | | | | |
|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*SAIN, M.A. (MHPDMAS1),  PEREZ, A.M. (MHPDAMP1)*

Suspect Hate / Bias Motivated:   *NONE*

NARRATIVE

## REPORTING OFFICER NARRATIVE

| *Muskegon Hts Police Department* | | OCA *2017-01606* |
|---|---|---|
| Victim *Society* | Offense *OBSTRUCTING POLICE* | Date / Time Reported *Tue 05/16/2017 21:56* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

### INFORMATION

On 05/16/2017 21:56:00 hours I was dispatched to 2821 9th St. in regards to a domestic situation. I was advised while enroute that there was a gun involved in this case. I arrived with Ofc. Perez and made contact with the caller Crystal Jenkins who was in the front yard with five other black males. I noticed immediately that at least three of the males were acting suspicious and appeared to be trying to walk away unnoticed. Since a firearm was mentioned I did a quick pat down on one of the males near me and proceeded to the next male that was actively walking away. This male took off at this time and I gave chase. This subject was later identified as Antonio Waller by his drivers license.

Before Antonio ran I noticed a bulge in his shirt by his waist band on his right side. I also noticed Antonio constantly had his hands at his waist. This is when I approached Antonio to conduct a pat down but Antonio ran west on the north side of 2821 9th St. Antonio ran across the alley through the back yard of 2816 Park St. He then went north on the Park St. side walk (east side of street). Antonio crossed Park St. west bound and ran around the dry cleaners building to Broadway. Antonio continued to run west bound until he was taken into custody at gun point in front of Starz dance club. During this foot chase I continued to give Antonio loud verbal commands to "stop, police," but Antonio failed to follow these commands. Antonio kept his hands near his front waist band for a good portion of this chase.

Antonio was then transported back to my car and I started a K-9 track with Trooper Carns and his dog Bo. Officers conducted this track from 2821 9th St. and continued the track until Bo hit on a patch of vegetation in a field on Park St. This field is directly north of 2816 Park St. After Bo hit on this patch of vegetation, Trooper Carns began to investigate this area farther. Trooper Carns then advised that there was a firearm in the vegetation. I got my camera and photographed the placement of the firearm. I then collected the firearm and found it was loaded with six bullets. I made this firearm safe and collected it as evidence. See Trooper Carns report CAN-0001768-17(99) for further information.

### EVIDENCE

Voucher number 47043

Black
.357 mag
Taurus Rossi revolver
CV879419

6 hornady .357 mag bullets

This firearm was ran in LEIN but did not come back stolen or registered to anyone.

### MIRANDA

Antonio was read his Miranda rights before any questioning took place. Antonio stated that he understood

## Incident Report Suspect List

*Muskegon Hts Police Department*

OCA: *2017-01606*

| 1 | Name (Last, First, Middle)<br>WALLER, ANTONIO LAMAR | | | | | | Also Known As | | | | Home Address<br>*597 ORCHARD AV*<br>*MUSKEGON, MI 49442-3629*<br>*231-683-7346* |
|---|---|---|---|---|---|---|---|---|---|---|---|

Business Address *NOT EMPLOYED*
*231-   -    , FACTORY, GRAND HAVEN, MI*

| DOB<br>*12/25/1981* | Age<br>*35* | Race<br>*B* | Sex<br>*M* | Eth | Hgt<br>*604* | Wgt<br>*190* | Hair<br>*BLK* | Eye<br>*BRO* | Skin | Driver's License / State.<br>*W460067977100 MI* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT CHEST / "CRYSTAL"; TAT RIGH ARM / SKELETON; SCAR UPPR SHOULDER*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Build, MUSCULAR*
*Hair Facial, Slight Beard*
*Hands, RIGHT HANDED*

| 2 | Name (Last, First, Middle)<br>CONLEY, JEFFREY ALLEN | | | | | | Also Known As<br>*JELLO, JELLO; CONLEY,*<br>*JOSEPH* | | | | Home Address<br>*3012 9TH ST*<br>*MUSKEGON HEIGHTS, MI 49444-3057*<br>*734-972-9275* |
|---|---|---|---|---|---|---|---|---|---|---|---|

Business Address *DESERTED ISLAND MUSIC*
*231-747-8363, MUSIC MIXER, 2533 PECK ST*

| DOB<br>*02/28/1984* | Age<br>*33* | Race<br>*B* | Sex<br>*M* | Eth | Hgt<br>*511* | Wgt<br>*178* | Hair<br>*BLK* | Eye<br>*BRO* | Skin | Driver's License / State.<br>*C540390051153 MI* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS; TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | Color | Caliber | | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Hts Police Department* | | *2017-01606* |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING POLICE* | *Tue 05/16/2017 21:56* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

his rights and agreed to speak to me further.

STATEMENT ANTONIO WALLER

Antonio stated that he was at this address with his daughter who was playing with his cousins daughter. He said Jeffery Conley is his cousin and lives at the above address. He stated that he did not know what was going on and only ran because he knew he had warrants. Antonio denied ever having a gun.

STATEMENT CRYSTAL JENKINS

Crystal stated that she felt her life was in danger. She said she just moved into the above address. She said she let Jeffrey Conley move in with her but found that he was selling drugs out of the house and wanted him to move out. She said he then started threatening her by racking his gun when passing her and stating that he was going to kill her. Crystal stated that she knew Jeffrey had two guns but could not describe them. She said one was placed in a black bag and the other had been wrapped in a Wal-Mart bag. Crystal could only say that if you are looking down the barrel the gun looks like it has two holes from that angle. She also thought one of the guns may have been passed off to the driver of a newer burgundy Crysler with a paper plate.

ACTIONS TAKEN

After returning from chasing Antonio I learned that Jeffrey had also ran from the scene and was unable to locate him. Officer Perez did submit a warrant request for Jeffrey on the charge of R/O. See Officer Perez`s supp for further information.

At this time Antonio was placed under arrest for CCW, Felon in possession of firearm and R/O. I also confirmed that he had two warrants. I transported Antonio to the MCJ and cleared this call.

Ofc. Everson 451

## Incident Report Related Property List

*Muskegon Hts Police Department*

OCA: *2017-01606*

| | | | | |
|---|---|---|---|---|
| **1** | Property Description<br>***REVOLVER*** | Make<br>***TUARUS*** | Model<br>***ROSSI*** | Caliber<br>***357*** |

| Color<br>***Black*** | Serial No.<br>***CV879419*** | | Value<br>***$0.00*** | Qty<br>***1.000*** | Unit | Jurisdiction<br>***Locally*** |
|---|---|---|---|---|---|---|

| Status<br>***Evidence*** | Date<br>***05/16/2017*** | NIC # | State # | Local # | OAN |
|---|---|---|---|---|---|

| Name (Last, First, Middle)<br>***\* No name \**** | | DOB | Age | Race | Sex |
|---|---|---|---|---|---|

Notes

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 09:55

*Muskegon Hts Police Department*

OCA: **201701606**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: *ARREST* | Case Mng Status: *NA* | Occurred: *05/16/2017* |
| Offense: *OBSTRUCTING POLICE* | | |

| | |
|---|---|
| Investigator: *PEREZ, ANTONIO M* | Date / Time: *05/17/2017 02:44:59, Wednesday* |
| Supervisor: *SAIN, MAURICE A    (MHPDMAS1)* | Supervisor Review Date / Time: *05/17/2017 04:10:27, Wednesday* |
| Contact: | Reference: *Supplement* |

INFORMATION:
I was dispatched by MCCD to assist Officer Everson on a domestic. Dispatch advised one of the male subjects in front of the residence had a gun.

DATE / TIME:
Tuesday, May 16, 2017 at 9:56 PM

VENUE:
2821 9th Street, Muskegon Heights, MI 49444

OBSERVATIONS:
Upon arrival I observed five (5) male subjects standing in front of the residence. As Officer Everson and I approached the male subjects they all began attempting to leave the area. One (1) of the males ran on foot west behind the residence, 2821 9th Street. Officer Everson gave chase to him.

I stayed with the remaining four (4) subjects and instructed them to put their hands above their heads and to stay in place. One (1) male subject, Jeffrey Conley took off running south on 9th Street. I yelled for Jeffrey to stop. Jeffrey continued running.

The remaining subjects were placed in handcuffs until Officer Everson could advise on their status. The remaining three (3) subjects were identified as Michael Anderson, Keith Bell, and Christopher Carter.

Michael and Keith both stated they both just arrived and did not know what was going on. Michael and Keith were released.

CONTACT WITH CHRISTOPHER CARTER (I/O):
Christopher stated he observed Jeffrey with a gun. Christopher stated Jeffrey placed the gun in a black plastic bag on side of the residence, 2821 9th Street, prior to our arrival. (No gun in a black plastic bag was located.) Christopher stated his sister, Crystal Jenkins, and Jeffrey had been arguing about the residence, 2821 9th Street, for the last two (2) days. Christopher stated he did not know anything else.

DISPOSITION:
A warrant request for Jeffrey Conley was filed for resisting and obstructing.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

r_supp3

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 09:55

*Muskegon Hts Police Department*

OCA: **201701606**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARREST*          **Case Mng Status:** *NA*          **Occurred:** *05/16/2017*

**Offense:** *OBSTRUCTING POLICE*

**Investigator:** *PEREZ, ANTONIO M*          **Date / Time:** *05/17/2017 02:44:59, Wednesday*

**Supervisor:** *SAIN, MAURICE A     (MHPDMAS1)*     **Supervisor Review Date / Time:** *05/17/2017 04:10:27, Wednesday*

**Contact:**          **Reference:** *Supplement*

STATUS:
Closed with no further involvement.

Ofc. A. Perez
#458

| Investigator Signature | Supervisor Signature |

**CASE SUPPLEMENTAL REPORT**
Printed: 05/29/2018  09:55

*NOT SUPERVISOR APPROVED*

*Muskegon Hts Police Department*                                    OCA: **201701606**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ARREST*          **Case Mng Status:** *NA*          **Occurred:** *05/16/2017*

**Offense:** *OBSTRUCTING POLICE*

**Investigator:** *EVERSON, SCOTT A     (MHPDSAE1)*          **Date / Time:** *06/14/2017 09:41:32, Wednesday*

**Supervisor:** *SAIN, MAURICE A     (MHPDMAS1)*     **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**                                    **Reference:** *Supplement*

---

A warrant was issued for: JEFFREY CONLEY
COUNT 1: POLICE OFFICER - ASSAULTING/RESISTING/OBSTRUCTING

A copy of the warrant was placed in the warrant file.
Status:  Closed
T. McDaniel
Reviewed by:  Joseph E. Thomas Jr.
 [06/14/2017 09:42, MHPDTLM1, 12422, MHPD]

---

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 09:55

*NOT SUPERVISOR APPROVED*

*Muskegon Hts Police Department*

OCA: **201701606**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *ARREST*          Case Mng Status: *NA*          Occurred: *05/16/2017*

Offense: *OBSTRUCTING POLICE*

Investigator: *EVERSON, SCOTT A    (MHPDSAE1)*          Date / Time: *06/16/2017 12:56:53, Friday*

Supervisor: *SAIN, MAURICE A    (MHPDMAS1)*          Supervisor Review Date / Time: *NOT REVIEWED*

Contact:          Reference: *Supplement*

A warrant was issued for: ANTONIO WALLER
COUNT 1: POLICE OFFICER - ASSAULTING / RESISTING / OBSTRUCTING

A copy of the warrant was placed in the warrant file.
Status:  Closed
T. McDaniel
Reviewed by:  Joseph E. Thomas Jr.
 [06/16/2017 12:57, MHPDTLM1, 12422, MHPD]

Investigator Signature                    Supervisor Signature

| | INCIDENT/INVESTIGATION REPORT | Case# 2017-02585 |
|---|---|---|

**Agency Name**  Muskegon Hts Police Department

**ORI**  MI 6160400

**Date / Time Reported**  08/04/2017 10:45  Fri

**Last Known Secure**  08/04/2017 10:45  Fri

**At Found**  08/04/2017 10:45  Fri

**INCIDENT DATA**

**Location of Incident**  2998 Henry St/w Summit Av, Norton Shores MI 49444-

**Premise Type**  Highway/road/alley

**Zone/Tract**

| | Crime Incident(s) | (Com) | Weapon / Tools None | | | Activity N |
|---|---|---|---|---|---|---|
| #1 | Obstructing Justice 50000 | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

**# of Victims** 1  **Type:** SOCIETY/PUBLIC   **Injury:**

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | State Of Michigan | 1, | Age | | | | | |

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | TOTTEN, SEQUOIA DAVIYA | | 05/26/1983 Age 34 | B | F | | | |

**Home Address**  3112 7th St  Muskegon Heights, MI 49444   **Home Phone** 231-747-2542

**Employer Name/Address**  TYSON FOOD (FACTORY)   **Business Phone**   **Mobile Phone** 231- -

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

**Home Address**   **Home Phone**

**Employer Name/Address**   **Business Phone**   **Mobile Phone**

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 03 | IMPD | $1.00 | | 1 | 1997 RED, DMR2254 MI | CHEV Suburban | 1GNFK16R7VJ358074 |

**Officer/ID#**  KOOI, ROBERT J   (MHPDRJK1)

**Invest ID#**  (0)   **Supervisor**  ANDERSON, DAVID   (MHPDDA01)

**Status**

**Complainant Signature**   **Case Status** Closed  08/04/2017   **Case Disposition:**   Page 1

R_CS1IBR   Printed By: MHPDTLM1,   Sys#: 656002   05/08/2018 09:58

## INCIDENT/INVESTIGATION REPORT

*Muskegon Hts Police Department*

Case # *2017-02585*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|   | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D |  |  |  |  |  |  |
| R |  |  |  |  |  |  |
| U |  |  |  |  |  |  |
| G |  |  |  |  |  |  |
| S |  |  |  |  |  |  |
|   |  |  |  |  |  |  |
|   |  |  |  |  |  |  |
|   |  |  |  |  |  |  |

**Assisting Officers**
*KOZAL, S.C. (MHPDSCK1)*

Suspect Hate / Bias Motivated:   *NONE*

**N A R R A T I V E**

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Hts Police Department* | | *2017-02585* |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING JUSTICE* | *Fri 08/04/2017 10:45* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

DATE/TIME:

08/04/2017 10:45:53

INFORMATION:

Over the radio I9/ WEMET called for a stop of a red Suburban going south on Henry from Summit then east on Norton. I was going west on Norton and saw the red Suburban. I turned around and activated my patrol lights on my fully marked police cruiser as the vehicle turned north onto 9th St. I Ofc. R. Kooi was wearing my fully marked police uniform during this pursuit. The vehicle failed to pull over and I activated my sirens. The vehicle then picked up speed and began to flee from me. I pursued the vehicle, see notes for direction of chase. The vehicle stopped on Highland just north of Amsterdam and the driver bailed with the vehicle still in drive. I secured the vehicle and Ofc. Kozal continued the pursuit.

I drew my service side arm on the passenger as he was sitting in the front passenger seat and ordered him to let go of the stearing wheel as I put it in park. I then ordered him to let go of the break pedal and to keep his hands up where I can see them. I walked around to the passenger side of the vehicle and ordered the passenger, later identified as PARISH, SHANE JEFFERY, out of the the vehicle and down to the ground. I placed Parish under arrest. I searched his person with no weapons found. Later WEMET searched him and located a lottery ticket containing suspected heroin.

Once Parish was secure, I was advised that the driver, identified as CONLEY, JEFFREY ALLEN, was secured and placed under arrest. WEMET advised that they were taking command of this incident. I handed over the money I located on Parish to WEMET. I transport Parish to the Muskegon County Jail for possession of heroin under WEMET`s request.

I did not question either Parish or Conley regarding this incident.

DISPATCH NOTES:

SB HENRY...NOW   [08/04/2017 10:45:46 MCDRRB1]
[LAW] MAROON SUBRUBAN  [08/04/17 10:45:59 MCDRRB1]
[LAW] (A611) SUBJ ARMED WITH PISTOL POSS  [08/04/17 10:46:04 MCDMP01]
[LAW] CORRECTION PER I9  [08/04/17 10:46:11 MCDMP01]
[LAW] EB ON NORTON CROSSING SEAWAY  [08/04/17 10:46:15 MCDSJS1]
[LAW] EB NORTON  PASSING SEAWAY  [08/04/17 10:46:17 MCDRRB1]
[LAW] I9 IN A WHITE MINI VAN  [08/04/17 10:46:43 MCDSJS1]
{A711} NB 9TH  [08/04/17 10:47:14 MCDSJS1]
{A711} EB OAKWOOD  [08/04/17 10:47:20 MCDSJS1]
[LAW] NB 7TH  [08/04/17 10:47:27 MCDSJS1]
[LAW] CORRECTION NB HIGHLAND  [08/04/17 10:47:32 MCDSJS1]
{A712} CONFIRM WITH I9  TO CONFIRM THE ID  [08/04/17 10:47:53 MCDSJS1]
[LAW] JEFFREY CONNELY  -ARMED WITH PISTOL  [08/04/17 10:48:04 MCDSJS1]

**Incident Report Suspect List**

*Muskegon Hts Police Department*

OCA: *2017-02585*

| 1 | Name (Last, First, Middle) *PARISH, SHANE JEFFERY* | Also Known As | Home Address *1364 LANGELAND AV MUSKEGON, MI 49442* *231-903-3473* |
|---|---|---|---|

Business Address *NOT WORKING*
*231-903-5399*

| DOB *12/12/1988* | Age *28* | Race *W* | Sex *M* | Eth | Hgt *508* | Wgt *180* | Hair *BRO* | Eye *BRO* | Skin | Driver's License / State. *P620765390944 MI* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT RFOR ARM / AWBREANA*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes

Physical Char
*Build, MEDIUM*
*Hair Facial, Full Beard*
*Hair Length, Medium*
*Hands, RIGHT HANDED*

| 2 | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Also Known As *JELLO, JELLO; CONLEY, JOSEPH* | Home Address *3012 9TH ST MUSKEGON HEIGHTS, MI 49444-3057* *734-972-9275* |
|---|---|---|---|

Business Address *DESERTED ISLAND MUSIC*
*231-747-8363, MUSIC MIXER, 2533 PECK ST*

| DOB *02/28/1984* | Age *33* | Race *B* | Sex *M* | Eth | Hgt *511* | Wgt *178* | Hair *BLK* | Eye *BRO* | Skin | Driver's License / State. *C540390051153 MI* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS; TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Hts Police Department* | | *2017-02585* |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING JUSTICE* | *Fri 08/04/2017 10:45* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

{A712} SB 6TH ST  [08/04/17 10:48:08 MCDSJS1]
{A712} WB AMSTERDAM  [08/04/17 10:48:21 MCDSJS1]
{A712} FOOT BAIL  [08/04/17 10:48:30 MCDSJS1]
{A712} 7TH - FROM THERE  [08/04/17 10:48:41 MCDSJS1]
{A712} 3100-BLK  [08/04/17 10:48:47 MCDSJS1]
{A712} TRAFFIC BROKEN  [08/04/17 10:48:52 MCDSJS1]
[LAW] COMING OUT TO 7TH  [08/04/17 10:49:02 MCDSJS1]
[LAW] BM  [08/04/17 10:49:09 MCDSJS1]
[LAW] YELLOW  3112  - POSSIBLE 7TH  [08/04/17 10:49:23 MCDSJS1]
{A712} AT BACK OF HOUSE  [08/04/17 10:49:35 MCDSJS1]
[LAW] I9 WENT INSIDE  [08/04/17 10:49:42 MCDSJS1]
[LAW] TONE CONTINUED  [08/04/17 10:49:54 MCDSJS1]
[LAW] JEFFERY ALLEN CONLEY DOB 02/28/1984  [08/04/17 10:50:19 MCDCJE1]
{A712} SUBJ IN CUSTODY  [08/04/17 10:50:22 MCDSJS1]
{A712} CK WITH 711 FOR ONE HE HAD  [08/04/17 10:50:31 MCDSJS1]
{A711} ALL SET , 1 IN CUSTODY  [08/04/17 10:50:38 MCDSJS1]
PER TX SUBJ IN CUSTODY PER I9***  [08/04/17 10:50:40 MCDMP01]
{A712} REQ MEDICAL P2  - CUT TO THE HAND  [08/04/17 10:50:58 MCDSJS1]
[LAW] CLEARING TONE  [08/04/17 10:51:43 MCDSJS1]
MAKE SURE CRUISER ON HIGHLAND HAS BEEN SECURED  [08/04/17 10:56:01 MCDRRB1]
711 IS SECURING IT  [08/04/17 10:56:05 MCDRRB1]
REQ FOR ECONOMY/// AMSTERDAM/HIGHLAND  [08/04/17 11:01:49 MCDRRB1]
ECONOMY NOTIFIED  [08/04/17 11:02:42 MCDRRB1]
[A711-TRANSPORT] {A711} W/1  [08/04/17 11:32:58 MCDRRB1]
712 REQ ECONOMY BACK TO THE PD FOR THE VEH  [08/04/17 11:43:26 MCDRRB1]
ECONOMY NTFD  [08/04/17 11:43:40 MCDCJE1]

DRIVING STATUS OF CONLEY:

Upon running Conley on his driving record shows that his driving status is suspended and shows as follows:

****      REINSTATE DRIVER
               RESPONSIBILITY FEE
               SUSPENSION OF 10/26/2011 .
               SUSPENSION EFFECTIVE
               08/13/2012 THROUGH
               *INDEFINITE* , ASSESSMENT:
               TE78981. LICENSE NOT VALID
               UNTIL REINSTATEMENT FEE
               PAID, FROM ACTIVITY OF
               06/16/2011
           ****      DRIVER RESPONSIBILITY FEE
               SUSPENSION FROM 10/31/2012

# Incident Report Related Vehicle List

*Muskegon Hts Police Department*

OCA: *2017-02585*

| | | | | |
|---|---|---|---|---|
| **1** | VehYr/Make/Model *1997 CHEV, Suburban* | Style *SW* | Color *RED* | Lic/Lis *DMR2254 MI 2018* | VIN *1GNFK16R7VJ358074* |

| IBR Status *Impounded* | Date *08/04/2017* | Location *269 AMSTERDAM AV/HIGHLAND AV, MUSKEGON HEIGHTS MI* |
|---|---|---|

| Condition | Value *$1.00* | Offense Code | Jurisdiction *Locally* | State # | NIC # |
|---|---|---|---|---|---|

| Name (Last, First, Middle) *Conley, Sharon Lynn* | Also Known As | Home Address *3229 LEAHY ST MUSKEGON HEIGHTS, MI 49444 231-769-5668* |
|---|---|---|
| Business Address | | |

| DOB *01/04/1960* | Age *57* | Race *B* | Sex *F* | Hgt *504* | Wgt *120* | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|

Notes

# CASE SUPPLEMENTAL REPORT

Printed: 05/29/2018  09:58

*Muskegon Hts Police Department*

OCA: **201702585**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLOSED*   Case Mng Status: *NA*   Occurred: *08/04/2017*

Offense: *OBSTRUCTING JUSTICE*

Investigator: *KOZAL, SHAUN C    (MHPDSCK1)*   Date / Time: *08/04/2017 13:07:21, Friday*

Supervisor: *ANDERSON, DAVID*   Supervisor Review Date / Time: *08/05/2017 06:26:57, Saturday*

Contact:   Reference: *Supplement*

On 8/4/17 at 1130 hours, I heard WEMET Detectives ask for help on a traffic stop of a Maroon Chevy SUV. The vehicle was originally SB on Henry at Summit. The vehicle then came EB on Norton in Muskegon Heights were Ofc. Kooi was able to get behind the vehicle on Norton near 9th. WEMET advised the driver of the vehicle was a Jeffrey Conley and he was suspended. WEMET stated they also had info that Conley was carrying and handgun and narcotics on him.

Ofc. Kooi called out that the vehicle was failing to stop NB on 9th from Norton. I was SB on 9th and could see Ofc. Kooi vehicle. I then started to call out the pursuit as we went EB on Oakwood from 9th to NB Highland to EB Summit to SB 6th to WB Amsterdam to NB on Highland. Just north of Amsterdam on Highland I observed the driver later confirmed as Conley exit the vehicle and run NB. I called out the foot bail as Ofc. Kooi stayed with the passenger in the vehicle.

I then observed Conley just run behind a house in the 3100 Block of Highland and jump a 6 foot chain link fence. I drove my cruiser up to the fence where I was able to get through the fence and continue to chase Conley. I then observed Conley go into a house at 3112 7th ST. I went to the back so he could not exit the house. A WEMET detective went into the house after Conley. I was later asked to come in and handcuff Conley.

Upon handcuffing Conley I could see a cut on his hand from jumping over the fence. I called for Pro Med to come and check his hand out. I also found money in Conley pocket that was turned over to WEMET.

Ofc. Kooi was with the vehicle and a Economy was called to impound the vehicle and bring it back to MHPD for a search. I later returned to MHPD to allow WEMET into the department to search the vehicle.

Conley was turned over to WEMET who was going to submit all charges on Conley.

I Cleared.

Submitted by: Ofc. Shaun Kozal #430
MHPD

Investigator Signature          Supervisor Signature

r_supp3

# REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Hts Police Department* | | *2017-02585* |
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING JUSTICE* | *Fri 08/04/2017 10:45* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

THROUGH *INDEFINITE* ,
             ASSESSMENT: TN61110. LICENSE
             NOT VALID UNTIL
             REINSTATEMENT FEE PAID, FROM
             ACTIVITY OF 06/21/2012

DISPOSITION:

WEMET had command of this incident.

Ofc. R. Kooi #432

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** _Muskegon Hts Police Department_ | **Case#** _2017-03307_ | |
| **ORI** _MI 6160400_ | **Date / Time Reported** _09/27/2017 19:11 Wed_ | |
| | **Last Known Secure** _09/27/2017 19:11 Wed_ | |
| **Location of Incident** _3012 9th St, Muskegon Heights MI 49444-_ | **Premise Type** _Residence/home_ | **Zone/Tract** | **At Found** _09/27/2017 19:11 Wed_ |

## INCIDENT DATA

| # | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Intimidation / Stalking 13003 | (Com) | None | | | N |
| | | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

## VICTIM

# of Victims: 1   Type: INDIVIDUAL/ NOT LAW   Injury: None

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | CARTER, DEMARIO KESHAWN | 1, | 02/28/1988 Age 29 | B | M | 199 | | |

Home Address: 3229 LEAHY ST , Muskegon Heights, MI 49444-   Home Phone: 231-288-8606

Employer Name/Address: MARIOUUNS COLLECTION 3284 MILLON RD GRAND RAPIDS MI (SALES)   Business Phone: 321-208-2127   Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address:   Home Phone:
Employer Name/Address:   Business Phone:   Mobile Phone:

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|

Officer/ID#: EVERSON, SCOTT A   (MHPDSAE1)
Invest ID#: (0)   Supervisor: SAIN, MAURICE A   (MHPDMAS1)

**Status**   Complainant Signature   Case Status: _Closed_ 09/27/2017   Case Disposition:   Page 1

R_CS1TBR   Printed By: MHPDTLM1,   Sys#: 667079   05/29/2018 09:53

## Incident Report Additional Name List

*Muskegon Hts Police Department*

OCA: *2017-03307*

Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI   1 | ROBINSON, WESLEY III III | | 08/25/1988 | 29 | B | M |

Address *2932 Sanford St , Muskegon Heights, MI 49444-*   H:*231-578-6505*

Empl/Addr *Disabled*   B:*231- -*

Mobile #:*231- -*

## INCIDENT/INVESTIGATION REPORT

*Muskegon Hts Police Department*

Case # *2017-03307*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE*

N A R R A T I V E

## REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Muskegon Hts Police Department* | , | *2017-03307* |
| Victim | Offense | Date / Time Reported |
| *CARTER, DEMARIO KESHAWN* | *INTIMIDATION / STALKING* | *Wed 09/27/2017 19:11* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

INFORMATION

O09/27/2017 19:11:28 hours I was dispatched to 3229 Leahy for the report of threats. I arrived and met with the caller Demario Carter.

Demario stated that the incident happened at 3012 9th st. on this day. Demario stated he was at this location to speak with a family member and did not know Jeffery Conley was there. He said he has had issues with Jeffery in the past and would not have gone there knowing Jeffery was there. He said Jeffery started arguing with him and mentioned "I'll have you robbed, bitch," and that he would shoot him.

Demario stated that he wanted to make a report because he feels it could be related to another incident. He said he was recently shot in the stomach and is currently going to court on this case. He stated that Jeffery is related to the shooter and does not know if he will follow though with the threats. I advised Demario how to get a PPO and then cleared.

Ofc. Everson 451

## Incident Report Suspect List

*Muskegon Hts Police Department*

OCA: *2017-03307*

| 1 | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Also Known As *JELLO, JELLO; CONLEY, JOSEPH* | Home Address *3012 9TH ST MUSKEGON HEIGHTS, MI 49444-3057 734-972-9275* |
|---|---|---|---|

| Business Address *DESERTED ISLAND MUSIC 231-747-8363, MUSIC MIXER, 2533 PECK ST* |
|---|

| DOB *02/28/1984* | Age *33* | Race *B* | Sex *M* | Eth | Hgt *511* | Wgt *178* | Hair *BLK* | Eye *BRO* | Skin | Driver's License / State. *C540390051153 MI* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT RIGH NECK / "SHARON"*

| Reported Suspect Detail | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** Muskegon Hts Police Department | | **Case#** 2009-05468 |
| **ORI** MI 6160400 | | **Date / Time Reported** 11/20/2009 17:33 Fri |
| | | **Last Known Secure** 11/20/2009 17:33 Fri |

**INCIDENT DATA**

| Location of Incident 2931 Elizabeth Ct, Muskegon Heights MI 49444- | Premise Type Residence/home | Zone/Tract | At Found 11/20/2009 17:33 Fri |
|---|---|---|---|

| | Crime Incident(s) | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| **#1** | Larceny: Other 23007 | | Entry | Exit | Security | |
| **#2** | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| **#3** | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 1 | Type: INDIVIDUAL/ NOT LAW | | | Injury: None | | | | |
|---|---|---|---|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | TOTTEN, DAYATA NIKI-YACOLE | 1, | 12/28/1984 Age 24 | B | F | 124 | Resident | |

| Home Address 32 W FOREST AV , Muskegon, MI 49441-2519 | | Home Phone 231-736-2798 |
|---|---|---|
| Employer Name/Address COLES BAKERY (SANITATION) | Business Phone 231-777-6070 | Mobile Phone |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: **V- Victim** (Denote V2, V3) **O** = Owner (if other than victim) **R** = Reporting Person (if other than victim)

| Type: | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | | |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone |

| Type: | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | Home Phone | | |
| Employer Name/Address | | | | | Business Phone | | Mobile Phone |

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 1 | 06 | 7 | $500.00 | | 1 | CLOTHING | | |
| 1 | 20 | 7 | $2,500.00 | | 1 | MONEY/CASH | | |

| Officer/ID# SAIN, MAURICE A (MHPDMAS1) | | |
|---|---|---|
| Invest ID# MAHAN, CALVIN J (MHPDCJM1) | Supervisor SINCLAIR, SCOTT D (MHPDSDS1) | |

**Status**

| Complainant Signature | Case Status Closed 11/25/2009 | Case Disposition: | Page 1 |
|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT

*Muskegon Hts Police Department*

Case # *2009-05468*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:   *NONE*

**NARRATIVE**

**REPORTING OFFICER NARRATIVE**

| Muskegon Hts Police Department | | OCA 2009-05468 |
|---|---|---|
| Victim | Offense | Date / Time Reported |
| TOTTEN, DAYATA NIKI-YACOLE | LARCENY: OTHER | Fri 11/20/2009 17:33 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On the above date and time I was dispatched to 2931 Elizabeth Crt for an Larceny complaint.

Upon my arrival I made contact with Dayata Totten.

Ms Totten stated that she and her boyfriend Jeffrey Conley got into an argument because she wanted to go get her nails done and he wanted to leave and go do something himself.

Totten said that she left anyway and Conley called her and stated that he was getting his stuff and leaving and she told him that was fine. Totten said that when she returned home she observed that Conley had taken his clothing along with several new outfits of hers. Totten said that Conley also took shoes and boots that belonged to her and a purse.

Ms Totten said that she and Conley had split the winnings of a lottery ticket that valued $5,000 dollars. Totten said that Conley took her share that was $2,500.

Totten and Conley was living together and had been dating for 7 months.

Totten said that Conleys stated to her that he took those items because he bought them.
Totten stated that she paid for her on things and they split the cost for the lottery ticket that was $12.00.

I was not able to locate Mr Conley for questioning.

I advised Ms Totten that this could very well be a civil suit.

Ofc, cleared with out further incident.

A prosecutor review form was completed and turned in with this report.

Ofc, Maurice Sain 440

## Incident Report Suspect List

*Muskegon Hts Police Department*

OCA: *2009-05468*

| 1 | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Also Known As *JELLO, JELLO; CONLEY, JOSEPH* | Home Address *3012 9TH ST* *MUSKEGON HEIGHTS, MI 49444-3057* *734-972-9275* |
|---|---|---|---|

Business Address *DESERTED ISLAND MUSIC*
*231-747-8363, MUSIC MIXER, 2533 PECK ST*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *02/28/1984* | *25* | *B* | *M* | | *511* | *178* | *BLK* | *BRO* | | *C540390051153 MI* |

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char
*Hands, RIGHT HANDED*
*Build, MEDIUM*
*Hair Length, Short*
*Hair Facial, Slight Beard*

## Incident Report Related Property List

*Muskegon Hts Police Department*

OCA: *2009-05468*

| 1 | Property Description *CLOTHING* | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value *$500.00* | | Qty *1.000* | Unit | Jurisdiction *Locally* | |
| | Status *Stolen* | Date *11/20/2009* | NIC # | State # | | Local # | | OAN | |
| | Name (Last, First, Middle) *Totten, Dayata Niki-yacole* | | | | DOB *12/28/1984* | | Age *24* | Race *B* | Sex *F* |

Notes

| 2 | Property Description *MONEY/CASH* | | | Make | | Model | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value *$2,500.00* | | Qty *1.000* | Unit | Jurisdiction *Locally* | |
| | Status *Stolen* | Date *11/20/2009* | NIC # | State # | | Local # | | OAN | |
| | Name (Last, First, Middle) *Totten, Dayata Niki-yacole* | | | | DOB *12/28/1984* | | Age *24* | Race *B* | Sex *F* |

Notes

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 10:05

*Muskegon Hts Police Department*

OCA: **200905468**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLOSED*   Case Mng Status: *CLOSED*   Occurred: *11/20/2009*

Offense: *LARCENY: OTHER*

Investigator: *MAHAN, CALVIN J   (MHPDCJM1)*   Date / Time: *11/23/2009 08:44:51, Monday*

Supervisor: *MAHAN, CALVIN J   (MHPDCJM1)*   Supervisor Review Date / Time: *11/30/2009 09:09:09, Monday*

Contact:   Reference: *Supplement*

INFORMATION

This complaint was assigned to me and I did the following.

On 11-23-09 at 0820 hrs I called the phone number listed for the suspect, Jeffrey Conley in this report and in doing that I spoke with Niya Pipkins who advised me that she was Conley's cousin and that he lives at her house most of the time, 1215 Amity. She indicated that Conley was not at home this morning but that he should be calling or stopping by sometime today. She advised that she would get a hold of Conley and give him the message to call me.

Mahan [11/23/2009 08:50, MHPDCJM1, 105, MHPD]

Investigator Signature   Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 10:05

*Muskegon Hts Police Department*

OCA: **200905468**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED*    **Case Mng Status:** *CLOSED*    Occurred: *11/20/2009*

**Offense:** *LARCENY: OTHER*

**Investigator:** *MAHAN, CALVIN J   (MHPDCJM1)*    **Date / Time:** *11/25/2009 12:43:52, Wednesday*

**Supervisor:** *MAHAN, CALVIN J   (MHPDCJM1)*    **Supervisor Review Date / Time:** *11/30/2009 09:10:06, Monday*

**Contact:**    **Reference:** *Supplement*

INFORMATION

On 11-24-09 at 1445 hrs I spoke with the suspect, Jeffrey Conley on the phone and he gave me the following statement.

INTERVIEW JEFFREY CONLEY

He stated that later that night he went back to Dayata's house and returned the money and clothing to her. He indicated that their issues have been resolved.

Mahan [11/25/2009 12:46, MHPDCJM1, 105, MHPD]

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 05/29/2018 10:05

*Muskegon Hts Police Department*

OCA: **200905468**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *CLOSED* | **Case Mng Status:** *CLOSED* | **Occurred:** *11/20/2009* |
| **Offense:** *LARCENY: OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** *MAHAN, CALVIN J*   *(MHPDCJM1)* | | **Date / Time:** *11/25/2009 12:46:22, Wednesday* |
| **Supervisor:** *MAHAN, CALVIN J*   *(MHPDCJM1)* | | **Supervisor Review Date / Time:** *11/30/2009 09:10:19, Monday* |
| **Contact:** | | **Reference:** *Supplement* |

## INFORMATION

On 11-25-09 at 1240 hrs I spoke with the victim, Dayta Totten concerning this incident and she gave me the following statement.

## INTERVIEW DAYATA TOTTEN

She advised that after she had made the police report Jeffrey came back to her house and gave her the money and clothing back. She indicated that she had come up to police department and requested that this complaint be cancelled. At this point she requests that this complaint be closed out.

Mahan [11/25/2009 12:52, MHPDCJM1, 105, MHPD]

---

Investigator Signature             Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 05/29/2018 10:05

*Muskegon Hts Police Department*                                        OCA: **200905468**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED*          **Case Mng Status:** *CLOSED*          Occurred: *11/20/2009*

**Offense:** *LARCENY: OTHER*

---

**Investigator:** *MAHAN, CALVIN J    (MHPDCJM1)*          **Date / Time:** *11/25/2009 12:52:38, Wednesday*

**Supervisor:** *MAHAN, CALVIN J    (MHPDCJM1)*          **Supervisor Review Date / Time:** *11/30/2009 09:10:25, Monday*

**Contact:**                                               **Reference:** *Supplement*

---

## INFORMATION

Upon speaking with the victim, Dayata Totten she advised that her money and clothing have been returned to her by Jeffrey Conley and that she does not want any charges brought against Jeffrey.

Status: Closed.


Mahan [11/25/2009 12:54, MHPDCJM1, 105, MHPD]

---

Investigator Signature                                    Supervisor Signature

**INCIDENT/INVESTIGATION REPORT**

| Agency Name | | |
|---|---|---|
| *Muskegon Hts Police Department* | | |
| ORI | | |
| *MI 6160400* | | |

| Case# | |
|---|---|
| *2017-04077* | |
| Date / Time Reported | |
| *12/01/2017 14:49 Fri* | |
| Last Known Secure | |
| *12/01/2017 14:49 Fri* | |
| At Found | |
| *12/01/2017 14:49 Fri* | |

**INCIDENT DATA**

| Location of Incident | Premise Type | Zone/Tract |
|---|---|---|
| *2499 Peck St/e Hume Av, Muskegon Heights MI* | *Highway/road/alley* | |

| | Crime Incident(s) | (Com) | Weapon / Tools | | Activity |
|---|---|---|---|---|---|
| #1 | Aggravated / Felonious Assault | | *Firearm* | | N |
| | *13002* | | Entry | Exit | Security |
| #2 | Crime Incident | (Com) | Weapon / Tools *None* | | Activity |
| | Damage To Property | | | | N |
| | *29000* | | Entry | Exit | Security |
| #3 | Crime Incident | ( ) | Weapon / Tools | | Activity |
| | | | Entry | Exit | Security |

**MO**

**VICTIM**

| # of Victims *1* | Type: INDIVIDUAL/ NOT LAW | | Injury: None | | |
|---|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | JONES, DARRELL DWANE | 1,2 | 02/16/1963 Age 54 | B | M | 130 | | |

| Home Address | | Home Phone |
|---|---|---|
| *1976 DYKSTRA RD , Laketon To nship, MI 49445-* | | 231-744-8753 |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| *LANDLORD* | 231-638-3298 | 231-638-3298 |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| *2018* | *CHEV* | *SILVERADO* | *PK* | *BLK* | *8873G6, MI* | *3GCUKTEC5FG102656* |

**OTHERS INVOLVED**

| CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Type: | | Injury: | | | | | | |
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | Mobile Phone | |
| Type: | | Injury: | | | | | | |
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address | | | | | | | Home Phone | |
| Employer Name/Address | | | | | | Business Phone | Mobile Phone | |

**PROPERTY**

| 1 = None 2 = Burned 3 = Counterfeit / Forged 4 = Damaged / Vandalized 5 = Recovered 6 = Seized 7 = Stolen 8 = Unknown ("OJ" = Recovered for Other Jurisdiction) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
| 1 | 37 | 4 | $1,000.00 | | 1 | 2018 BLK , 8873G6 MI | CHEV Silverado | 3GCUKTEC5FG102656 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | | Supervisor |
|---|---|---|
| *DEKUIPER, BRANDON G (MHPDBGD1)* | | *SAIN, MAURICE A (MHPDMAS1)* |
| Invest ID# (0) | | |

**Status**

| Complainant Signature | Case Status *Warr/requested* | Case Disposition: | Page 1 |
|---|---|---|---|

| R_CS1IBR | Printed By: MHPDTLM1, | Sys#: 678668 | 05/25/2018 11:17 |
|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT

*Muskegon Hts Police Department*

Case # *2017-04077*

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| **D R U G S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*HOPKINS, D.E. (MHPDDEH1)*

Suspect Hate / Bias Motivated:   *NONE*

**N A R R A T I V E**

# REPORTING OFFICER NARRATIVE

| | | OCA |
| --- | --- | --- |
| *Muskegon Hts Police Department* | | *2017-04077* |
| Victim | Offense | Date / Time Reported |
| *JONES, DARRELL DWANE* | *AGGRAVATED / FELONIOUS ASSAULT* | *Fri 12/01/2017 14:49* |

### THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

DATE/TIME:

12/01/2017 at 1449 hours

INFORMATION:

I was dispatched to the area of Hume/Peck. The caller, Darrel Jones stated that a known man shot at him 2-3 times. Darrel also stated that he left the area, was too scared to return to Muskegon Heights. Darrel requested a phone call to report the crime.

After two attempts to call Darrel, both calls went right to voicemail. I was later informed that Darrel wanted to meet an officer at Toombs Funeral Home (2108 Peck St). Contact was made with Darrel.

CONTACT WITH DARREL:

Darrel advised he was driving down Peck Street in the area of Hume/Peck Street when he noticed Jeffrey Conley sitting in a burgundy, Suburban style vehicle at the corner. Darrel stated Jeffrey took off chasing him north on Peck.

Darrel stated he owned of bunch of rental property in the area. Jeffrey has an issue with him because he was dating/living with his niece at one of his (Darrel) rentals and Jeffrey was selling drug out of it. Darrel wanted Jeffrey out of this rental home and told his niece he going to put her out if she did not put Jeffrey out, which Darrel`s niece kicked out Jeffrey.

Jeffery followed Darrel as Darrel tried to drive away from Jeffrey. Jeffrey sped up trying to get next to Darrel`s pick-up on the driver side but Darrel would speed up preventing Jeffrey. Jeffrey was able to pull up next to Darrel`s pick-up near the rear and shot at Darrel`s` truck, hitting the pick-up`s left truck bed fender. Darrel said he seen Jeffrey with a gun, but could not say what color it was or how big the gun was.

Darrel stated it never crossed his mind of driving to the Height police department, stating he had other things to worry about. Darrel also stated that he did not see anyone else in the car with Jeffrey. Darrel also stated he was 100% sure it was Jeffrey driving the burgundy, Suburban style vehicle because he made eye contact with Jeffrey.

BODY CAMERA:

My body camera was on and recording during the incident.

PICTURE(S):

A picture of Darrel`s damage truck was taken and added to the report.

OTHER:

---

Reporting Officer: *DEKUIPER, BRANDON G*    Printed By: MHPDTLM1,    05/25/2018 11:17      Page 3
R_CS3NC

## Incident Report Suspect List

*Muskegon Hts Police Department*

OCA: *2017-04077*

| 1 | Name (Last, First, Middle) | | | | | | | Also Known As | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | *CONLEY, JEFFREY ALLEN* | | | | | | | *JELLO, JELLO; CONLEY, JOSEPH* | | | | *3012 9TH ST MUSKEGON HEIGHTS, MI 49444-3057 734-972-9275* | |

| Business Address | *DESERTED ISLAND MUSIC* | | | | |
|---|---|---|---|---|---|
| | *231-747-8363, MUSIC MIXER, 2533 PECK ST* | | | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *02/28/1984* | *33* | *B* | *M* | | *511* | *178* | *BLK* | *BRO* | | *C540390051153 MI* |

Scars, Marks, Tattoos, or other distinguishing features
*TAT LEFT ARM / WORDS;  TAT RIGH NECK / "SHARON"*

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

| Notes | Physical Char |
|---|---|
| | *Hands, RIGHT HANDED* |
| | *Build, MEDIUM* |
| | *Hair Length, Short* |
| | *Hair Facial, Slight Beard* |

# REPORTING OFFICER NARRATIVE

| | | OCA |
| --- | --- | --- |
| *Muskegon Hts Police Department* | | *2017-04077* |
| Victim | Offense | Date / Time Reported |
| *JONES, DARRELL DWANE* | *AGGRAVATED / FELONIOUS ASSAULT* | *Fri 12/01/2017 14:49* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

An area search was done and no spend casing were located. Also Jeffrey was run through LEIN and it was noticed Jeffrey has a felony for weapons offense (weapons - firearm - possession by felon) arrest warrant out of Muskegon Police Department, report 17-25139.

According to MUPD report, Darrel was threatened by Jeffrey stating "I`m going to kill you" then showing Darrel the gun. It is also noted in the report that Jeffery chased Darrel around town in his vehicle. Also in the report it`s reported that Jones believes Conley had threatened him because he is supposed to testify against Conley in an court case regarding a prior assault (MUPD 2017-23343).

Darrel also has a PPO in LEIN against Jeffrey. Darrel`s pick-up truck was looked over and the bullet was not located.

An area search for security camera was done, but no cameras were located.

CONTACT WITH JEFFREY:

I attempted and was unable to make contact with Jeffrey Conley.

DISPOSITION:

I cleared with nothing further and submitted a warrant request to the prosecutor`s office for felonious assault.

OFC DeKuiper #450

## Incident Report Related Vehicle List

*Muskegon Hts Police Department*

OCA: *2017-04077*

| | VehYr/Make/Model | | Style | | Color | | Lic/Lis | | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1** | *2018 CHEV, Silverado* | | *PK* | | *BLK* | | *8873G6 MI 2018* | | | *3GCUKTEC5FG102656* | |

| IBR Status | | Date | | Location | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| *Damaged/vandalized/destroy* | | *12/01/2017* | | *2499 PECK ST/E HUME AV, MUSKEGON HEIGHTS MI* | | | | | |

| Condition | | Value | | Offense Code | Jurisdiction | | State # | | NIC # |
|---|---|---|---|---|---|---|---|---|---|
| | | *$1,000.00* | | *2900* | *Locally* | | | | |

| Name (Last, First, Middle) | | Also Known As | | Home Address |
|---|---|---|---|---|
| *Jones, Darrell Dwane* | | *PAYPHONE* | | *1976 DYKSTRA RD* |
| **Business Address** | *LANDLORD* | | | *LAKETON TOWNSHIP, MI 49445* |
| | *231-638-3298* | | | *231-744-8753* |

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| *02/16/1963* | *54* | *B* | *M* | *506* | *170* | |

Notes

Find messages, documents, photos or people

Compose

← Back   ↩ ↩ →    📁 Archive   Move   🗑 Delete   Spam   ⋯    ▲ ▼ ✕   ⚙

**beasonjohn...**   227
jbeason8   10

**Darrell Jones**      Yahoo/Inbox

Inbox   227
Unread
Starred
Drafts   402
Sent
More

**Fatima Jones** <fatimamcphersonjones@yahoo.com>    🖨   Jan 2 at 1:01 PM
To: BeasonJohn@yahoo.com

Hello Mr. Beason.

It was a pleasure speaking with you today. We are requesting that you obtain the phone records of Jeffrey Conley on December 1st, 2017 between the hours of 12 p.m. and 2 p.m. Also his phone records during the time that Dayatta Totten made her police report regarding her and Jeffrey Conley. We retraced the chase and found that the City of Muskegon Heights has video cameras on Peck and Sherman and Sherman and Sanford Streets. Also, there are cameras in front of the middle school that would show he was here in Muskegon. We believe his phone records will be enough to recharge him with shooting at my Husband. Any local businesses could possibly have video of the area as well. We went to Shell's gas station, it could be another name, and asked about the video. We did this because the chase went through that gas station. We request to see these videos as well if possible. Officer Dekuiper of the Muskegon Heights Police Department took the report and may be able to follow-up with these requests. Please call anytime if you have any questions or concerns or if you need to advise us of anything. The only person who needs to take a polygraph is Jeffrey Conley. He's making a fool out of the Muskegon County Prosecutor's office.

Thank you.

Fatima Jones

Cell:   (231) 457-5976
Home:   (231) 744-8753

email address: fatimamcphersonjones@yahoo.com

↩   ↩   →   ⋯

Views   Hide
📷 Photos
📄 Documents
✈ Travel
🎓 Tutorials

Folders   Hide
＋ New Folder
Alanis Orland...
black enterpr...
Deleted Items
direct t v mo...
direct TV
Drafts
Junk
mail out drt mi   8
Maze
Notes
Outbox
pic
q 7 WI Fi info
reboot box
Sent Items
sky stream re...
Spambox
Synced Mess...
› tcw travel
Unwanted
westlaw

Reply, Reply All or Forward

⟳ Update time zone
 Give feedback

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** *Muskegon Police Department* | | **Case#** *2017-27209* |
| **ORI** *MI 6160300* | | **Date / Time Reported** *12/01/2017  23:40  Fri* |
| | | **Last Known Secure** *12/01/2017  23:40  Fri* |

**INCIDENT DATA**

| **Location of Incident** *32 W Forest Av, Muskegon MI 49441-* | **Premise Type** *Residence/home* | **Zone/Tract** 1S, MUPD | **At Found** *12/01/2017  23:40  Fri* |
|---|---|---|---|

| # | Crime Incident(s) | (Co  ) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| **#1** | *Obstructing Police* 48000 | | Entry | Exit | Security | |
| **#2** | Crime Incident | (  ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| **#3** | Crime Incident | (  ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims *1* | Type: SOCIETY/PUBLIC | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) *State Of Michigan* | Victim of Crime # *1,* | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status | |
| | Home Address | | | | | Home Phone | | | |
| | Employer Name/Address | | | | | Business Phone | Mobile Phone | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code **IO** | Name (Last, First, Middle) *CONLEY, JEFFREY ALLEN* | Victim of Crime # | DOB *02/28/1984* Age  33 | Race *B* | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address *3012 9th St  Muskegon Heights, MI 494443057* | | | | | | | Home Phone 734-972-9275 | |
| Employer Name/Address *Deserted Island Music, 2533 Peck St (MUSIC MIXER)* | | | | | Business Phone 231-747-8363 | Mobile Phone 231-736-2889 | | |

| Type: INDIVIDUAL/ NOT LAW ENFORCEMENT | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code **IO** | Name (Last, First, Middle) *FLOWER, DEBRA ANNE* | Victim of Crime # | DOB *12/20/1956* Age  60 | Race | Sex *F* | Relationship To Offender | Resident Status | Military Branch/Status |
| Home Address *1022 Sanford  Ypsilanti, MI 48198* | | | | | | | Home Phone 734-260-3956 | |
| Employer Name/Address | | | | | Business Phone | Mobile Phone | | |

**PROPERTY**

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| V/# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| *1* | *88* | *EVID* | *$0.00* | | *1* | *STATEMENT* | | |
| *1* | *06* | *EVID* | *$0.00* | | *1* | *TSHIRT* | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *DUDKA, R. (MUPDRD1)* | | |
|---|---|---|
| Invest ID# *ANDERSON, L. C. (MUPDLCA1)* | | Supervisor *TRIPP, M. W. (MUPDMWT1)* |

| **Status** | Complainant Signature | Case Status *Warr/requested*  *12/15/2017* | Case Disposition: | Page 1 |
|---|---|---|---|---|

## Incident Report Additional Name List

| Muskegon Police Department | OCA: 2017-27209 |
|---|---|

### Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| **1 )** IO | 3 | BROWN, ISAAC KEITH | | 10/06/1960 | 57 | | |
| Address | | 906 Fredrick , Ypsilanti, MI 48197- | | H: 739-972-9275 | | | |
| Empl/Addr | | | | B:  -  - | | | |
| | | | | Mobile #:  -  - | | | |
| | | | | | | | |
| **2 )** IO | 4 | WYRICK, MARCELLUS ANTHONY | | 05/24/1981 | 36 | B | |
| Address | | 3012 9th St Apt. D, Muskegon Heights, MI 49444- | | H: 231-769-8894 | | | |
| Empl/Addr | | None | | B:  -  - | | | |
| | | | | Mobile #: 231-  - | | | |

# INCIDENT/INVESTIGATION REPORT

*Muskegon Police Department*

Case # *2017-27209*

| Status Codes | 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown |
|---|---|

|   | IBR | Status | Quantity | Type Measure | Suspected Type | | |
|---|---|---|---|---|---|---|---|
| D | | | | | | | |
| R | | | | | | | |
| U | | | | | | | |
| G | | | | | | | |
| S | | | | | | | |
|   | | | | | | | |
|   | | | | | | | |
|   | | | | | | | |

Assisting Officers
*EVANS, J.P. (MUPDJPE1), WOODARD, C.I. (MUPDCIW1), SHERMAN, A.D. (MUPDADS1)*

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 2017-27209          *Muskegon Police Department*

| N A R R A T I V E |
|---|

# REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | OCA 2017-27209 |
|---|---|---|
| Victim | Offense | Date / Time Reported |
| *Society* | *OBSTRUCTING POLICE* | *Fri 12/01/2017 23:40* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

ATTEMPTED CSC 1/DOMESTIC
12/01/2017

INFORMATION:

At approximately 2340 hrs I responded to a call of domestic violence. On arrival I made contact with the caller ID as Dayata Totten.

BTWN CMP AND CHILDS FATHER-- JEFFREY CONLEY.. .SAID HE TRIED TO CSC CMP..... CMP ASLTED, REF MED.... MALE LEFT RUNNING TWD PECK [12/01/17 23:41:39 MCDDLB1]
BM... BLU JACKET... DRK JEANS [12/01/17 23:41:56 MCDDLB1]
UDTS: OFFICER ADVISED [12/01/17 23:42:27 MCDRAL1]
NO WEAP CMP IS AWARE OF.... NO INTOX... KIDS INSIDE [12/01/17 23:42:28 MCDDLB1]
UNK INTOX ON MALE [12/01/17 23:42:39 MCDDLB1]

CONTACT WITH DAYATA:

Dayata said that she had just gotten home from dropping her kids off. Dayata said that as she was entering her residence her ex-boyfriend who she ID as Jeffery Conley pushed her from behind into the residence. She said that Jeffery pushed her all the way into the living room onto the couch. Dayata said that Jeffery was pulling on her clothes and saying explicit comments such as "In gonna get me some". Dayata said that he pulled her pants about half way down and attempted to rip her shirt off. Dayata said she still had her underwear on and no penetration happened. Dayata said that Jeffery's penis was out of his pants and fully erect. She said that Jeffery was trying to get her to perform oral sex. Dayata said that she was yelling at Jeffery to stop the whole time and that she managed to get free and grab her phone to call 911. She said once she broke free and called the police that Jeffery ran from the residence.

Dayata was not able to say for sure where Jeffery was going, but did say that he was prolly going to head toward Muskegon Heights. She said that Jeffery does not have a permanent address and moves from place to place.

Dayata said there was no fluids transfered or any items that Jeffery touched inside the residence.

RELATIONSHIP:

Dayata and Jeffery have one child in common. Dayata said that Jeffery and her have been separated for over 5 years. Dayata said that she had a PPO against Jeffery but it's no longer valid.

OFFICERS OBSERVATION:

Dayata was visibly shaken up. Her hair was messed up and shirt was ripped from the collar down the middle of her t-shirt. Inside the residence there was visible signs of a struggle with couches pushed around and

# REPORTING OFFICER NARRATIVE

| Muskegon Police Department | | | OCA 2017-27209 |
|---|---|---|---|
| Victim *Society* | Offense *OBSTRUCTING POLICE* | | Date / Time Reported *Fri 12/01/2017 23:40* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

multiple items on the floor such as tables, candles, pillows and small kids toys. Dayata had no visible marks or bruises.

OFFICER ACTIONS:

Pictures of the scene and victim were taken and turned into command. Victims shirt was collected for evidence. I instructed Dayata to spend the night away from the home at her mothers. Dayata said her mother(Carloyn Jordan) lives at 2716 Royal Ct. Also I instructed Dayata to attempt to acquire another PPO against Jeffery. I gave Dayata a Victims Rights Pamphlet and Officer contact information. I also instructed Dayata to contact us immediately if Jeffery returns.

Assisting Officers checked the area for suspect. Check Ofc Woodards Supp for more details. Suspect was not located. I attempted to make contact with Dayatas neighbors. I attempted 32 and 35 Forest address. I could not make contact at either address.

LEIN:

Confirmed and valid felony warrant for Jeffery Conley.

Dayata left the residence to stay with her mother.

DISPOSITION:

OPEN TOT DB

EVANS 52
DUDKA 67

## Incident Report Suspect List

*Muskegon Police Department*

OCA: *2017-27209*

**1**

| Name (Last, First, Middle) | | | | | | | Also Known As | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *JONES, DARREL DWANE* | | | | | | | *PAYPHONE* | | | | *1976 DYKSTRA RD* | |

Business Address *LANDLORD*
*231-638-3298*

*1976 DYKSTRA RD*
*LAKETON TOWNSHIP, MI 49445*
*231-744-8753*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *02/16/1963* | *54* | *B* | *M* | *U* | *506* | *170* | *BAL* | *BR* | | *J520135157123 MI* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes                                        Physical Char

**2**

| Name (Last, First, Middle) | | | | | | | Also Known As | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *TOTTEN, DAYATA NIKI-YACOLE* | | | | | | | | | | | *32 W FOREST AV* | |

Business Address *COLES BAKERY*
*231-777-6070*

*32 W FOREST AV*
*MUSKEGON, MI 49441-2519*
*231-736-2798*

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *12/28/1984* | *32* | *B* | *F* | | *505* | *130* | *BL* | *BR* | *BL* | *T350135630990 MI* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes                                        Physical Char

## Incident Report Related Property List

*Muskegon Police Department*

OCA: *2017-27209*

| 1 | Property Description *STATEMENT* | | | Make | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color | Serial No. | | Value *$0.00* | Qty *1.000* | | Unit | | Jurisdiction *Locally* | |
| | Status *Evidence* | Date *12/01/2017* | | NIC # | State # | | Local # | | OAN | |
| | Name (Last, First, Middle) *Totten, Dayata Niki-yacole* | | | | | DOB *12/28/1984* | | Age *32* | Race *B* | Sex *F* |

Notes

| 2 | Property Description *TSHIRT* | | | Make | | Model | | | Caliber | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Color *Orange* | Serial No. | | Value *$0.00* | Qty *1.000* | | Unit | | Jurisdiction *Locally* | |
| | Status *Evidence* | Date *12/01/2017* | | NIC # | State # | | Local # | | OAN | |
| | Name (Last, First, Middle) *Totten, Dayata Niki-yacole* | | | | | DOB *12/28/1984* | | Age *32* | Race *B* | Sex *F* |

Notes

## CASE SUPPLEMENTAL REPORT

Printed: 12/15/2017 03:44

*Muskegon Police Department*

OCA: **201727209**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *WARR/REQUESTED*  **Case Mng Status:** *WARRANT REQUEST*  **Occurred:** *12/01/2017*

**Offense:** *OBSTRUCTING POLICE*

**Investigator:** *ANDERSON, L. C. (MUPDLCA1)*  **Date / Time:** *12/08/2017 11:05:17, Friday*

**Supervisor:** *FINE, T. W. (MUPDTWF1)*  **Supervisor Review Date / Time:** *12/12/2017 16:02:22, Tuesday*

**Contact:**  **Reference:** *Supplement*

Follow Up
12/8/17

Contact with Dayata:

I called Dayata on 12/06/17 to no answer. A voicemail was left asking for her to call me. As of 12/08/17 at 1100hrs, she has not returned my call. I called again on 12/08/17 and spoke with Dayata who was currently at work. She agreed to come to the Muskegon Police Department and speak with me on 12/11/17 at 1200hrs. Interview to follow.

Interview with Jeffrey (12/08/17 at 0830hrs):

I spoke with Jeffrey at Muskegon County Jail. Jeffrey was lodged on an unrelated incident on 12/06/17. Along with Det Baker, we spoke with Jeffrey regarding his incident with Dayata. Jeffrey was read his Miranda Rights and agreed to speak with us. Jeffrey was asked when the last contact he had with Dayata. Jeffrey stated that he last had contact with Dayata in mid October at their child in common school. He said it is possible that he may have had telecommunications with her since, but was certain that is the last time he saw her.

Jeffrey was asked about his relationship with Dayata and told that she was alleging that he was at her residence on 12/01/17. Jeffrey adamantly denied being at Dayata's residence on Forest Av. Jeffrey immediately stated he was in Ypsilanti, MI visiting family members, specifying Debra Flowers (Aunt) and Isaac Brown (Father). I would speak with Debra and Isaac immediately following my interview with Jeffrey.

Jeffrey would further his alibi that he was out of town during this time by recalling that he was at the Fairlane Mall in the evening of 12/01/17. Jeffrey stated he made a purchase for approximately $145.00 and had the receipt at a relatives home (Marcellus Wyrick, 3012 9th St). I would later speak with Marcellus who said he would look for the receipt and contact me if it is located. Marcellus would contact me to say he turned the receipt over to Attorney Kevin Wistrom.

The allegations from Dayata were explained to Jeffrey. He was asked why Dayata would make up that she was assaulted by him. Jeffrey explained that he is having ongoing issues with Dayata's uncle, Darrel Jones. Jeffrey believes that Dayata and Darrel are trying to falsely place criminal charges on him. I asked Jeffrey to explain why Darrel and Dayata would try and place charges on him. Jeffrey stated that part of the issue is that Darrel owns the home that Dayata lives in. Darrel pays for cars, rent and other things for Dayata in exchange for sex. Jeffrey also believes that Darrel has Dayata addicted to Norco. Darrel in turn is trying to keep Jeffrey away from Dayata. Darrel stated he has no involvement with Dayata other than having a child with her.

More of the new allegations from Dayata were explained to Jeffrey. He was told that Dayata was arriving home

Investigator Signature  Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 12/15/2017 03:44

*Muskegon Police Department*

OCA: 201727209

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *WARR/REQUESTED*      **Case Mng Status:** *WARRANT REQUEST*     **Occurred:** *12/01/2017*

**Offense:** *OBSTRUCTING POLICE*

**Investigator:** *ANDERSON, L. C. (MUPDLCA1)*     **Date / Time:** *12/08/2017 11:05:17, Friday*

**Supervisor:** *FINE, T. W. (MUPDTWF1)*     **Supervisor Review Date / Time:** *12/12/2017 16:02:22, Tuesday*

**Contact:**     **Reference:** *Supplement*

---

to her residence on Forest Av and he pushed her into the home and began to assault her. Jeffrey reacted strongly that he was not at her residence and added that Darrel must have put her up to this and she needs to be prosecuted.

I checked RMS to see past history with Darrel and Jeffrey. I located the following recent police contacts regarding allegations from Darrel against Jeffrey:

> 17-23343 (MUPD) Jeffrey was arrested on 10/09/17 for assaulting Darrel.
> 17-23759 (MUPD) Jeffrey was accused of making threats toward Darrel (10/15/17)
> 17-25139 (MUPD) Jeffrey was accused of making threats to Darrel (warrant requested, 11/01/17).
> 17-25193 (MUPD) Jeffrey was accused of stalking Darrel (11/02/17).
> 17-04077 (MHPD) Jeffrey was accused of shooting at Darrel while both were in seperate vehicle (12/01/17 at 1449hrs).

More of the new allegations from Dayata were explained to Jeffrey. He was told that Dayata was arriving home to her residence on Forest Av and he pushed her into the home and began to assault her. Jeffrey reacted strongly that he was not at her residence and added that Darrel must have put her up to this and she needs to be prosecuted.

At this time, Attorney Kevin Wistrom came to speak with Jeffrey about his unrelated charge. Kevin had no objections with us speaking with Jeffrey. Jeffrey requested his attorney be present and began with giving a summary about the new allegations to Kevin. A summary of the allegations from 12/01/17 were given to Jeffrey's attorney. Attorney Wistrom would immediately say, "you had gone to Ypsilanti (on Friday)" as he spoke to Jeffrey. Jeffrey would later state that he was visiting family in Ypsilanti and came back to Muskegon on 12/05/17 as he had court on 12/06/17.

The interview was audio recorded and added to the case file. The interview was concluded by Jeffrey wanting charges brought upon those responsible for making the false allegations.

Contact with Debra Anne Flowers:

Immediately following my interview with Jeffrey, I would speak with Debra on the phone (followed by Isaac Brown). I asked Debra what her relation was to Jeffrey Conley. Debra confirmed that Jeffrey is her nephew. She was asked when she last saw Jeffrey. Debra stated that Jeffrey came to visit on 12/01/17 and arrived to her home around 2200hrs. She added that Jeffrey was at his fathers home before he came to hers. Both Debra and Isaac Brown live in the Ypsilanti MI area.

Contact with Isaac Keith Brown:

Isaac confirmed to me that he is the father to Jeffrey. Isaac would tell me that he was not home when Jeffrey

---

Investigator Signature        Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 12/15/2017 03:44

*Muskegon Police Department*

OCA: *201727209*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| **Case Status:** *WARR/REQUESTED* | **Case Mng Status:** *WARRANT REQUEST* | **Occurred:** *12/01/2017* |
| **Offense:** *OBSTRUCTING POLICE* | | |

| | | |
|---|---|---|
| **Investigator:** *ANDERSON, L. C. (MUPDLCA1)* | **Date / Time:** *12/08/2017 11:05:17, Friday* | |
| **Supervisor:** *FINE, T. W. (MUPDTWF1)* | **Supervisor Review Date / Time:** *12/12/2017 16:02:22, Tuesday* | |
| **Contact:** | **Reference:** *Supplement* | |

arrived to his home in Ypsilanti. Jeffrey called Isaac when he arrived at the home and Isaac went to meet him. Isaac stated the time was approximately 1700-1800hrs.

On 12/11/17, I would speak with Isaac on the phone. Isaac told me that he spoke with Sequoia Totten who is the sister to Dayata. Sequoia told Isaac that Darrel is trying to put Jeffrey in jail by making up allegations against him. Isaac stated he knows Darrel from when he used to live in Muskegon. Isaac is afraid that Darrel will hire someone to kill Jeffrey. Isaac based his fears about what Darrel will try to do to Jeffrey from speaking with Jeffrey and Sequoia.

Isaac first spoke with Jeffrey on 12/01/17 at 1000-1100hrs. Jeffrey told Isaac that he was being chased by Darrel and another unknown male. Isaac told Jeffrey to contact the police. Around 1400-1500hrs, Jeffrey would call Isaac and tell him he was leaving Muskegon to see him in Ypsilanti. Jeffrey would call Isaac again around 1700-1800hrs and tell Isaac that he was waiting for him at his home. Jeffrey would stay and visit Isaac until he left later in the evening to visit Debra.

Isaac voiced his concern for the safety of his son regarding what Darrel may do and what he is capable of. Isaac believes Darrel is in possession of a gun. Isaac was told to report any contact with Darrel to the police.

Interview with Dayata (12/11/17):

Dayata would call me and ask that I come to her residence to speak about the incident. Along with Det Baker, we spoke with Dayata at her residence. She was home alone at the time. The interview was audio recorded and later added to the case file. These are the highlights from the interview:

- Dayata stated she arrived home alone in the evening of 12/01/17. She did not see where Jeffrey came from as he pushed he into the residence and attempted to pull her clothing off. She stated that Jeffrey made comments such as, "you gonna give me some...you gonna suck my dick". She did not see where Jeffrey came from or how he arrived.

- Dayata was certain the male who unlawfully entered her home and attempted to rape her was Jeffrey Conley as she saw him well.

- Dayata stated this was the first time she saw Jeffrey in about 2 months.

- Dayata does not know why Jeffrey would do this to her. She suspects it has something to do with the ongoing issue between Jeffrey and her uncle, Darrel Jones.

- Dayata wants full prosecution against Jeffrey for the Home Invasion and Attempted CSC 1.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 12/15/2017 03:44

*Muskegon Police Department*

OCA: *201727209*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *WARR/REQUESTED* | **Case Mng Status:** *WARRANT REQUEST* | **Occurred:** *12/01/2017* |
| **Offense:** *OBSTRUCTING POLICE* | | |

| | | |
|---|---|---|
| **Investigator:** *ANDERSON, L. C. (MUPDLCA1)* | **Date / Time:** *12/08/2017 11:05:17, Friday* |
| **Supervisor:** *FINE, T. W. (MUPDTWF1)* | **Supervisor Review Date / Time:** *12/12/2017 16:02:22, Tuesday* |
| **Contact:** | **Reference:** *Supplement* |

Dayata was then presented with the information and alibi that Jeffrey presented to me previous. Dayata would at first tell me that she was telling the truth and Jeffrey was at her residence on 12/01/17. After speaking with Dayata about her allegations and the alibi of Jeffrey, she would state the following:

- Dayata stated she has had ongoing issues with Jeffrey and made up the story to get him out of her life. She attempted to send him to prison by making the up the story.

- Dayata admitted that Jeffrey was not at her home on 12/01/17. She recalls not seeing him for months.

- Dayata stated she acted alone and no one assisted her in making the lies up.

I questioned Dayata about being helped or told by anyone else in fabricating the story. Dayata thought about the question and would not say that anyone else put her up to making the false allegations. I asked Dayata to contact me if she had any other information. She had no further questions at this time. I told her that the statements she made will be presented to the prosecutors office.

Contact with Kevin Wistrom (12/11/17):

Kevin Wistrom (Attorney for Jeffrey) contacted me by phone. I explained to Attorney Wistrom that no charges will be filed on his client in this incident. Attorney Wistrom stated he would fax me the receipt from Fairlane Mall if he locates it. If/when the receipt comes available, it will be added to the case file.

Contact with Dayata (12/12/17):

I called Dayata and asked for her to speak with me in person regarding any further information she had. Dayata stated she would call me later in the day. Dayata left me a voicemail around 1400hrs stating she had a right to remain silent and did not wish to speak any further.

Contact with Prosecutors Office:

I spoke with APA Matt Roberts regarding Dayata putting the false allegations on Jeffrey. A warrant request is being submitted to the LEAP Portal against Dayata for False Police Report. This incident may be reopened if any further information comes available.

Det L Anderson 106

_____
Investigator Signature

_____
Supervisor Signature



**Macy's**
**Fairlane**
18900 Michigan Avenue
Dearborn, MI 48126
313-436-7600

R7336312001440567103

312-0014-4056
71558020   0014  7:14 PM 12/02/2017

PURCHASE

```
MENS POLO                       68.60
889043106524   547/71
Orig 98.00
30% Coupon
CRL XXXXXXXXX8781
MENS POLO                       68.60
889043106586   547/71
Orig 98.00
30% Coupon
CRL XXXXXXXXX6974

                 Subtotal      137.20
6.000% MI  AGLR Tax              8.23
                  Total        145.43

Cash                           160.00

              Change            14.57
```

Total Coupon Savings is $58.80
Your Total Savings is $58.80


THANK YOU FOR SHOPPING AT MACY'S!


Macy's is Hiring for the Holidays!
Apply TODAY at macysjobs.com!

Get personalized tips on your fave
brands, categories even your store!
Sign in to macys.com and update
your new shopping preferences!


Shop the Holiday Gift Guide today!
macys.com/gifts


CUSTOMER COPY

2017005523 mjr

| STATE OF MICHIGAN<br>60th JUDICIAL DISTRICT<br>14th JUDICIAL CIRCUIT | COMPLAINT<br>FELONY | DISTRICT: 17 1 9 0 1 8 3 |
|---|---|---|
| | | CIRCUIT: |

| District Court ORI: MI610025J | Circuit Court ORI: MI610015J |
|---|---|
| 990 Terrace Street, Muskegon, MI 49442  231-724-6283 | 990 Terrace Street Muskegon, MI 49442 231-724-6251 |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | Defendant's name and address<br>V DAYATA NIKI-YACOLE TOTTEN<br>32 W FOREST AV<br>MUSKEGON, MI, 49442 | Victim or complainant |
|---|---|---|
| | | Complaining Witness |
| Co-defendant(s) | | Date: On or about<br>12/01/17 |

| City/Twp./Village<br>Muskegon City 32 W<br>Forest Av | County in Michigan<br>Muskegon | Defendant TCN | Defendant CTN<br>61-17005523-01 | Defendant SID | Defendant DOB<br>F/B 12/28/1984 |
|---|---|---|---|---|---|
| Police agency report no.<br>MPD 201727209 | | Charge<br>See below | DLN Type: | Vehicle Type | Defendant DLN<br>T350135630990 |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

STATE OF MICHIGAN, COUNTY OF MUSKEGON

The complaining witness says that on the date and at the location described above, the defendant, contrary to law,

COUNT 1: FALSE REPORT OF A FELONY

did, intentionally make a false report of the commission of a felony, Criminal Sexual Conduct, to a peace officer of the City of Muskegon, knowing that the report was false; contrary to MCL 750.411a(1)(b). [750.411A1B]
FELONY: 4 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

____ If there is a check to the left, please place warrant information on NCIC.
The complaining witness asks that defendant be apprehended and dealt with according to law.

| Warrant authorized on _____ Date | Complaining Witness Signature |
|---|---|
| by: _[signature]_                12/15/2017 04:40 PM | Subscribed and sworn to before me on _____ Date |
| MATTHEW J. ROBERTS P: 59198<br>CHIEF TRIAL ATTORNEY | Judge/Magistrate/Clerk          Bar no. |

CTN: 61-17005523-01 CC1

2017005523 mjr

| STATE OF MICHIGAN 60th JUDICIAL DISTRICT 14th JUDICIAL CIRCUIT | WARRANT FELONY | DISTRICT 17 19 0 1 8 3 F4 CIRCUIT: |
|---|---|---|

| District Court ORI: MI610025J | Circuit Court ORI: MI610015J |
|---|---|
| 990 Terrace Street, Muskegon, MI 49442 231-724-6283 | 990 Terrace Street, Muskegon, MI 49442 231-724-6251 |

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V DAYATA NIKI-YACOLE TOTTEN 32 W FOREST AV MUSKEGON, MI, 49442 | Victim or complainant |
|---|---|---|
| | | Complaining Witness |

| Co-defendant(s) | Date: On or about 12/01/17 |
|---|---|

| City/Twp./Village Muskegon City 32 W Forest Av | County in Michigan Muskegon | Defendant TCN | Defendant CTN 61-17005523-01 | Defendant SID | Defendant DOB F/B 12/28/1984 |
|---|---|---|---|---|---|
| Police agency report no. MPD 201727209 | Charge See below | DLN Type: | Vehicle Type | Defendant DLN T350135630990 | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

STATE OF MICHIGAN, COUNTY OF MUSKEGON
To any peace officer or court officer authorized to make arrest: The complaining witness has filed a sworn complaint in this court stating that on the date and the location described: 32 W Forest Av, the defendant, contrary to law,

**COUNT 1: FALSE REPORT OF A FELONY**
did, intentionally make a false report of the commission of a felony, Criminal Sexual Conduct, to a peace officer of the City of Muskegon, knowing that the report was false; contrary to MCL 750.411a(1)(b). [750.411A1B]
FELONY: 4 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Upon examination of the complaining witness, I find that the offense charged was committed and that there is probable cause to believe that defendant committed the offense. THEREFORE, IN THE NAME OF THE PEOPLE OF THE STATE OF MICHIGAN, I order you to arrest and bring defendant before the _____ District Court immediately.

☐ The defendant may be released before arraignment if $ *5,000* is posted as interim bail.
by _____
Date

_12-18-17_     (SEAL)     _John M. Ahern_     _P4 2729_
Date                    Judge/Magistrate          Bar no.

See attached return.

CTN: 61-17005523-01 CW1

**COURT**

2017005523 dm

| STATE OF MICHIGAN<br>60th JUDICIAL DISTRICT<br>14th JUDICIAL CIRCUIT | **INFORMATION** | **DISTRICT: 17-190183-FY**<br>**CIRCUIT: 18-000513-FH** |
|---|---|---|

| District Court ORI: MI610025J<br>990 Terrace Street, Muskegon, MI  231-724-6283 | | Circuit Court ORI: MI610015J<br>990 Terrace Street Muskegon, MI, 49442 | |
|---|---|---|---|

| | | Defendant's name and address | Victim or complainant |
|---|---|---|---|
| **THE PEOPLE OF THE<br>STATE OF MICHIGAN** | V | **DAYATA NIKI-YACOLE TOTTEN<br>32 W FOREST AV<br>MUSKEGON, MI  49442** | Complaining Witness |

| Co-defendant(s) | Date: On or about<br>**12/01/17** |
|---|---|

| City/Twp./Village<br>**Muskegon City 32 W<br>Forest Av** | County in<br>Michigan<br>**Muskegon** | Defendant TCN | Defendant CTN<br>**61-17005523-01** | Defendant SID | Defendant DOB<br>**F/B  12/28/1984** |
|---|---|---|---|---|---|

| Police agency report no.<br>**MPD201727209** | Charge<br>**See below** | DLN Type: | Vehicle Type | Defendant DLN<br>**T350135630990** |
|---|---|---|---|---|

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN, COUNTY OF Muskegon**

**In the name of the people of the State of Michigan, County of Muskegon, the Prosecuting Attorney appears before the court and informs the court that on or about 12/01/17, at Muskegon City, Muskegon County, Michigan, the defendant:**

**COUNT 1:** FALSE REPORT OF A FELONY

did, intentionally make a false report of the commission of a felony, Criminal Sexual Conduct, to a peace officer of the City of Muskegon, knowing that the report was false; contrary to MCL 750.411a(1)(b).  [750.411A1B]
FELONY:  4 Years and/or $2,000.00

Upon conviction of a felony or an attempted felony court shall order law enforcement to collect DNA identification profiling samples.

Contrary to the form of the Statute in such case made and provided, and against the peace and dignity of the State of Michigan.

<u>2/8/18</u>
Date

By: _____

_____
Dale J. Hilson    P57726
Prosecuting Attorney

FEB 12 2018

**STATE OF MICHIGAN**

**IN THE 14TH CIRCUIT COURT FOR THE COUNTY OF MUSKEGON**

THE PEOPLE OF THE STATE OF MICHIGAN          File No.  18-000513-FH*( wcm )*

v

DAYATA NIKI-YACOLE TOTTEN

Pursuant to 1986 PA 46, the following is a list of witnesses known to the prosecuting attorney who might be called at trial and **all res gestae** witnesses known to the prosecuting attorney or investigating law enforcement officers:

OFFICER ROBERT DUDKA
DETECTIVE LOGAN ANDERSON

Kevin Wistrom
Darrell Jones

Marcelius
Wyrick

At the pretrial conference the prosecuting attorney will designate those witnesses he/she intends to produce at trial by placing an "X" next to the witnesses' name.  Unless so designated, the witness will not be produced by the prosecuting attorney.

DATED: _____                    *Mary E Farrell*
                                                                          PROSECUTOR/PRETRIAL CONF.

RECEIVED: _____                    _____
                                                                          DEFENDANT/DEFENSE COUNSEL

Approved, SCAO

Original - Court
1st copy - Prosecutor
2nd copy - Defendant/Juvenile

3rd copy - Police agency
4th copy - Arresting agency
PROBATE JIS CODE: NOL

| STATE OF MICHIGAN _____ JUDICIAL DISTRICT _____ JUDICIAL CIRCUIT | MOTION/ORDER OF NOLLE PROSEQUI | CASE NO. 17-189245FY |
|---|---|---|

ORI
MI-
Police Report No.

Court address
990 Terrace St., Michael E. Kobza Bldg., Muskegon, MI 49442

Court telephone no.
(231) 724-6294

| THE PEOPLE OF | ☑ The State of Michigan ☐ _____ _____ | v | Defendant's name, address, and telephone no. JEFFERY CONLEY |
|---|---|---|---|

| | | | CTN/TCN | SID | DOB |

☐ Juvenile    In the matter of _____

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| I | FIP | |
| II | CCW | |
| III | ADW | |

IV  FEL. FIREARM
HAB 4

MATT ROBERTS

**MOTION**

__MATT ROBERTS__ , prosecuting official, moves for a nolle prosequi in this case for
Name (type or print)

the following reason(s):  FURTHER INV.

12/19/17
Date

Prosecuting official

P58198
Bar no.

**ORDER**

**IT IS ORDERED:**

☑ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.
☐ 2. Motion for nolle prosequi is granted as to the following charge(s), which are dismissed without prejudice:

_____

_____

☐ 3. Motion for nolle prosequi is denied.
☐ 4. Defendant/Juvenile shall be immediately discharged from confinement in this case.
☐ 5. Bond is canceled and shall be returned after costs are deducted.
☐ 6. Bond is continued on the remaining charge(s).

12-20-17
Date

Judge/Magistrate

P60957
Bar no.

If item 1 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

**TO THE DEFENDANT:** Your fingerprints and arrest card will be destroyed by the Michigan State Police if you have been found not guilty. They may also be destroyed after motion and order for destruction of fingerprints (forms MC 235 and MC 392).

MC 263    (3/16)    **MOTION/ORDER OF NOLLE PROSEQUI**                    MCL 28.243, MCL 767.29, MCL 769.16a, MCR 3.936(D)

Approved, SCAO

| Original - Court | 3rd copy - Police agency |
|---|---|
| 1st copy - Prosecutor | 4th copy - Arresting agency |
| 2nd copy - Defendant/Juvenile | PROBATE JIS CODE: NOL |

| STATE OF MICHIGAN _____ JUDICIAL DISTRICT _____ JUDICIAL CIRCUIT | MOTION/ORDER OF NOLLE PROSEQUI | CASE NO. 17-188744-SM |
|---|---|---|

| ORI MI- | Court address | Court telephone no. |
|---|---|---|
| Police Report No. | 990 Terrace St., Michael E. Kobza Bldg., Muskegon, MI 49442 | (231) 724-6294 |

THE PEOPLE OF ☒ The State of Michigan

☐ _____

v

Defendant's name, address, and telephone no.

Jeffray Conley

| CTN/TCN | SID | DOB |

☐ Juvenile    In the matter of _____

| Count | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|
| I | Assault + Battery | |
| | | |
| | | |

**MOTION**

Kathrene Mattock _____, prosecuting official, moves for a nolle prosequi in this case for
Name (type or print)

the following reason(s):

For further investigation

2/27/18
Date

_____
Prosecuting official

81007
Bar no.

**ORDER**

IT IS ORDERED:

☒ 1. Motion for nolle prosequi is granted and the case is dismissed without prejudice.
☐ 2. Motion for nolle prosequi is granted as to the following charge(s), which are dismissed without prejudice:

_____

_____

☐ 3. Motion for nolle prosequi is denied.
☐ 4. Defendant/Juvenile shall be immediately discharged from confinement in this case.
☐ 5. Bond is canceled and shall be returned after costs are deducted.
☐ 6. Bond is continued on the remaining charge(s).

2-27-18
Date

_____
Judge/Magistrate

_____
Bar no.

If item 1 is checked, the clerk of the court shall advise the Michigan State Police Criminal Justice Information Center of the disposition as required under MCL 769.16a.

**TO THE DEFENDANT:** Your fingerprints and arrest card will be destroyed by the Michigan State Police if you have been found not guilty. They may also be destroyed after motion and order for destruction of fingerprints (forms MC 235 and MC 392).

MC 263    (3/16)    MOTION/ORDER OF NOLLE PROSEQUI          MCL 28.243, MCL 767.29, MCL 769.16a, MCR 3.936(D)

●●●○○ Sprint 📶          **8:37 PM**          34% 🔋

<



**Lawyer John Beason Cell**

ⓘ

Tue, Feb 27, 3:45 PM

Hey can you talk?

Yes

Wed, Feb 28, 11:40 AM

I need to talk to you ASAP

On in 30

Ok

Wed, Feb 28, 3:05 PM

I canceled the Cobb hearing on fri

Pros offer misdemeanor if u testify against Darryl  s no use going to hearing



**John R Beason <beasonjohn@yahoo.com>**                                  6/18/2018 1:04 PM

# Re: Dayatta Totten answer

To FIRM LADAS HOOPES LAW <ladashoopes@comcast.net>

#1
From the beginning when Matt Roberts had the case at P c. N Prelim it was his belief that  Totten case was orchestrated by Jones to get back at Conley and or have Conley prosecuted.. At both of these hearings it was proposed that Totten charges against Conley was false since she recanted her Csc complaint when interview by the detective..
 At the pretrial the offer was if Totten would come forth and say it was false and Jones was involved in that false police report.. She could plea to a misdemeander.
I rejected the offer n matter was set for trial
#2
Yes the misdemeanor offer was at the prelim and pretrial
#3
No information has been requested of me personally.. Only through Totten.. As in #1

Hope this answers your inquiry
Sent from Yahoo Mail on Android

> On Mon, Jun 18, 2018 at 9:03 AM, FIRM LADAS HOOPES LAW
> <ladashoopes@comcast.net> wrote:
>
> Dear Mr. Beason,
>
> I have been contacted by Darrell Jones to request information you may have regarding his niece, Dayatta Totten, and her pending case with the Muskegon County Prosecutors Office, and said Prosecutor's Office interests in Mr. Jones. As I believe you are aware, Mr. Jones has had run in's with Jeffrey Conley who is also at the center of Ms. Totten's pending case.  Could you please respond to the following:
>
> 1. Has the Muskegon County Prosecutor's Office made requests to you or Ms. Totten to implicate Mr. Jones as to coercing or otherwise trying to convince Ms. Totten to file a false report as to assaults by Mr. Conley?
> 2. Has this request from the Prosecutor's Office been on more than one occasion?
> 3. Has the Prosecutor's Office requested information from you personally that may assist them in implicating Mr. Jones in any crime involving Jeffrey Conley?
>
> Any information you could provide Mr. Jones regarding the above would be greatly appreciated.
>
> Thank you,
>
> Kenneth S. Hoopes
> **Ladas & Hoopes Law Offices, PLC**
> 435 Whitehall Road
> N. Muskegon, MI  49445
> Phone: (231) 744-6218
> Fax: (231) 744-5532
> Email: ladashoopes@comcast.net

July 16, 2018

Muskegon City Police Department

Attention: Captain Dennis Lord

980 Jefferson Street

Muskegon, MI 49440

Re: Darrell D. Jones, Complainant and Detective Logan Anderson.

Dear Mr. Lord:

I write this letter to you to advise you that all our communications regarding the formal investigation of Detective Logan Anderson must all be in written form. I refuse to communicate with anyone in your department verbally because of my past treatment from the prosecutor's office.

You left a message on my phone that you needed to understand the timeline of events. I will begin here, on December 1, 2017. On this day my niece, Dayatta N. Totten, made a police report with the Muskegon County Police Department against her daughter's father, Jeffrey Conley.

On December 11, 2017, my niece Dayatta Totten received a knock at the door and Detective Logan Anderson and his partner identified themselves as Detectives from the Muskegon County Police Department. And Detective Logan Anderson asked Dayatta about the December 1, 2017 police report she made with the Muskegon County Police Department against Jeffery Conley for first degree home invasion and first degree criminal sexual conduct at her residence of 32 W. Forest Avenue in Muskegon, Michigan.

On this day of December 11, 2017, Detective Anderson interviewed Dayatta Totten two separate times that same morning. The first conversation happened at the front door. He never came into the house. And during this conversation he tried to induce, coerce, and threaten Dayatta to lie on me, Darrell Jones, to say that I convinced her to make a false police report. He advised that if she did not say that Darrell Jones advised her to lie to the police, that he would have her jailed in the Muskegon County jail and he would see to it that her children would be separated from her and taken out of her home. During this first interview, Dayatta advised Detective Logan Anderson that she wanted her counsel present and that she felt uncomfortable with his line of questioning. Detective Anderson failed to acknowledge her Fifth Amendment rights against self-incrimination and continued to pursue the conversation further.

When Dayatta did not want to continue the interview, Detective Anderson left, or so she thought.

On December 11, 2017, after leaving from the first initial interview which took place at the front door, Detective Logan Anderson walked away and Dayatta shut the door of 32 W. Forest Avenue. Dayatta left the front door to get on the couch because she works nights and received another knock at the door.   On this occasion, Dayatta asked who is at the door and this is when Detective Logan Anderson and Detective Baker identified themselves as if it was their first visit. This is when Dayatta felt pressured to allow the Detectives to enter her home on the second visit.  On this second visit, the Detectives asked Dayatta to tell him exactly what happened the night of the assault on December 1, 2017.  She then told him the same story that she reported to the Police on December 1, 2017. At this point, Detective Anderson began to bagger her, threaten her again with taking her children out of her home, saying that he looked at the tape from Hackley Hospital and he could not see Jeffrey Conley at the front door.  He kept saying that she was a good girl with no record.  He was asking her who paid for her car, who pays her rent, who lives with her.  Implying that someone else was involved.  She replied that she works, and she pays her own bills.  When he asked her who owns her house, she replied my uncle Darrell Jones.

On December 12, 2017, Detective Logan Anderson attempted again during a phone conversation, to try to get Dayatta to lie on me for her initial police report dated December 1, 2017.  At this point, Dayatta advised Detective Anderson that she had the right to remain silent. No further phone contact was made by Detective Anderson.

On February 28, 2018, the Muskegon County Assistant Prosecutor, Matthew Roberts and Detective Logan Anderson, advised Ms. Totten's attorney, John R. Beason, to advise Ms. Totten to file a different false police report claiming that I masterminded the false police report against Jeffrey Conley, which is utterly and false.  Attorney Beason advised her that if she lied on me, Darrell Jones, that the Prosecutor's office would charge her only with a misdemeanor. **(See text messages attached.)**

With the above information, I submit to you in writing, a formal request to investigate this matter with diligence and without prejudice.  I am taken aback by the tenacity of the Prosecutor's office to, by any means necessary, to divert the attention away from the real criminals in this case.  I was physically assaulted, shot at and intimidated by Jeffrey Conley.  This information is all documented with convictions stemming from the assault.  But because the Prosecutor's Office has a personal vendetta against me, a married businessman with a daughter in college, they pursued this effort to attach me to a crime that I was not part of or aware of. Mr. Conley's arrest record speaks for itself.  I respectfully submit any information in writing and ask that you do the same.

Thank you.

Darrell D. Jones

1976 Dykstra Road

Muskegon, MI 49445

CC: Captain Dennis Lord, Original