UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DARRELL D. JONES,

    Plaintiff,

Case No. 1:19-cv-00316-RJJ-RSK

v

HON. ROBERT J. JONKER

SAMEENA MAJEED, ONJIL MCEACHIN, JOHN DAVID GARDINER, DALE J. HILSON, KATHRYN H. NORTON, BENJAMIN L. MEDEMA, MARY E. FARRELL, MATTHEW J. ROBERTS, JOHN R. BEASON, KEVIN JOHN WISTROM, LOGAN ANDERSON, NATE BAKER, UNKNOWN PARTY NAMED AS JOHN DOE, IN HIS INDIVIDUAL CAPACITY AS A MUSKEGON COUNTY POLICE DETECTIVE, DAYATA TOTTEN, SEQUOIA TOTTEN RANDLE-EL, JEFFREY ALLEN CONLEY, TYREE LADON EDWARDS, GREGORY EARL DIXON, VALERIE LYNN GREYS,

HON. MAGISTRATE JUDGE RAY KENT

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HILSON, MEDEMA,  FARRELL, ROBERTS, AND NORTON**

    Defendants.

---

| | |
|---|---|
| Darrell D. Jones<br>In Pro Per<br>1976 Dykstra Rd.<br>Muskegon MI  49445<br>231/638-3298 | Allan C. Vander Laan (P33893)<br>Bradley C. Yanalunas (P80528)<br>Cummings, McClorey, Davis & Acho<br>Attorneys for Defendants Hilson, Medema,<br>Farrell, Roberts and Norton<br>2851 Charlevoix Dr., S.E. - Suite 327<br>Grand Rapids MI  49546<br>616/975-7470<br>avanderlaan@cmda-law.com<br>byanalunas@cmda-law.com |
| John R. Beason (P34095)<br>Attorney for John R. Beason<br>15 Ionia Street Suite 530<br>Grand Rapids, MI 49503<br>616/458-3791<br>beasonjohn@yahoo.com | Tyree Edwards<br>Defendant in pro per<br>3012 Ninth Street<br>Muskegon Heights, MI 49444 |
| James B. Doezema (P38181)<br>Foster, Swift, Collings & Smith, PC<br>Attorneys for Defendant Wistrom<br>1700 E. Beltline NE, Suite 200<br>Grand Rapids, MI  49525<br>616/726-2200 | Jeffrey G. Raphelson (P38036)<br>J. Adam Behrendt (P58607<br>Bodman PLC |

jdoezema@fosterswift.com

Sameena Majeed
Defendant
U.S. Dept. Justice
Civil Rights Division
950 Pennsylvania Ave. NW
Housing & Civil Enforcement Sec, NWB
Washington, DC 20530
202/514-4713

Onjil McEachin
Defendant
U.S. Dept. Justice
Civil Rights Division
950 Pennsylvania Ave. NW
Housing & Civil Enforcement Sec, NWB
Washington, DC 20530
202/353-1555

Sequoia Totten Randlwe-El
Defendant in pro per
3117 7th Street
Muskegon Heights, MI  49444

Jeffrey Allen Conley, #441087
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, MI  49855

Attorneys for Defendant Gardiner
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, MI  48226
313/259-7777
jraphelson@bodmanlaw.com
jbehrendt@bodmanlaw.com

Jeffery Allen Conley, #441087
Defendant in pro per
Marquette (MSP)
Marquette Branch Prison
1960 U.S. Highway 41 South
Marquette, MI  49855

Andrew J. Brege (P71474)
Thomas David Beindit (P81133)
Rosait, Schultz, Joppich & Amtsbuechler
Attorneys for Defendants Anderson,
Baker & Luker
822 Centennial Way, Suite 270
Lansing, MI 48917
517/886-3800
abrege@rsjalaw.com
tbeindit@rsjalaw.com

Valerie Lynn Greys
Defendant In pro per
Westco Gas Station
1075 W. Laketon Nevada Ave.
Muskegon, MI 49441

---

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS HILSON, MEDEMA,  FARRELL, ROBERTS, AND NORTON

NOW COMES Plaintiff Darrell D. Jones, and Defendants, Dale J. Hilson, Benjamin L. Medema, Mary E. Farrell, Matthew J. Roberts, and Kathryn Norton, by and through their counsel, the parties hereby stipulate and agree to dismissal of Defendants Dale J. Hilson, Benjamin L. Medema, Mary E. Farrell, Matthew J. Roberts, and Kathryn Norton

from this action with prejudice and without costs, interest or attorney fees to any of the

parties.

Dated:  November 26, 2019

_____
Darrell D. Jones
Plaintiff


_____
Allan C. Vander Laan (P33893)
Attorney for Defendants Hilson,
Medema, Farrell, Roberts and Norton


### ORDER OF DISMISSAL

At a session of said Court held on the 19th  day of December 2019.

PRESENT:   THE HONORABLE ROBERT J. JONKER
United States District Court Judge


Upon reading and filing of this stipulation, and the Court being fully advised in the

premises:

IT IS ORDERED that Plaintiff's actions against Defendants Dale J. Hilson,

Benjamin L. Medema, Mary E. Farrell, Matthew J. Roberts, and Kathryn Norton are

dismissed with prejudice and without costs, interest or attorney fees to either party.


_/s/ Robert J. Jonker_____
HON. ROBERT J. JONKER
United States District Court Judge

01034727-1                                3